THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFF BUTLER, individually and as the representative of all persons similarly situated,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,

Defendants.

No.: 3:14-cv-05305-RBL

DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Defendant American Family Mutual Insurance Company ("American Family") states that it has no parent corporation and no publicly held company owns 10 percent or more of American Family's stock.

DATED this 17th day of April, 2014.

BULLIVANT HOUSER BAILEY PC

By /s/ Daniel R. Bentson
    John A. Bennett, WSBA #33214
    E-Mail: john.bennett@bullivant.com
    Daniel R. Bentson, WSBA #36825
    E-Mail: dan.bentson@bullivant.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of April, 2014, I caused to be served the foregoing document to:

Law Offices of Stephen M. Hansen, P.S.  ☒ via ECF filing.
1821 Dock St., Ste. 103
Tacoma, WA 98402

I declare under penalty of perjury under the laws of the United States on this 17th day of April, 2014, at Seattle, Washington.

_____
Tracy Horan

14850430.1

DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE
COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930