THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF BUTLER and BRYCE MEYER, individually and as the representatives of all persons similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers; <br><br> Defendants. | No.: 3:14-cv-05305 RBL <br><br> AGREED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY FOR THIRTY DAYS |

Pursuant to LCR 10(g), Plaintiffs Jeff Butler and Bryce Meyer, and defendants American Family Mutual Insurance Company and American Standard Insurance Company of Wisconsin, through their respective counsel, stipulate, agree and jointly move the court to extend by 30-days the following dates in the order setting dates for case schedule [DE 16], as amended on September 24, 2014. [DE 27]

1  As noted in the parties' recent stipulated motion to extend dates filed September 23,
2  2014, [DE 26], the parties have completed substantial document discovery, and they have
3  exchanged written discovery requests. Also, one deposition related to class discovery has
4  been taken by plaintiffs. Plaintiffs have requested three more depositions, including a
5  multi-topic 30(b)(6) deposition. Defendant has requested depositions of the named
6  plaintiffs. Scheduling the depositions proved more difficult than anticipated given witness
7  and lawyer scheduling conflicts. The parties initially requested 30-day extension of dates,
8  which the Court granted.
9  However, the unexpected trial commitments of Plaintiffs' counsel during this
10 30-day extension causes them to apply again for additional time. Specifically, Plaintiffs'
11 co-counsel, Scott Nealey and Steve Hansen were called to trial last week. They do not
12 expect to be finished with this trial until October 21, 2014.   Co-Counsel, Ms. Hayes, is able
13 to cover some of the scheduled deposition, but not others.
14 Accordingly, to accommodate everyone's schedule and to conduct the depositions
15 in the most efficient manner, the parties have agreed to complete the depositions the first
16 week of November 2014 and request that the Court approve the following schedule:
17
18

| | |
|---|---|
| Deadline for completing class discovery | December 3, 2014 |
| Deadline to file Plaintiff's motion for class certification | December 15, 2014 |
| Deadline to file Defendants' opposition to motion for class certification | January 15, 2014 |
| Deadline to file Plaintiffs' reply in support of motion for class certification | February 5, 2015 |

19
20
21
22
23
24
25
26
27
28

1   This motion is agreed as certified by counsel below.

2   DATED THIS 14th day of October, 2014.

3

| LAW OFFICES OF STEPHEN M. HANSEN, P.S.<br><br>s/ Stephen M. Hansen<br>Stephen M. Hansen, WSBA #15624<br>The Law Offices of<br>Stephen M. Hansen, P.S.<br>1821 Dock Street, Suite 103<br>Tacoma, Washington 98402<br>Telephone: 253.302.5955<br>Attorneys for Plaintiffs | BULLIVANT HOUSER BAILEY, PC<br><br>s/ John A. Bennett<br>(per telephonic approval)<br>John A. Bennett, WSBA #33214<br>Daniel R. Bentson, WSBA 36825<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue. Suite 1810<br>Seattle, Washington 98101-1397<br>Telephone: 206.292.8930<br>Attorneys for Defendants |
|---|---|

**IT IS SO ORDERED**

DATED this 15th day of October, 2014

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

1  Submitted by:

2  THE LAW OFFICES OF STEPHEN M. HANSEN, P.S.

3  By

4  s/ Stephen M. Hansen
   s/ Debra Brewer Hayes
5  s/ Scott P. Nealey
6  Stephen M. Hansen, WSBA 15642
   E-Mail: steve@stephenmhansenlaw.com
7  The Law Offices of
   Stephen M. Hansen, P.S.
8  1821 Dock Street, Suite 103
9  Tacoma, WA 98402
   253.302.5955
10
11 Debra Brewer Hayes (pro hac vice)
   E-Mail: dhayes@dhayeslaw.com
12 The Hayes Law Firm, P. C.
13 700 Rockmead, Ste. 210
   Kingwood, TX 77339
14
   Scott P. Nealey (pro hac vice)
15 E-Mail: snealey@nealeylaw.com
16 Law Office of Scott P. Nealey
   71 Stevenson Street, Suite 400
17 San Francisco, CA 94105

18 Attorneys for Plaintiffs

19
   BULLIVANT HOUSER BAILEY PC
20 By
21 s/ John A. Bennett
   s/ Daniel R. Bentson
22 John A. Bennett, WSBA No. 33214
   E-Mail: john.bennett@bullivant.com
23 Daniel R. Bentson, WSBA No. 36825
24 E-Mail: dan.bentson@bullivant.com
   Bullivant Houser Bailey, PC
25 1700 Seventh Avenue, Suite 1810
26 Seattle, WA 98101-1820
   206.521.6420
27
28 Attorneys for Defendants