The Honorable RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRYCE MEYER, individually and as the representative of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,<br><br>Defendants. | CASE NO. 3:14-cv-05305-RBL<br><br>DECLARATION OF STEPHEN M. HANSEN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

I, STEPHEN M. HANSEN, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AS FOLLOWS:

1. I am over the age of eighteen years, a citizen of the United States, and otherwise duly qualified to serve process according to state law and court rule. I have personal knowledge of all facts contained herein.

2. I have attached true copies of the following documents:

DECLARATION OF STEPHEN M. HANSEN - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

| | | | |
|---|---|---|---|
| | a) | Exhibit "1": | 5/11/01 Class Certification Order: *Busani v. USAA*, Pierce County Superior Court Cause No. 99-2-08217-1 |
| | b) | Exhibit "2": | 4/01/04 Class Certification Order: *Laughlin v. Allstate*, Pierce County Superior Court Cause No. 02-2-10380-0 |
| | c) | Exhibit "3": | 7/2/2013 Order signed by The Honorable Vicki Hogan Granting Plaintiffs' Motion for Partial Summary Judgment in *Moeller v. Farmers*, Pierce County Superior Court Cause No. 99-2-07850-6 |
| | d) | Exhibit "4": | 7/2/13 Order signed by The Honorable Vicki Hogan Denying Defendants' Motion to Exclude Dr. Bernard Siskin |
| | e) | Exhibit "5": | Class Certification Order: *Mansker v. Farmers*, Pierce County Superior Court Cause No. 11-2-06668-7 |
| | f) | Exhibit "6": | 11/6/14 Deposition of Wade A. Nielson |
| | g) | Exhibit "7": | Policy Form END 55 (WA) Ed. 1/06 at Policy_M000024 |
| | h) | Exhibit "8": | 11/4/14 Deposition of Matthew L. Fuqua |
| | i) | Exhibit "9": | 9/10/14 Deposition of Lisa McNally |
| | j) | Exhibit "10": | Exhibit 3 to 11/6/14 Deposition of Wade A. Nielson |
| | k) | Exhibit "11": | Exhibit 7 to 11/6/14 Deposition of Wade A. Nielson |
| | l) | Exhibit "12": | Excerpt from Exhibit 7 to 11/6/14 Deposition of Wade A. Nielson, AMFAM_MM001704 |
| | m) | Exhibit "13": | 12/15/14 Declaration of Kristin L. Wood, Ph.D. |
| | n) | Exhibit "14": | 12/15/14 Declaration of Darrell M. Harber |
| | o) | Exhibit "15": | Excerpts from Verbatim Transcript of 7/2/13 Partial Summary Judgment Hearing before The Honorable Vicki Hogan |
| | p) | Exhibit "16": | 12/15/14 Declaration of Bernard Siskin, Ph.D. |
| | q) | Exhibit "17": | Exhibit 5 to 11/6/14 Deposition of Wade A. Nielson |

* * *

DECLARATION OF STEPHEN M. HANSEN - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

1         r)      Exhibit "18":  Curriculum Vitae of Co-Counsel for Plaintiff

2 DATED at TACOMA, Washington, this 15th day of December, 2014.

                                             /s/ SMH
                                             STEPHEN M. HANSEN, WSBA #15642
                                             Of Attorneys for Plaintiff

DECLARATION OF STEPHEN M. HANSEN  - 3

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the 15th day of December, 2014, I electronically filed the above and foregoing document, including Exhibits, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

| | |
|---|---|
| John A. Bennett<br>Attorney at Law<br>Bullivant Houser Bailey PC<br>888 SW Fifth Ave, Ste 300<br>Portland OR 97204<br>john.bennett@bullivant.com | Daniel R. Bentson<br>Attorney at Law<br>Bullivant Houser Bailey PC<br>1700 Seventh Ave, Ste 1810<br>Seattle  WA 98101<br>dan.bentson@bullivant.com |

DATED this 15th day of December, 2014, at Tacoma, Washington.

*Sara B. Perry*
SARA B. PERRY, Legal Assistant

DECLARATION OF STEPHEN M. HANSEN  - 4

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax