Case 3:14-cv-05305-RBL   Document 34-3   Filed 12/15/14   Page 1 of 3

Case 3:14-cv-05305-RBL   Document 34-3   Filed 12/15/14   Page 1 of 3

Exhibit "3"

Exhibit "3"





FILED
DEPT. 5
IN OPEN COURT

JUL -2 2013

Pierce County Clerk
By_____
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

DAVID MOELLER, individually and as the representatives of all persons similarly situated,

    Plaintiffs,

v.

FARMERS INSURANCE COMPANY OF WASHINGTON and FARMERS INSURANCE EXCHANGE,

    Defendants.

NO. 99-2-07850 6

ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FARMERS' DEFENSE THAT AN EXCLUSION APPLIES TO THE LOSS

THIS MATTER having come on regularly for hearing on upon the Plaintiffs' Motion for Partial Summary Judgment on Certain Affirmative Defenses of Defendants; the parties appearing through their respective counsel; and the Court having reviewed and considered the following pleadings:

1. Plaintiff's Plaintiffs' Motion for Partial Summary Judgment on Farmers' Defense That an Exclusion Applies to the Loss;

2. Declaration of Stephen M. Hansen;

4. Defendants' Opposition to Motion for Partial Summary Judgment on Farmers' Defense That an Exclusion Applies to the Loss;

5. Declaration of Rita V. Latsinova;

ORDER GRANTING PLAINTIFFS'
PARTIAL SJ MOTION RE: EXCLUSION- 1

ORIGINAL

Law Offices of
STEPHEN M HANSEN, P S
1821 DOCK STREET, Ste 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

24247 7/3/2013 50035

1. 6. Plaintiff's Reply to Defendants' Opposition;
2. 7. Plaintiffs' Supplemental Opposition and
3. 7. Plaintiff's Supplemental Reply (dated July 1, 2013); and
4. 8. Supplemental Declaration of Stephen M. Hansen (dated July 1, 2013); and
5. 9. Supplemental Declaration of Stevan D. Phillips (dated July 1, 2013);

and the Court having further considered the statements and arguments of counsel and deeming itself fully advised; NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's Motion for Summary Judgment is GRANTED.

DONE IN OPEN COURT this 2nd day of July, 2013.

FILED
DEPT. 5
IN OPEN COURT
JUL - 2 2013
Pierce County Clerk
By _____
DEPUTY

VICKI L. HOGAN, Superior Court Judge

Presented by:

Law Offices of STEPHEN M. HANSEN, PS

STEPHEN M. HANSEN WSBA #15642
Of Attorneys for Class

Approved as to form:

STOEL RIVES, LLP

STEVAN D. PHILLIPS, WSBA # 2257
Of Attorneys for Defendants

ORDER GRANTING PLAINTIFFS'
PARTIAL SJ MOTION RE; EXCLUSION- 2

Law Offices of
STEPHEN M HANSEN, P S
1821 DOCK STREET, Ste 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax