Exhibit "4"

THE HONORABLE VICKI L. HOGAN

FILED
DEPT. 5
IN OPEN COURT

JUL -2 2013

Pierce County Clerk
By_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

DAVID MOELLER,

    Plaintiff,

v.

FARMERS INSURANCE COMPANY OF WASHINGTON and FARMERS INSURANCE EXCHANGE,

    Defendants.

Case No. 99-2-07850-6

[PROPOSED] DENYING
ORDER ~~GRANTING~~ DEFENDANTS'
MOTION TO EXCLUDE DR.
BERNARD SISKIN

THIS MATTER having come for hearing upon Defendants' Motion to Exclude Dr. Bernard Siskin, the Court having reviewed the Defendants' motion papers, the Plaintiff's opposition, and the Defendants' reply in support of their motion, having heard the arguments of counsel, and Plaintiffs' Supplemental Submission dated July 1, 2013, and Defendants FICOW AND FIE'S Response to Plaintiffs' Supplemental Submission being otherwise fully advised in the premises, it is hereby

ORDERED that Defendants' Motion to Exclude Dr. Bernard Siskin is **DENIED** ~~GRANTED and Plaintiff shall not present any testimony from Dr. Siskin, nor shall Plaintiff be allowed to rely on any testimony or statements from Dr. Siskin nor mention him or any of his statements or opinions at trial.~~

DONE IN OPEN COURT this 2 day of ~~June~~ July, 2013.

THE HONORABLE VICKI L. HOGAN

DENYING
ORDER ~~GRANTING~~ DEFENDANTS' MOTION
TO EXCLUDE DR. BERNARD SISKIN - 1

73959080 1 0045556-00018

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  Presented by:

2  STOEL RIVES LLP

3

4  /s/ Stevan D. Phillips
   Stevan D. Phillips, WSBA No. 2257
5  sdphillips@stoel.com
   Rita V. Latsinova, WSBA No. 24447
6  rvlatsinova@stoel.com
   Gloria S. Hong, WSBA No. 36723
7  gshong@stoel.com

8  Attorneys for Defendants
   Farmers Insurance Company of Washington
9  and Farmers Insurance Exchange

10
   OF COUNSEL
11
   SKADDEN, ARPS, SLATE, MEAGHER
12  & FLOM

13  Raoul D. Kennedy, CSBA No. 40892
   raoul.kennedy@skadden.com
14  525 University Avenue
   Palo Alto, CA 94301
15  Ph/650-470-4550

16  Copy Received;
17  Approved for Entry
18
19
20
21  STEPHEN M. HANSEN WSBA 15642
22  of Attorneys for Class
23
24
25
26

ORDER GRANTING DEFENDANTS' MOTION
TO EXCLUDE DR. BERNARD SISKIN - 2

73959080 1 0045556-00018

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle WA 98101
Telephone (206) 624-0900