# Exhibit "10"

Claim: 00331002850-2          Loss of Value 2005 Honda CR-V SE 4WD 4D Wagon          AS Request: 29234793

 **Loss of Value**

## Administrative Data — 2005 Honda CR-V SE 4WD 4D Wagon

William McCoy
American Family Insurance
Seattle Branch
3180 139th Ave SE Ste 100
Bellevue WA 98005

Claim 00331002850-2
Loss Date 11/24/2008
Loss Type Liability
Policy 1929971002
Other

Owner Name  redacted
Owner First Name

## VINSOURCE Analysis — 2005 Honda CR-V SE 4WD 4D Wagon

VIN  redacted
Decodes as 2005 Honda CR-V SE 4WD 4D Wagon
Accuracy Decodes Correctly
History Activity was reported

- Autosource activity: (NONE).
- Autotrak activity: (NONE).
- Audatex/Estimating activity: Reported by AMERICAN FAMILY - SEATTLE on July 12, 2011. Call them regarding Claim: 00331002850-2. DOL:11/24/2008 with a primary impact point of *Rear Center*.
- Sales history activity: (NONE)

## Loss of Value — 2005 Honda CR-V SE 4WD 4D Wagon

| | | | |
|---|---|---|---|
| Total Condition Adjusted Market value | | | $18,275.00 |
| | x | | |
| Value Adjustment | | 0.10 | 1,827.50 |
| | x | | |
| Mileage Modifier | 55,877 Miles | 0.44 | 804.10 |
| | x | | |
| CurrentDmg Modifier | Major damage to structure and panels | 0.75 | 603.08 |
| | x | | |
| Prior Damage | 1.00 1.0 No structural damage and replaced panel | 1.00 | 603.08 |
| **Total Loss of Value** | | | $603.08 |

## About Your Valuation — 2005 Honda CR-V SE 4WD 4D Wagon

- Information provided by American Family Insurance
  - Loss vehicle description was provided by American Family Insurance
  - All values are in U.S. dollars.
  - The repair estimate is $7,118.02
- NADA Disclaimer
  - These current N.A.D.A. values are furnished under license from NADASC. All values Copyright © NADASC 2008.



Version: 5          Page: 1          07/29/11 10:51

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          AMFAM_MM002748

Claim: 00331002850-2                    Loss of Value 2005 Honda CR-V SE 4WD 4D Wagon                    AS Request: 29234793

- ¤ The values in the N.A.D.A. guide assume a vehicle in clean condition. Appropriate deductions should be made to put a vehicle in salable condition.
- ¤ Special Note on Older Vehicles: N.A.D.A.'s editors believe that most optional equipment has little or no value on older vehicles. This is especially true of options that cost relatively little to begin with and which deteriorate with age or use.

o **Other Adjustments or Comments**
- ¤ Autosource has revalued the loss vehicle with revised modifiers, as reported by Matthew Foley on 07/29/11.
- ¤ There has been no significant depreciation of the loss vehicle's value since the actual date of loss.

**Washington Regulatory Statement**                                    **2005 Honda CR-V SE 4WD 4D Wagon**

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Report Generated by Audatex, a Solera Company

US Pat. No 7912740B2

© 2011 Audatex North America, Inc. All Rights Reserved.

Version: 5                                    Page: 2                                    07/29/11 10:51

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    AMFAM_MM002749