**Exhibit "12"**

*Autosource*



# Autosource Diminished Value Workflow Quick Reference Guide
## American Family

# Introduction

The normal diminish value process would also include a repair estimate and photos in addition to running the diminished value report.
This diminished value report provides the diminished value of the loss vehicle
All diminished value corrections need to be phoned in to Autosource at 800-351-3133 (select the option to enter a new valuation, or to update, discuss or request a copy of an existing valuation).

# Audatex Training & Support

Web....................... **www.training.audatex.us**

Email..................... **claimssupport@audatex.com**

Phone.................... **800-263-2649**





© 2010 Audatex North America, Inc.     1
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     AMFAM_MM001704