# Exhibit "13"

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRYCE MEYER, individually and as the representative of all persons similarly situated<br><br>      Plaintiff,<br><br>  vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers;<br><br>      Defendants. | Case No.: 3:14-CV-05305-RBL<br><br>DECLARATION OF KRISTIN L. WOOD, Ph.D. |

I, Kristin L. Wood, Ph D., declare as follows:

  1.  I am currently the Head of Pillar of Engineering Product Development, co-Director of the SUTD-MIT International Design Centre (IDC), and Professor of Engineering at the Singapore University of Technology and Design (SUTD). After completing my doctoral work in September 1989, I was an endowed Professor and Distinguished Teaching Professor of Mechanical Engineering at The University of Texas at Austin.

  2.  My academic specialty includes product-machine design, manufacturing processes, product design and development, and automobile systems of the type relevant to this lawsuit. I have been retained in the current case, and in prior cases, to evaluate technical issues associated with automobiles that are involved in certain accidents within six years of their original

production and which fit within the proposed Class definition. I have personal knowledge of the matters set forth below and if called upon as a witness would be competent to testify.

3.     After considering the Class Action Complaint for this case, I have drawn a number of conclusions concerning the state of a vehicle after such a crash or after its subsequent repair. My testimony here relies on the information provided to me as of the date of this declaration. These findings are subject to any new information that subsequently may be made available.

4.     This declaration is divided into four sections. In addition to this introductory section, the second section lists my education and professional background, and the third and fourth sections contain my basic opinions and conclusions regarding the technical matters related to the pleadings set forth in this case.

5.     As discussed in more detail below, the following are my opinions to a reasonable degree of engineering certainty: (1) a vehicle that encounters an accident (of the type described in the complaint) and subsequent repair will have qualitative differences compared to its pre-accident condition (due to the loosening of parts and secondary damage); (2) it is impractical and infeasible, applying common repair procedures, to check weld strengths and component dimensions; and (3) a significant likelihood exists that structural members repaired with sectioning and straightening techniques will not exhibit the same structural integrity and energy management characteristics as the original members.

II.     Educational and Professional Background

6.     The following is a summary of my background, particularly as it relates to the matters set forth in this declaration. Over the past twenty-five years, my specialty has been in the field of product design, product development, reverse engineering, and innovative manufacturing processes.

A.     Education

7.     I have a Bachelor of Science, Master of Science, and Doctorate of Philosophy degrees in engineering. In 1985, I received a Bachelor of Science degree in Engineering Science

Plaintiff's Motion for Class Certification - 5

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON  98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

(Minor in Mathematics) from Colorado State University. In 1986, I received a Master of Science degree in Mechanical Engineering (Engineering and Applied Science Division) from the California Institute of Technology (Caltech) and, in 1989, a Ph.D. degree in Mechanical Engineering (Engineering and Applied Science Division) from Caltech. During my time at Caltech, I conducted research in the field of engineering design and was an AT&T Bell Laboratories Ph.D. Fellow.

    B.    Professional Positions

    8.    Over the last twenty-five years, I have held a number of industry and academic positions. In 1989, I joined the faculty at The University of Texas as an assistant professor, establishing the Manufacturing and Design Laboratory (MaDLab) in the same year. I was appointed as the June and Gene Gillis Endowed Faculty Fellow in Manufacturing in 1992. I was subsequently promoted to the position of associate professor in 1994 and full professor in 2000. In 2000, I was appointed to the Cullen Trust Endowed Professor in Engineering, and I was appointed as the Director of the Laboratory for Freeform Fabrication in the same year. In 2003, I was selected to the Academy of Distinguished Teaching Professors at The University of Texas, and I received an appointment as a University Distinguished Teaching Professor. I held these positions in the areas of Mechanical Systems and Design and Manufacturing and Design in the Mechanical Engineering Department.

    9.    In addition to the academic positions at The University of Texas, I also held an academic position at the United States Air Force Academy (USAFA). During a 10-month period in 1997-98, I was appointed to the position of Distinguished Visiting Professor at the USAFA in the Department of Engineering Mechanics. My duties included the development of design curriculum, the creation of student laboratory experiments and activities and research in engineering design.

    10.    As a result of these academic positions, I have also received over 35 national and international awards, including the National Science of Young Investigator Award, the ASEE

Fred Merryfield Design Award, the National Society of Professional Engineers AT&T Engineering Teaching Excellence Award, the Engineering Foundation Faculty Excellence Award, and the Lockheed Martin Engineering Outstanding Teaching Award. I am currently a Fellow of the American Society of Mechanical Engineers.

11. I have served on a number of national and international panels and committees. Examples include: Chair of the American Society of Mechanical Engineers Design Theory and Methodology Committee, Chair of the Design Theory and Methodology Conference, associate editor of the American Society of Mechanical Engineers Journal of Mechanical Design, technical reviewer for the National Science Foundation proposal review panels, and Board Member of the Design Society (international).

12. From 1980 to the present, I have also held a number of industry positions. These positions range from Engineering Aide with the Colorado State Highway Department to a project director in an engineering group with IBM. Duties in these positions varied significantly, from engineering analysis and business case assessments, to product design, to the management of projects within the companies. As part of these positions, I designed, reverse-engineered, redesigned, or worked with machinery that included construction equipment, power, ergonomic and testing systems, safety devices and alert systems and fabrication equipment. I have also served on committees that reviewed patents and related invention disclosures.

C. Technical Research

13. During the last twenty-five years, I have conducted more than 100 sponsored research projects with industry, federal and state governments, and government agencies in Singapore. The purpose of my research is to contribute to the fields of design innovation, advanced manufacturing processes, such as Solid Freeform Fabrication, methods in product development, design for manufacturing and tolerance methods, machine-system design, design for product flexibility, design transformer theory, reverse engineering, and design teaching and learning methods for kindergarten through graduate levels. Example applications of this research

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON  98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

include the development of unmanned aerial vehicles, micro-electro-mechanical systems, robotic systems, energy harvesting systems, and flexible consumer products.

14.   My research has resulted in a textbook (Product Design (Otto and Wood, 2001)), over 350 technical publications in refereed conference proceedings, refereed journals, and and books or book chapters, advisement of more than 100 masters and Ph.D. students, and a number of research awards.  This research has resulted in the design (in whole or in part) of over 300 products and experimental manufacturing equipment. A significant percentage of these products and equipment focused on or were automotive parts or related equipment.

15.   In conjunction with my research, I have taught a number of undergraduate and graduate courses on machine design, automotive design/vehicle dynamics, and product development. The projects in these courses have focused on the redesign, original design, and reverse engineering of consumer products within the range of projects, a number have focused on the redesign or original design of automotive parts and related components, including door panels and accessories, powertrain components, truck gates, wheel assemblies, structural members, body panels, and interior components.

16.   These courses include focus topics on product design, machine elements, and automobile systems. Course materials cover concepts such as product disassembly and measurement, customer needs analysis, product specification development, quality and "robustness," design for "six sigma," prototyping/product testing, computer-aided design ergonomics (aesthetics, safety, and human interfaces), and vehicle dynamics.

D.   Related Device Applications

17.   I have concentrated in the design, innovation and evolution of applied technologies.  As part of these efforts, I have been involved with a number of systems that include features similar to those raised by this lawsuit. Selected examples of these systems include a tool to assist in the distribution of parts on a Ford automobile assembly line, the design of a tool to install Mustang brake lines, a pneumatic impact hammer for the assembly of SUV

Plaintiff's Motion for Class Certification - 8

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON 98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

doors, the redesign of various automobile subsystems such as an auxiliary visor and door panels the design of an SAE Formula car, the design of an SAE Mini-Baja vehicle, the design and testing of scaled vehicle models, and the reverse engineering and redesign of a number of consumer products. In addition, The University of Texas Product Development and Prototyping Laboratory and Manufacturing and Design Laboratory included a range of manufacturing capabilities.

III.    Expected Testimony

18.    The following is my expected testimony for the matters set forth in this case. In reaching these opinions, I rely on various materials, including the Class Action Complaint and estimate of record for the proposed Class representative Mr. Meyer, as well as my personal experience in industry, my training, my education, my general knowledge of related fields, and my prior work and research in the prior diminished value cases where I have been disclosed and deposed. These cases include, but are not limited to *Moeller/Janhunan*, *Mansker*, *Snyder*, and *Hovencotter*.

19    I expect to testify about a number of technical issues concerning vehicles that have been involved in certain accidents and subsequently repaired. My expected testimony assumes the following facts: (1) the repair estimates of the subject vehicles total at least $1,000, including supplements; (2) the vehicles were involved in a crash within six years of their original production; (3) the vehicles had less than 90,000 miles at the time of the accidents; and (4) the vehicles suffered structural (frame) damage, and/or deformation to sheet metal parts; and/or required body or paint work.

20    Based on these assumptions, and within a reasonable degree of engineering certainty, there exist qualitative differences in a vehicle after an accident and subsequent repair, compared to the pre-accident condition of the vehicle. These differences are a result of the loosening of parts (causing vibration, rattles, and other anomalies), changes in metal material properties, and undetectable (in the sense of it being impractical and infeasible to detect in

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON 98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

collision repair) related secondary damage which results in collisions. During an accident of the type described in the complaint, the kinetic energy of a vehicle and/or other vehicles or objects is transmitted through the vehicle. This energy transmission creates internal force flow through all vehicle components, and is dissipated through the deformation of vehicle components, in addition to reaction forces with the environment surrounding the vehicle.

21. Because of the transmittance of energy and corresponding force flow and deformation, the interfaces between parts will loosen (compared to their original state) and undetectable, related secondary damage will occur in the vehicle, in locations far from the original impact point. These qualitative differences in the vehicle due to secondary damage are not a result of improper repair practices; it is infeasible, from a practical standpoint, to validate the state of each and every component of a vehicle during its repair. Due to the large number of interfaces between vehicle parts, part loosening and related secondary damage cannot be reasonably anticipated or predicted, nor its likely locations determined. These qualitative effects, likewise, cannot be visually diagnosed or tested with any existing standard practice in collision repair.

22. Besides qualitative effects, when vehicles are repaired, it is impractical and infeasible to check weld strengths for structural components and interfaces. The lack of equipment necessary for weld characteristics and testing, in addition to the large number and relative location of welds, leads to this condition. It is likewise impractical and infeasible to validate the position and part dimensions of all vehicle components. This circumstance is due to the large number of critical dimensions (and associated tolerances), the limited testing equipment for performing dimensional measurements, and the goal to reduce unnecessary disassembly of automobile subsystems, particularly for diagnostic purposes. These practical issues, along with the immense cost of the necessary disassembly (some of which is by nature destructive) make identifying secondary damage infeasible, and therefore prevent any assurance that vehicles will perform in the same manner during a second accident.

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON  98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

23. Finally, a common practice in repairing structural (frame) damage is to section a damaged portion of a structural member and "splice" a new sub-component. Because of issues related to repeatable welds, corrosion prevention materials, heat-sensitive materials, and maintaining energy management systems, repair technicians must have a high-level of training to satisfy the requirements for performing sectioning procedures. An alternative or complementary repair process is to perform a straightening procedure on certain components. By necessity, the material properties of straightened components deviate from their state prior to an accident through changes in the properties of the materials. Similar issues arise with the repair of other structural members and their ability to transmit energy. These issues lead to a significant likelihood that the repaired structural members on a vehicle will not provide the same structural integrity and energy transmittance as the original members

IV.   Conclusions

24.   In summary regarding vehicles that are involved in accidents corresponding to the class definition: (1) a vehicle that encounters such an accident and subsequent repair will have qualitative differences compared to its pre-accident condition (due to the loosening of parts and secondary damage): (2) it is impractical and infeasible to check weld strengths and component dimensions; and (3) a significant likelihood exists that structural members repaired with sectioning or straightening techniques will not exhibit the same structural integrity and energy management characteristics as the original members, and similar issues arise with the repair of other structural members and energy transfer. These finding rely on the information provided to me by the declaration creation date, and are subject to any new information that may be made available.

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON 98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

25.   I declare under penalty of perjury that the forgoing is true and correct.

DATED at Singapore, December 15, 2014.

Kristin L. Wood, Ph.D.

Law Offices of STEPHEN M. HANSEN, P.S.
1703A Dock Street
TACOMA, WASHINGTON  98402-4441
(253) 302-5955/(253) 677-6416/(253) 301-1147 FAX

# Exhibit "A"

## Singapore University of Technology and Design
## Engineering and Product Development Pillar
## Résumé – Curriculum Vitae

**FULL NAME:** Kristin Lee Wood

**TITLE:** Professor; Head of Pillar;
Engineering and Product Development
Co-Director of the SUTD-MIT IDC;
Fellow ASME

**CITIZENSHIP:** United States

**DATE OF BIRTH:** December 27, 1962

**WORK ADDRESS:**
Singapore University of Technology and Design
20 Dover Drive Singapore 138682
D: +65 6499 4560
Mobile: +65 9177 9551
kristinwood@sutd.edu.sg

**HOME ADDRESS:**
13700 Evergreen Way
Austin, TX 78737
(512) 288-6787
(512) 423-5257 (Cell)

**FAMILY STATUS:** Children - two daughters and one son (Katherine "Katie" Ann Wood, birth date: July 15, 1991; Emilia "Emily" Grace "Gracie" Wood, birth date: April 29, 1993; Zachariah "Zach" Robert Wood, birth date: December 11, 1995).

**EDUCATION:**

| | | | |
|---|---|---|---|
| Colorado State University | Engineering Science with Computing Engineering Option | Bachelor of Science (Minor in Mathematics) | 1985 |
| California Institute of Technology (Caltech) | Mechanical Engineering Division of Engineering and Applied Science | Master of Science | 1986 |
| California Institute of Technology (Caltech) | Mechanical Engineering Division of Engineering and Applied Science | Doctor of Philosophy | 1989 |

**CURRENT AND PREVIOUS ACADEMIC POSITIONS:**
Colorado State University, Tutor and Teaching Assistant, Computer Assisted Engineering, 1983-1985
California Institute of Technology, Graduate Teaching Assistant, Division of Engineering and Applied Science, 1985-1988
California Institute of Technology, Graduate Research Assistant, Division of Engineering and Applied Science, 1985-1989
The University of Texas at Austin, Assistant Professor, Mechanical Engineering, 1989-1994
The United States Air Force Academy, Distinguished Visiting Professor, 1997-1998
The University of Texas at Austin, Associate Professor of Mechanical Engineering, 1994 –2000
The University of Texas at Austin, Director, Laboratory for Freeform Fabrication, 2004-2007
The University of Texas at Austin, Associate Director: Space Grant Consortium, 2004-2008
The University of Texas at Austin, Area Head, Division of Manufacturing and Design (over 30 faculty members), Mechanical Engineering, 2003-2010
The University of Texas at Austin, Professor of Mechanical Engineering, 2000-2012
Singapore University of Technology and Design, Professor, Head of Pillar, Engineering Product Development, and co-Director, SUTD-MIT International Design Centre (IDC), 2011-Present

Undergraduate Courses Taught/Developed:

    (i)    Mechanical Engineering Design Methodology (ME 366J) (Completely Revised Course: Summer 1990); Text: Pahl, G. and Beitz, W., *Engineering Design*, Springer-Verlag, New York, 1984; Ullman, D., *The Mechanical Design Process*, McGraw-Hill, NY, 1992, and Otto, K. and Wood, K., *Product Design*, Prentice-Hall, NY, 2001).

    (ii)   Mechanical Engineering Design Projects (ME 466K).

    (iii)  Lecture: "Engineering Design from Concept to Production" (Introduction to Mechanical Engineering, ME 102).

    (iv)  Dynamic Systems and Controls (ME 344); Text: Karnopp, D.C., Margolis, D.L., and Rosenberg, R.C., *System Dynamics: A Unified Approach*, 2nd Ed., Wiley International, NY, 1990.

    (v)   Dynamic Systems and Controls Laboratory (ME 144).

    (vi)  Engineering Fundamentals for Elementary Teachers (Science 360).

    (vii) A Second Course in Engineering Fundamentals for Elementary Teachers (Science 360).

    (vii) Lecture: "Engineering in Industry vs. Academia" (ME TQM Course).

    (viii) Lecture: "Reverse Engineering for Redesign," (ME 202, Fall 1994).

    (viii) Introduction to Mechanical Engineering (ME 202), Primary project: the reverse engineering of a mechanical product.

    (ix)  Engineering Design (Engineering Mechanics 290, USAFA, Fall 1997, Spring 1998), Sophomore-Level Course; Reverse-Engineering and Redesign. Completely modified course to include reverse engineering; created course CD.

    (x)   Machine Design (Engineering Mechanics 470, USAFA, Fall 1997), Introduced Hands-on Component Design; Project: Redesign and Analysis of RC Cars and Lego Mindstorms/ RoboLab, Applied NSF Grant Results of Active-Learning Products for Mechanics of Materials.

    (xi)  Capstone Design (Mechanical Engineering 492, USAFA, Spring 1998). Text: Ulrich, K. and Eppinger, S., *Product Design and Development*, McGraw-Hill, NY, 1994. Introduced reverse engineering labs to support design methods/process.

    (xii) Engineering Mechanics Core Course, Fundamentals of Mechanics (EM 200Z, USAFA, Spring 1998); developed new course based on discovery-experiential learning, Spring 1999.

    (xiii) Machine Elements (ME 338), Introduced Hands-On Component Design, Mechanical Breadboards, and Reverse Engineering Analysis Projects.

    (xiv) Formula Car Design/Vehicle Dynamics (ME 377K), Elective course to implement design methods and teaming strategies for designing and constructing an SAE Formula car.

    (xv) Interdisciplinary Product Design (ME 377K), Elective course to create an interdisciplinary, full-year capstone design experience. Supported and funded by Schlumberger. Design teams composed of electrical and mechanical engineering students, 2005-2007.

    (xvi) Mechatronic Systems: ROBOLAB and Real-World Systems (ME 397P and ME 377K), Elective graduate and undergraduate course. Focus is on the study of real-world devices that use sensors, actuators, and control subsystems. Within this focus, students learn ROBOLAB software (based on LabVIEW), LEGO Dacta Hardware, basic mechatronic architecture. They apply these tools in the emulation of various scaled systems, in the writing of lessons for hands-on mathematics and science for primary and secondary schools, and in the partnering with teachers to deploy these lessons, 2005-2006.

    (xvii) Freshman Seminar: The Engineered World: Products and Innovation (FS 301, UGS 302), University-wide offering, Substantial Writing Course. In our "flat world" economy, engineered products have a tremendous impact on all aspects of our daily lives. The intent of this freshman seminar is to explore the exciting world of engineered products, from the

perspective of history, current markets, and future forecasting. We will focus this exploration on innovations as they have changed the landscape of nations and cultures, especially the United States'. This focus will include hands-on studies of everyday technologies, a review of "Modern Marvels," the translation of societal needs into specifications and ideas for new products, and the study of how to bring together the elements of materials, energy, systems and models to design and manufacture products which are effective, efficient, economical, and ecological. Each student in the class will have exciting opportunities to identify new product ideas and fulfill these ideas in the development of prototypes and conceptual models, Fall 2007-2009.

(xviii) UT & TAM Lone Star Challenge (ME 377K – ME 466K, Honors ME 366J – ME 466K), Replacement course for ME 366J and ME 466K, Students learn ME design methodology and apply the results to an AFRL sponsored design challenge, such as development of an urban-based sentry system utilizing Unmanned Aerial Vehicles (UAVs), at least in part. The project for the course culminates in design competition with Texas A&M University in the Spring semester, Fall 2007 – Spring 2008; UT Dirty Dozen design team won inaugural competition; Fall 2009 – Spring 2010: UT RoboBevo design team won Lone Star Challenge.

(xix) Freshmore Introduction to Design (3.007), SUTD, Introduces participants to concepts of design at a variety of scales and through both engineering and architectural design disciplines. Participants are exposed to core technology and design themes including principles, design processes, modes of thinking and analysis, relationships between form, space, structure and materiality, fabrication technologies, and social and cultural aspects of design. The subject introduces essential skills and mindset of innovation, entrepreneurship, and methodologies in design including teamwork and workflow organization, team building and leadership, written and oral communication, site analysis, graphic and analytical representation, fabrication techniques, and a variety of computational techniques. Student teams formulate and complete design projects, setting and achieving milestones under a team of instructors composed of both engineers and architects; projects are defined in connection with service-based learning, societal need and applications in outreach, transportation, the built environment, energy, infrastructure and others.

Graduate Courses Taught:

(i) Engineering Design: Theory, Techniques, and Automation (ME 397; ME 392M.6) (Developed Course: Spring 1990); Text: Otto, K. and Wood, K., *Product Design*, Prentice-Hall, NY, 2001; Various References.

(ii) Product Design, Development, and Prototyping (ME 392M.2) (Developed Course: 1993-94); Text: Ulrich, K. and Eppinger, S., *Product Design and Development*, McGraw-Hill, NY, 1994; Otto, K. and Wood, K., *Product Design*, Prentice-Hall, NY, 2001. (Student's received international design competition awards for assistive devices for persons with disabilities, RESNA — Rehabilitation Engineering Society of North America: twenty-five [25] from 1995-2010.)

(iii) Fundamentals of Solid Freeform Fabrication (SFF), Manufacturing Decision and Systems Engineering Program, (Developed Course Fall 2002), Text: Various literature from the area, Introduced hands-on and cooperative learning methods for SFF fundamentals.

(iv) UTeach*Engineering*: Design of Machines and Systems (Developed Course Spring 2010), Area survey course for Master of Arts in Science and Engineering Education (MASEE) as part of the UTeach*Engineering* program.

(v) System Design Metrics (ENM 383.3), Engineering Management Course (Developed Course Spring 2011).

Creativity and Design Course, Institute of Asian Consumer Insight, Nanyang Technological University (Developed Course Spring 2013)
In this course, students: (a) Identify the basics of product design and the role of marketing and other disciplines in the development of innovative products; (b) Distinguish key issues behind successful designs related to form, function, aesthetics and experience; (c) Collaborate in design teams to generate and integrate creative ideas into innovative product designs; and (d) Critically analyze cutting edge and relevant issues in product design, particularly in an Asian cultural context.

(vi)  Multi-Energy Systems: Graduate course on theory, applications, and practical approaches to modeling and control of multi-energy systems across domains.  Course includes fundamentals of bond graph modeling approach.

Co-Director NASA/USRA Program, Dept. of Mechanical Engineering:
Capstone design (with Dr. S. Nichols), 1989-1992;
Design methodology (with Drs. Nichols/Crawford), 1992-1995.

## CONSULTING:

3M Corporation, Presentation Media, 1991
Austin Independent School District (AISD), AIM High Program, 1991-1993
Management Institute, UT Austin, 1991-1992
AISD Science Academy, 1992
Center for Electromechanics, UT Austin, 1992
Continuing Education in Engineering, College of Engineering, UT Austin, 1992
Southwest Educational Development Laboratories, 1993-1995
Mithoff and Jacks Law Office, 1993-1995
Prince Corporation, Automotive Subsystems, Auxiliary Visor Redesign, 1994-1995
Gill and Associates, 1995-1998
AISD Summer Science Institute, 2nd Grade, 1996
National Technological University, 1996-1997
Prentice Hall, Simon & Schuster Higher Education Group, Book Reviewer, 1996
Asghar, et al., 1996-1997
Ivey, et al., 1996-1997
City of Austin, 1997
Adorno/Rogers Technology Inc., 1997-1998
Texas Society of Professional Engineers, 1998-2000
Howrey, Simon, Arnold, & White Attorneys at Law, Patent Infringement, 2000-2001
Ford Motor Company, Design for Six Sigma (DFSS), 2000-2001
Ford Motor Company, Automotive Subsystem Design, 2000-2002
Howrey, Simon, Arnold, & White Attorneys at Law, Trademark Infringement, 2000-2001
Ford Motor Company, FTEP Program, 2001
Bonnett, Fairbourn, Friedman, & Balint, Class Action Cases, 2001-2007
Innovative Product Development, Venture Project, 2002-03
Baker and Botts, LLP, Patent Infringement, 2002-2003
Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 2002-2007
National Instruments, 1999-2006
Product Development Systems & Solutions (PDSS), Adjunct Consultant, 2002-2003

*Résumé – Curriculum Vitae*                                        *Kristin L. Wood, Ph.D.*

Andrews and Kurth, LLP, 2003-2005
Howrey, Simon, Arnold, & White Attorneys at Law, Consultant, 2003
Kluger, Peretz, Kaplan & Berlin, LLP, Miami, FL, Consultant, 2003
Murdock, Goldenberg, Schneider, & Groh, Consultant, 2004-2005
Brown & McCarroll, Austin TX, Patent Infringement and Invalidity, 2004-2005
Brown & McCarroll, Austin TX, Consultant: Trade Secrets, 2004
John Henry Enterprises, Austin, TX, Bearing Assembly Product Design, 2004-2005
Baker and Botts, LLP, Consultant: Patent Infringement, 2004-2005
Young and Thompson, LLP, Consultant, Patent Infringement and Product Reverse Engineering, 2004-2007
John Henry Enterprises, Austin, TX, Scaled Testing Systems and Product Design, 2005-2006
Medium Technology Assistive Technologies, Product Analysis and Testing, 2005
Fish & Richardson PC, Intellectual Property, 2005
Perkins Coie, LLP, Intellectual Property, 2005-2006
Creative Therapies, LLC, Innovative Low-Volume Assistive Technologies, 2005-2006
Oak Hill Technology, Inc, Educator Certification Program, 2006
Procter & Gamble Co., Consulting, 2006
Young and Thompson, LLP, Consulting on Patent Infringement and Validity, 2007
Ambrose and Amanullah, Design and Prototyping of a Suitcase-Seat System, 2007
Stevensons, LLP, Canadian Class Action Case, 2007
Akerman-Senterfitt, Consulting on Patent Infringement and Validity, 2006-2007
Baker Botts, Consulting on Patent Infringement and Validity, 2007-2008
Perkins Coie, LLP, Design and Manufacturing of Tubing-Frame Structures, 2007
Cash, Klemchuk, Powers, & Taylor, LLP, Consulting on Patent Infringement and Validity, 2007-2008
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Kirtland UAV Team (Winner of CC), 2007
Brinks, Hofer, Gilson, & Lione, Intellectual Property Consulting, 2007-2009
Vinson & Elkins, LLP, Intellectual Property Consulting, 2007-2009
Howrey, LLP, Intellectual Property Consulting, 2008-2009
Banner & Witcoff, Ltd., Intellectual Property Consulting, 2008-2011
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Kirtland and Wright-Patterson Tag-Track Teams, 2008
Schlumberger, CVT Devices for Oil Well Measurement Systems, 2009
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Kirtland and Wright-Patterson Deep Valley ISR Teams, 2009
Rear Window Media, 2010
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Kirtland and Wright-Patterson FOP Protection Teams, 2010
Bonnett, Fairbourn, Friedman, & Balint, Class Action Cases, 2010-2011
United States Army Defense Ammunition Center, Development of innovative demilitarization and recycling
    approaches for military ordinance, July and October 2010, 2011
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Eglin and Wright-Patterson FOB / COP Protection Teams, 2010
Young and Thompson, LLP, Consulting on Patent Infringement and Validity, 2011
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Eglin and Wright-Patterson Teams, 2011
United States Air Force Research Labs (AFRL), Wright-Patterson, Commander's Challenge Program,
    Innovation Processes Mentor for Eglin and Wright-Patterson Teams, 2012
NTU ACI Program, 2013-2014

*Résumé – Curriculum Vitae*                                            *Kristin L. Wood, Ph.D.*

    OCBC Design Science and Thinking, 2014
    DSTA Design Science and Design Thinking, 2014

## HONORS AND AWARDS:

Elk's Student of the Month, 1981
Bausch and Lomb Math and Sciences Award, 1981
National Who's Who Award, 1981
Ranum Physics Student of the Month, 1981
Ranum Scholar Award, 1981
Ranum Faculty Award, 1981
Ranum Scholar - Athlete Award, 1981
Salutatorian Iver C. Ranum High School, 1981
Elk's Foundation "Most Valuable Student" Award, 1981
Phi Sigma Freshman Honors Award, 1981-1982
Phi Kappa Phi National Honors Award, 1982
Alpha Lambda Delta Freshman Honors, 1981-82
Colorado State University Presidential Award, 1981-1985
Colorado State University Engineering Dean's List, 1982-1985
Myron Brown Ludlow Award, Colorado State University, 1982-1985
Colorado State University Engineering Dean's Council Award, 1982-1985
Tau Beta Pi National Honors Society, 1984-1985
IEEE Merwin Scholar, 1984-1985
Golden Key National Honors Society, Colorado State University, 1985
Colorado State University (CSU) Alumni Services Award, 1985
Engineering Science Outstanding Senior, Colorado State, University, 1985
Bachelor of Science (Magna cum Laude), Colorado State University, 1985
AT&T-Bell Laboratories Ph.D. Scholar, sponsored by the AT&T Foundation, 1987-1989
American Men and Women of Science, 1991
Teaching Excellence Award, UT Department of Mechanical Engineering, Lockheed Martin, 1992
Read Apple Award, Awards Committee of the Austin Independent School District, Adopt-A-School Board
    of Directors, 1992
Selection: Research Associate for the Air Force Office of Scientific Research Summer Faculty Research
    Program (declined for leave of absence at IBM Austin, June 1992), 1992
AISD Adopt-A-School Program: Service Award, Awarded to the UT Department of Mechanical
    Engineering, 1992
National Science Foundation Young Investigator Award, 1992-1998
ASME (American Society of Mechanical Engineering) Design Theory and Methodology Best Paper Award,
    Phoenix, AZ, September 1992
June and Gene Gillis Endowed Faculty Fellowship in Manufacturing, UT Austin, College of Engineering,
    1993-2001
ASME (American Society of Mechanical Engineering) Design Theory and Methodology Conference Best
    Paper Award, Albuquerque, NM, September, 1993
W. M. Keck Foundation National Award for Engineering Teaching Excellence, 1994-1995
ASEE (American Society of Engineering Education) Fred Merryfield Design Award, 1995
NSPE (National Society of Professional Engineers) National AT&T Engineering Teaching Excellence
    Award, 1995

*Résumé – Curriculum Vitae*                                                      *Kristin L. Wood, Ph.D.*

Selected, USAF Academy, Distinguished Visiting Professor, Engineering Mechanics, 1997-1998

Engineering Foundation Faculty Excellence Award, Halliburton Teaching Award Winner, The University of Texas, 1997-1998

ASEE (American Society of Engineering Education) Best Paper Award, Mechanical Engineering Division, ASEE Annual Conference, 1998

Departmental Teaching Excellence Award, UT Department of Mechanical Engineering, Lockheed Martin, 1999

ASME (American Society of Mechanical Engineering) Design Theory and Methodology Conference Best Paper Award, sponsored by Xerox, Las Vegas, NV, September 1999

Lockheed Martin Engineering Outstanding Teaching Award, College of Engineering, The University of Texas at Austin, Nominated, 2000

ASME 2000 Curriculum Innovation Award, "Incorporating Learning Styles to Enhance Mechanical Engineering Curriculum by Restructuring Courses, Increasing Hands-On Activities, and Improving Team Dynamics," joint between the United States Air Force Academy and UT Austin, 2000

ASME Service Award, Design Theory and Methodology Committee Chairperson, 2001

Education Excellence Award, Design Technology and Engineering for America's Children (DTEACh), Engineering, Science and Technology Council of Houston, 2001

Lockheed Martin Aeronautics Company Award for Excellence in Engineering Teaching, UT Austin, 2002

ICED (International Conference on Engineering Design), Design Society, Best Paper Award, Stockholm, Sweden, August 2003

Maxine and Jack Zarrow Family K-16 Teaching Innovation Award (First Inaugural Recipient), College of Engineering, The University of Texas, 2004-05

ASEE (American Society of Engineering Education) Best Paper Award, Mechanics Division, Machine Design Paper, Portland, OR, 2005

ASEE (American Society of Engineering Education) Best Presentation Award, Mechanics Division, Session 1168 - Improving Mechanics of Materials, "Enhancing Machine Design Courses Through Use of a Multimedia-Based Review of Mechanics of Materials, Portland, OR, 2005

ASEE (American Society of Engineering Education) Best Paper Nomination, Mechanics Division, Design Methodology for Active Learning Products, Chicago, IL, 2006

Outstanding Graduate Teaching Award Nomination, The University of Texas, 2006

Piper Professor Award Nomination, Minnie Stevens Piper Foundation, 2006

ASEE (American Society of Engineering Education) Best Presentation Award, Mechanics Division, "From Tootsie Rolls to Composites: Assessing a Spectrum of Active Learning Activities in Engineering Mechanics," Honolulu, HI, 2007

Distinguished Alumnus Award, College of Engineering, Colorado State University, 2010

Regent's Outstanding Teaching Award, Tenured-Faculty, "One of the highest honors bestowed by The University of Texas System (10 Universities) for educational excellence," 2010

Honorable Mention Paper Award, "Studying Ideation in Engineering Design." Presented in the "Outstanding Contributions – Mechanical Engineering Education" session, Mechanical Engineering Division, ASEE Conference in Vancouver B.C., 2011

ASEE (American Society of Engineering Education), Design Division, Best of Design Session, San Antonio, TX, 2012

ASME (American Society of Mechanical Engineering), Design Engineering Division, Design Theory and Methodology Technical Committee, Best Paper Award, Paper: "The Meaning of 'Near' and 'Far': The Impact of Structuring Design Databases and the Effect of Distance of Analogy on Design Output," Chicago, IL, August 2012

Cullen Trust for Higher Education Endowed Professor in Engineering No. 1, UT Austin, College of Engineering, 2001-2012

University Distinguished Teaching Professor Award, Academy of Distinguished Teachers, 2003-2012
ASME 2014 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2014, 11th International Conference on Design Education (DEC), Best Paper Award: "Designettes: New Approaches to Multidisciplinary Engineering Design Education," Buffalo, NY, August 2014
Elected Fellow, American Society of Mechanical Engineers, 2014-Present

## MEMBERSHIPS IN PROFESSIONAL AND HONORARY SOCIETIES:

Member, IEEE Computer Society, 1983-1992
Member, Tau Beta Pi Engineering National Honors Society, 1985-Present
Member, Phi Kappa Phi National Honors Society, 1985-Present
Member, American Society of Engineering Education, 1989-Present
Member, Society of Automotive Engineering, 2005-Present
Member, American Society of Mechanical Engineering, 1989-Present
Member, Board Member, International Design Society, 2000-Present

## PROFESSIONAL SOCIETY, MAJOR GOVERNMENTAL COMMITTEES:

ASME Design Theory and Methodology Committee, 1989-Present
Committee Chairman, American Society of Mechanical Engineers, Design Theory and Methodology Committee, 1998-2000
International Design Society, Board of Management, 2000-2004
Scientific Advisory Board, International Conference on Engineering Design, 2000-Present
Solid Freeform Fabrication Organizing Committee, 2000-2007

## CONFERENCES ORGANIZED/CHAIRED:

Co-Organizer, National Science Foundation Grantees Design and Manufacturing Conference, UT Austin, January, 1991
Program Chair, American Society of Mechanical Engineering Design Theory and Methodology Conference, 1995-1996
Conference Chair, American Society of Mechanical Engineering Design Theory and Methodology Conference, 1996-1997
Co-Organizer, National Science Foundation Workshop on Science and Engineering Innovation and Discovery, Divisions of Design, Manufacturing and Innovation and Social Behavior/Cognitive Psychology, Washington, DC, May 17-18, 2006
Co-Organizer, NSF & IC2 sponsored Workshop on Innovation and Discovery: Frontier Tools, December 2006
Co-Organizer, NSF CMMI Workshop – Discussion of Individual and Team-Based Innovation, January 2008
Organizer, NSF CCLI Workshop – Active Learning, August 2008
Organizer, ASEE Annual Conference Workshop – Active Learning, June 2009
Program Committee, co-Chair, 1st Asia-Pacific Conference on Complex Systems Design and Management (CSD&M Asia), Singapore, December 10-12, 2014

*Résumé – Curriculum Vitae*                                                                    *Kristin L. Wood, Ph.D.*

## EDITORIAL BOARDS, ADVISORY BOARDS, NATIONAL COMMITTEES, SESSIONS CHAIRED:

Moderator for the Feature Knowledge and Tools Panel, Feature-Based Design and Manufacturing Workshop, Sponsored By: The National Center for Manufacturing Sciences (NCMS) and Martin Marietta Energy Systems, Gatlinburg, TN, June, 1991

Session Chairman: "SFF Techniques," Solid Freeform Fabrication Symposium, The University of Texas at Austin, August, 1991

Vice President, Central Texas Chapter of the American Society of Mechanical Engineering, 1991-92

National Science Foundation SBIR Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, September, 1992

Vice Chairman, Session DA-11, American Society of Mechanical Engineering Design Automation Conference, September, 1992

Vice Chairman, "Solid and Geometric Modeling" Session, American Society of Mechanical Engineering Design Automation Conference, September, 1993

National Science Foundation SBIR Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, September, 1993

Micromechanical Systems Session Chairman, DSC-5C, American Society of Mechanical Engineering Winter Annual Meeting, New Orleans, LA, November, 1993

Paper Review Coordinator, American Society of Mechanical Engineering Design Theory and Methodology Conference, 1993-94

Chairman, "Design Support Tools" Session, American Society of Mechanical Engineering Design Automation Conference, September, 1994

Vice Chairman, "Design Quality and Tolerancing" Session DTM-1, American Society of Mechanical Engineering Design Theory and Methodology Conference, September, 1994

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, December, 1994

Paper Review Coordinator, American Society of Mechanical Engineering Design Theory and Methodology Conference, 1995

Invited Participant, National Science Foundation Strategic Workshop on Design Engineering, Arizona State University, Mesa, AZ, May, 1995

Chairman, Session, American Society of Mechanical Engineering Design Theory and Methodology Conference, Boston, MA, September, 1995

National Science Foundation Combined Research-Curriculum Review Panel, Engineering Education and Centers Division, November, 1996

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, May, 1997

Chairman, Session, American Society of Mechanical Engineering Design Theory and Methodology Conference, Atlanta, GA, September, 1998

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, December, 1998

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, November, 1999

Chairman, Session, American Society of Mechanical Engineering DETC Conferences, Las Vegas, NV, September, 1999

National Science Foundation, CAREER Awards, Division of Engineering, Division of Design and Manufacturing, 2001

*Résumé – Curriculum Vitae*

*Kristin L. Wood, Ph.D.*

Chairman, Session, American Society of Mechanical Engineering DETC Conferences, Baltimore, MD, September, 2000

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, April, 2001

Chairman, Design Education Session, International Conference on Engineering Design, Glasgow, Scotland, August, 2001

Chairman, Session, American Society of Mechanical Engineering DETC Conferences, Pittsburgh, PA, September 2001

Panelist, American Society of Mechanical Engineering DETC Conferences, Pittsburgh, PA, September 2001

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, December, 2001

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, December, 2002

Associate Editor, ASME Journal of Mechanical Design, July 2000-2004

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, April, 2003

Co-Chairman, Session, International Design Theory and Methodology Conference, ASME, Chicago, Illinois, September 2003

Panelist, National Science Foundation Director's Award for Distinguished Teaching Scholars (DTS) Program, December 2004

Invited Panelist, UK Engineering and Physical Sciences Research Council (EPSRC) Innovative Manufacturing Research Centers, United Kingdom, January 2005

Space Grant Review Panel, K-12 Educational Proposals, April 2005

Invited Opponent, Dissertation of Katja Holtta-Otto, Helsinki University of Technology, Helsinki Finland, August 2005

National Science Foundation CAREER Proposals Panel Reviewer, Division of Engineering, Division of Design and Manufacturing, November 2005

Indo-US Science & Technology Forum, Bilateral Indo-US Workshop on Rapid Manufacturing, US Visiting Team, Bangalore, India, May, 2006

Invited Panelist, Indo-US Science & Technology Forum, Workshop on Design Engineering, Bangalore, India, 5-7 January 2006

Session Chair, Design Education II, Indo-US Science & Technology Forum, Workshop on Design Engineering, Bangalore, India, 5-7 January 2006

Summary Panelist, UK Engineering and Physical Sciences Research Council (EPSRC) Innovative Manufacturing Research Centers, United Kingdom, January-February, 2006

Space Grant Review Panel, K-12 Educational Proposals, April 2006

Invited Panelist, UK Engineering and Physical Sciences Research Council (EPSRC) Innovative Manufacturing Research Center, Heriot Watt University, Scotland, United Kingdom, May 2-3, 2006

Invited Participant, "Engineering Design in Technology Education Study," Sponsored by NSF, Summer 2006

Session Co-Chairman, DTM-01: Innovations in Design Theory and Methods, 2006 ASME Design Theory and Methodology Conference, Philadelphia, PA, September 10-13, 2006

Invited Panelist, "Intelligent Synthesis and Innovation," 2006 ASME Design Theory and Methodology Conference, Philadelphia, PA, September 10-13, 2006

Summary Reviewer, UK Engineering and Physical Sciences Research Council (EPSRC) Innovative Manufacturing Research Centers, Benchmark Study, United Kingdom, Summer-Fall, 2006

External Referee, National University of Singapore, Fall 2006

National Science Foundation Unsolicited Proposals Panel Reviewer, Civil, Mechanical and Manufacturing Innovation Division, April 2007

National Science Foundation Unsolicited Proposals Panel Reviewer, Division of Perception, Action, & Cognition, Spring 2007

Paper Review Coordinator, American Society of Mechanical Engineering (ASME-DETC), International Design Theory and Methodology Conference, 2007

Session Chairman, DTM-10: Creativity, Innovation, and Biological Models, 2007 ASME Design Theory and Methodology Conference, Las Vegas, NV, September 4-7, 2007

Program Committee Member, International Conference on Engineering Design (ICED), 2007

Paper Review Coordinator, American Society of Mechanical Engineering (ASME-DETC), International Design Theory and Methodology Conference, 2008

Review Committee Panelist, Natural Sciences and Engineering Research Council of Canada (NSERC), Research Partnership Program, Review of Design Chair, Queen's University, Kingston, Canada, May 2008

Panelist, Invited, "Connecting Environmental Intelligence in Product Design to Customer Impact," *Achieving Customer Impact by Balancing Environmental Intelligence, Supply Chain Optimization and Product Design Symposium*, McCombs Center for Customer Insight and Marketing Solutions, UT-Austin, May 2008

National Science Foundation CreativeIT Panel Review, December 2008

External Panel, Site Visit Queen's University Design Chair, NSERC/CRSNG, Canada, 2008

National Science Foundation CMMI, Design Unsolicited Proposals, Panel Review, April 2009

Program Committee Member, International Conference on Engineering Design (ICED), San Francisco, 2009

Session Chair, DFMLC-4-3 Sustainable Design, Environmental Analysis of Emerging Technologies, Cost Estimation & Total Cost of Ownership, 15th Design for Manufacturing and the Lifecycle Conference (DFMLC), ASME International Design Technical Conferences (IDETC), August 2010

Program Committee Member, International Conference on Engineering Design (ICED), Copenhagen, Denmark, 2011

National Science Foundation Unsolicited Proposals Panel Reviewer, Civil, Mechanical and Manufacturing Innovation Division, May 2011

Scientific Advisory Board, 12th International Design Conference DESIGN 2012, Cavtat, Dubrovnik County, Croatia

National Research Foundation (NRF) of Singapore, Local Evaluation Panel (LEP) for the Singapore NRF Fellowship, September 2012

Advisory Board, Fifth International Conference on Design Computing and Cognition (DCC'12), Texas A&M University, College Station, Texas, 7-9 June 2012

Moderator, Global Young Scientist Summit, Nobel Laureate Session, Singapore Science Centre, January 2013

Asian Liaison Committee, International Conference on Engineering Design (ICED), Seoul, Korea, August 2013

TechX Challenge 2013 – Create the Urban Robot, Defence Science and Technology Agency (DSTA), June 2013

Chair, Session "S07: (Discussion) DX_D1 Design for X (tolerance, affordance, manufacture, adaptability)," International Conference on Engineering Design (ICED), Seoul, Korea, August 2013

Steering Committee, Design Engineering Workshop 2013, Kitakyushu, Fukuoka, Japan, November 28 – 30, 2013

Chair, Session 5: Design Theory, *Six International Conference on Design Cognition and Computing*, London, June 23-25, 2014

Co-Chair, DTM-6-1 Designer Behavior and Affordance (Technical Session), International Design Engineering Technical Conferences (IDETC), Buffalo, NY, August 17-20, 2014

Steering Committee, Asia Design Engineering Workshop (ADEWS) 2014, Taipei, Taiwan, November 20 – 22, 2014

Asia Design Engineering Workshop (ADEWS) Award Committee, 2014

Chair, Program Committee of the Conference on Complex Systems Design and Management (CSD&M) Asia, December 2014

Project Referee, *Knowledge-building Projects for Industry, Research Council* of Norway, 2014

Chair, Keynote Session, "Global Trends on Sports Science Contribution to Elite Sports" by A/Prof Iñigo Mujika (University of the Basque Country, Spain), SSI Annual Symposium 2014

Opening Address, "Making Sense: Intersecting Lines of Investigation in Design and Technology," Exhibition, National Design Centre, Singapore, November 11, 2014

Inaugural Steering Committee, Asia Chapter of the Design Society, 2014-Present

Associate Editor, *Journal of Engineering Design*, 2014-Present

Editorial Board, Associate Editor, *Design Science Journal*, 2014-Present

Steering Committee, Singapore Ministry of Education, A-Level Science Education, 2013-Present

Singapore Sports Institute (SSI), Science & Technology Advisory Board, Member, 2013-Present

SMRT's Technical Advisory Panel (TAP), Member, 2013-Present

Editorial Board of the *International Journal of Product Development* (IJPD), Inter-science Publishers, 2002-Present

## OTHER PROFESSIONAL EXPERIENCE:

Colorado Department of Highways, Engineering Aid A, Summer 1982 and 1983

Colorado Department of Highways, Engineering Aid B, Summer and Fall, 1984

CCAE (Center for Computer Assisted Engineering), College of Engineering, Colorado State University, Lab Monitor, 1984-85

Digital Equipment Corporation, Technical Engineering and Computing Support, Summer, 1985

IBM Austin, ECAT Facility, Mfg. Engineer and Design Project Director, June 1992 to September 1993

National Technological University Broadcast, "Discover Engineering! Welcome to the Real World," Host, Chicago, IL, February 1996, with Dr. Sherri Sheppard, Mike Jackson, and a five person engineering panel

National Technological University Broadcast, "Discover Engineering: Engineers Make a World of Difference," Host, Chicago, IL, February, 1997, with Dr. Sherri Sheppard and a panel of seven members

National Technological University Broadcast, "Engineers Turning Ideas into Reality: Breaking through the Creative Engineer," Host, Chicago, IL, February, 1998, with Dr. Patricia Davies and a panel of seven members

National Technological University Broadcast, "Engineers Turning Ideas into Reality," Host, Chicago, IL, February, 1999, with Dr. Patricia Davies and a panel of five prominent engineers

## OTHER PROFESSIONAL HIGHLIGHTS:

1988-Present, Technical Reviewer:
*ASME Journal of Mechanical Design*
*Journal of Research in Engineering Design*
*ASME Journal of Engineering for Industry*
*Journal of Intelligent Manufacturing Systems*
*Journal of Systems Automation: Rsch. and Appl.*

*Lubrication Engineering*
*Tribology Transactions*
*ASME Design Theory and Methodology Conference*
*ASME Design Automation Conference*
*ASME Computers in Engineering Conference*
*ASME Winter Annual Meeting (WAM) Conference*
*Journal of AI EDAM (Artificial Intelligence in Engineering Design and Manufacturing)*
*ACM Solid Modeling Conference*
*Journal of Computer Aided Design*
*Concurrent Engineering: Research and Applications Journal*
*SME Journal of Manufacturing Systems*
*ASM Handbooks*
*ASME Journal of System Dynamics*
*ASEE Journal of Engineering Education*
*ASEE Annual Conference*
*International Journal of Product Development*
*ASME Transactions, Journal of Computing and Information Science in Engineering*
*SME Journal of Manufacturing Processes*
*Journal of Engineering Design (UK)*
*International Conference on Engineering Design (ICED)*
*Journal of Dynamic Systems and Control*
*International Journal of Engineering Education*
*Mechatronics Journal*
*Design Studies Journal*
*Undergraduate Research Journal (URJ)*
*Journal of Design Creativity and Innovation*

## COLLEGE / PILLAR COMMITTEES:

Member, College of Engineering Manufacturing Systems Engineering Thrust Area Committee, 1991-1992
Member, College of Engineering Manufacturing Systems Engineering Chair Recruiting, 1992
Member, Manufacturing Steering Committee, College of Engineering, 1994
Member, Chairman's Evaluation Committee, College of Engineering, Dept. of Mechanical Engineering, 1994
Member, Lockheed Martin Award Review Committee, College of Engineering, 2003-2004
Chairman, Lockheed Martin Award Review Committee, College of Engineering, 2005
Member, Distinguished Teaching Professors Committee, Cockrell School of Engineering, 2003-2012
Member, K-12 Strategic Planning Committee, Cockrell School of Engineering, 2006-2012
Member, Strategic Master Plan Workshops, Cockrell School of Engineering, 2009
Member, Cockrell School Promotions and Tenure Committee, Cockrell School of Engineering, 2009-2011
Member, Engineering Education Research Center Committee, Cockrell School of Engineering, 2010
Chair, Interdisciplinary Teaching Committee, Cockrell School of Engineering, 2010-2011
Chair, SUTD EPD Pillar Faculty Recruiting Committee, 2011-Present
Member, SUTD EHS Management Committee, 2012-Present

## DEPARTMENT COMMITTEES:

Member, Mechanical Engineering Design Sequence Committee, 1989-1990
Member, Mechanical Engineering Computational Facilities for Design Committee, 1990-1991
Member, Byron Short Lecture Series, Mechanical Engineering, 1990-1991
Member, Graduate Student Recruiting and Fellowship Selection Committee, Dept. of Mechanical
Engineering, 1990-1992 and 1993-1996
Member, Mechanical Systems and Design Ph.D. Qualifying Exam Review Committee, 1990-1991
Member, Long Range Planning Committee, Dept. of Mechanical Engineering, 1991-1992
Member, Mechanical Systems and Design Qualifying Exam Committee, 1996-1997
Member, Dept. of Mechanical Engineering Curriculum Reform Working Group, 1996-1997
Member, Dept. of Mechanical Engineering Safety Committee, 1998-1999
Member, Dept. of Mechanical Engineering Laboratory Space Committee, 1998-2001
Member, Dept. of Mechanical Engineering Faculty Recruiting Committee, 1998-2000
Chair, Mechanical Systems and Design Faculty Recruiting Committee, 1999-2001
Mechanical Systems and Design Area Coordinator, Fall 2001-2004
Director, Laboratory for Freeform Fabrication, Fall 2002-2007
Member, Dept. of Mechanical Engineering Faculty Recruiting Committee, Advanced Manufacturing, 2006-
2007
Manufacturing and Design Area Coordinator, Fall 2004-2007
Member, Web Committee, Department of Mechanical Engineering, 2006
Performance Review Committee (Special Committee for ME Chairman), Dept. of Mechanical Engineering,
2005-2012
Budget Council, Department of Mechanical Engineering, 2001-2012
Chairman, Awards Committee, Department of Mechanical Engineering, 2004-2008
Post Tenure Review Committee, Member, Dept. of Mechanical Engineering, 2009-2010
Member, Department-Wide PhD Qualifier Exam Committee, 2008-2012

## UNIVERSITY COMMITTEES/ADMINISTRATIVE ASSIGNMENTS:

Member, University of Texas Faculty Senate, 1993-95
Member, University Advisory Committee, Vice President Livingston, Chairman, 1993
Member, University Retention Committee, 1994
Member, University Research Policy Committee, 2005-2007
Member, Academy of University Distinguished Teaching Professors, 2003-2012
Member, Editorial Board, UT *Undergraduate Research Journal*, 2005-2012
Member, Piper Professor Award Selection Committee, 2011-2012
Chair, Working Committee on Tenure Policies, SUTD, 2011-Present
Member, SUTD EHS Safety Committee, 2011-Present
Member, SUTD Faculty Recruiting / Campus Visit Committee, 2011-Present
Member, SUTD Academic Space Committee, 2012-Present
Member, Senior Management Committee, 2011-Present
Member, Senior Academic Leadership Committee, 2012-Present
Member, BOT-SUTD Undergraduate Program Strategy Committee, 2013-Present

*Résumé – Curriculum Vitae*                                                    *Kristin L. Wood, Ph.D.*

## PUBLICATIONS:

### A. Refereed Archival Journals (80)

1. Wood, K.L., and Antonsson, E.K., "Computations with Imprecise Parameters in Engineering Design: Background and Theory," *ASME Journal of Mechanisms, Transmissions, and Automation in Design*, Vol. 111, No. 4, pp. 616-625, 1989. (Note: First paper accepted in the area of DTM)

2. Wood, K.L., and Antonsson, E.K., "Modeling Imprecision and Uncertainty in Preliminary Engineering Design," International Journal of *Mechanism and Machine Theory*, Theories of Design - Applications to the Design of Machines, Vol. 25, No. 3, pp. 305-324, 1990.

3. Wood, K.L., Antonsson, E.K., and Beck, J.L., "Representing Imprecision in Engineering Design - Comparing Fuzzy and Probability Calculus," *Journal of Research in Engineering Design*, Springer-Verlag, Vol. 1, No. 3/4, pp. 187-203, 1990.

4. da Silva, R.E., Wood, K.L., and Beaman, J.J., "Interacting and Interfeature Relationships in Engineering Design for Manufacture," *International Journal of Systems Automation: Research and Applications*, Vol. 1, No. 3, pp. 263-286, 1991.

5. Wood, K.L., Otto, K.N., and Antonsson, E.K., "Engineering Design Calculations with Fuzzy Parameters," *International Journal of Fuzzy Sets and Systems,* Vol. 52, No. 1, pp. 1-20, 1992.

6. Ratliff, R. Wood, K. L. Crawford, R. H., "Modeling of Vertical Centrifugal Pumps," *Simulation Series Journal*, Society for Computer Simulation (SCS), Vol. 25, No. 2, p. 269, 1993.

7. Crawford, R.H., Wood, K.L., Fowler, M., and Norrell, J., "An Engineering Design Curriculum for the Elementary Grades," ASEE *Journal of Engineering Education*, Vol. 83, No. 2, pp. 172-181, 1994.

8. Cavin, R., Bowen, S.O., Wood, K.L., Crawford, R.H., Ratliff, R., and Sumrell, C., "A Probe Accuracy Inspection Tool for ICT Fixtures Using PCB Artwork," Disclosure No. AT8930378, *IBM Invention Disclosure Bulletin*, Vol. 37, pp. 415-418, 1994.

9. Cavin, R., Wood, K.L., Crawford, R.H., Ratliff, R., and Sumrell, C., "An Optical-Artwork Inspection Tool for Probe Accuracy of ICT Fixtures," *Journal of Surface Mount Technology,* Vol. 7, No. 1, pp. 28-41, 1994.

10. Srinivasan, R.S. and Wood, K.L., "Geometric Tolerancing in Mechanical Design Using Fractal-Based Parameters," *ASME Journal of Mechanical Design*, Vol. 117, No. 1, pp. 203-205, 1995.

11. Fowler, M., Crawford, R., Wood, K.L., and Jones, J., "Springs: Potential and Kinetic Energy/Force," *Connect*, Teachers' Laboratory, Inc., Vol. 8, No. 5, pp. 8-11, 1995.

12. Tumer, I.Y., Srinivasan, R.S., and Wood, K.L., "Investigation of Characteristic Measures for the Analysis and Synthesis of Precision-Machined Surfaces," *SME Journal of Manufacturing Systems*, Vol. 14, No. 5, pp. 378-392, 1995.

*Résumé – Curriculum Vitae*                                    *Kristin L. Wood, Ph.D.*

13. Srinivasan, R.S., Wood, K.L., and McAdams, D., "Functional Tolerancing: A Design for Manufacturing Methodology," *Journal of Research in Engineering Design*, Vol. 8, No. 2, pp. 99-115, 1996.

14. Srinivasan, R.S. and Wood, K.L., "A Form Tolerancing Theory Using Fractals and Wavelets," *ASME Journal of Mechanical Design*, Vol. 119, No. 2, pp. 185-193, 1997.

15. Koeneman, P., Busch-Vishniac, I. and Wood, K.L., "Feasibility of Micro Power Supplies for MEMS," *IEEE Journal of Microelectromechanical Systems*, Vol. 6, No. 4, pp. 355-362, 1997.

16. Tumer, I., Thompson, D., Wood, K.L., and Crawford, R. "Characterization of Surface Fault Patterns with Application to a Layered Manufacturing Process," *SME Journal of Manufacturing Systems*, Vol. 17, No. 1, pp. 23-36, 1998.

17. Wood, K.L., Neikirk, D., Busch-Vishniac, I., Weldon, W., Chu, C.-S., Kim, Y., Gupta, V., Maddox, W., and Masser, D., "MEMs Hydrodynamic Bearings: Applications and Implications to Machine Failure Prevention," *Journal of Tribotest*, Leaf Coppin Publishing, Vol. 4, No. 3, pp, 275-288, 1998.

18. Srinivasan, R.S. and Wood, K.L., "Complexity in Metal Cutting and Fractality of Machined Surfaces," *International Journal for Manufacturing Science and Production*, CIRP, Vol. 1, No. 3, pp. 199-208, 1998.

19. Cho, U., Wood, K.L., and Crawford, R.H., "On-Line Functional Testing with Rapid Prototypes: A Novel Empirical Similarity Method," International *Rapid Prototyping* Journal, Vol. 4, No. 3, pp. 128-138, 1998.

20. Chu, C. S., Wood, K. L., and Busch-Vishniac, I.J., "Nonlinear Dynamic Modeling with Confidence Bounds of Hydrodynamic Bearings," *ASME Journal of Tribology*, Vol. 120, pp. 595-604, 1998.

21. Otto, K. and Wood, K.L., "A Reverse Engineering and Redesign Methodology," Journal of *Research in Engineering Design*, Vol. 10, No. 4, pp. 226-243, 1998.

22. McAdams, D. A., Stone, R. B., and Wood, K. L., "Functional Interdependence and Product Similarity Based on Customer Needs," *Journal of Research in Engineering Design*, Vol. 11, No. 1, pp. 1-19, 1999.

23. Otto, K. N. and Wood, K. L., "Customer Integrated Systematic Design," *Society of Design and Process Science (SDPS) Transactions, Journal of Integrated Design and Process Science*, 1999.

24. Otto, K. and Wood, K., "Designing the Design Course Sequence," *Mechanical Engineering* — Premiere Issue on Design, pp. 39-42, ASME, November, 1999.

25. Stone, R. B., Wood, K. L., and Crawford, R. H., "A Heuristic Method to Identify Modules from a Functional Description of a Product," Journal of *Design Studies*, Vol. 21, No. 1, pp. 5-31, January 2000.

26. Baroud, C., Busch-Vishniac, I., and Wood, K., "Induced Micro Variations in Hydrodynamic Bearings," *Journal of Tribology*, Vol. 122, pp. 585-589, 2000.

27. Tumer, I. Y., Wood, K. L., and Busch-Vishniac, I. J., "A Mathematical Transform to Analyze Part Surface Quality in Manufacturing," *ASME Journal of Manufacturing Science and Engineering*, Vol. 122, pp. 273-279, 2000.

28. Tumer, I. Y., Longoria, R. G., and Wood, K. L., "Analysis and Monitoring of Hydrodynamic Forces Using the Karhunen-Loeve Transform," *ASME Journal of Offshore Mechanics and Arctic Engineering*, Vol. 122, pp. 208-213, 2000.

29. Stone, R. B., Wood, K. L., and Crawford, R. H., "Using Quantitative Functional Models to Develop Product Architectures," Journal of *Design Studies*, Vol. 21, No. 3, 2000, pp. 239-260.

30. Tumer, I. Y., Wood, K. L., and Busch-Vishniac, I. J., "Monitoring of Signals from Manufacturing Processes Using the Karhunen-Loeve Transform," Journal of *Mechanical Systems and Signal Processing*, Vol. 14, No. 6, Academic Press, pp. 1011-1026, 2000.

31. McAdams, D. and Wood, K., "Tuning Parameter Tolerance Design: Foundations, Methods, and Measures," Journal of *Research in Engineering Design*, Vol. 12, No. 3, 2000, pp. 152-162.

32. Stone, R. B. and Wood, K. L., "Development of a Functional Basis for Design," *ASME Journal of Mechanical Design*, Vol. 122, No. 4, 2000, pp. 359-370.

33. Norrell, J., Wood, K. L., and Crawford, R. H., "In-Bed Rapid Prototyping Meta-structures: A Study of Thermal Effects," *International Rapid Prototyping Journal*, 2001.

34. Wood, K. L., Jensen, D. D., Otto, K. N., and Bezdek, J., "Reverse Engineering and Redesign: Courses to Incrementally and Systematically Teach Design," *ASEE Journal of Engineering Education*, Vol. 90, No. 3, July 2001, pp. 363-374.

35. McAdams, D. and Wood, K., "A Quantitative Similarity Metric for Design by Analogy," *ASME Journal of Mechanical Design*, Vol. 124, No. 2, June 2002, pp. 173-182.

36. Hirtz, J., Stone, R., McAdams, D., Szykman, S., and Wood, K., "A Functional Basis for Engineering Design: Reconciling and Evolving Previous Efforts," *Journal of Research in Engineering Design*, Vol. 13, No. 2, March 2002, pp. 65-82.

37. Dutson, A. J., Wood, K. L., Beaman, J. J., Crawford, R. H., and Bourell, D. L. "Application of Similitude Techniques to Functional Testing of Rapid Prototypes," *Rapid Prototyping Journal*, Vol. 9, No. 1, pp. 6-13, 2003.

38. Jensen, D., Wood, K.L., And Wood, J., "Hands-on Activities, Interactive Multimedia and Improved Team Dynamics for Enhancing Mechanical Engineering Curricula," *International Journal of Engineering Education*, Vol. 19, No. 6, pp. 874-884, 2003.

39. Kurfman, M., Stock, M. E., Stone, R. B. Rajan, J., and Wood, K. L., "Experimental Studies Assessing the Repeatability of a Functional Modeling Derivation Method," *ASME Journal of Mechanical Design*, Vol. 125, No. 4, December 2003, pp. 682-693.

40. Mignatti, M. A., Campbell, M. I., Ruizpalacious, R., and Wood, K. L., "Characterization of a Novel Low-Cost, Direct-Write Waveguide," *Rapid Prototyping Journal*, Vol. 10, No. 1, 2004, pp. 50-57.

*Résumé – Curriculum Vitae*                                                                 *Kristin L. Wood, Ph.D.*

41. Greer, J., Jensen, D. and Wood, K., "Effort Flow Analysis: A Methodology for Directed Product Evolution," Journal of *Design Studies*, Vol. 25, No. 2, 2004, pp. 103-214.

42. Wood, J., Campbell, M., Wood, K.L., and Jensen, D., "Enhancing Machine Design by Creating a Basic Hands-On Environment with Mechanical Breadboards," International *Journal of Mechanical Engineering Education*, Vol. 33, No. 1, January 2005, pp. 1-25.

43. Cho, U., Dutson, A., Wood, K.L., and Crawford, R.H., "An Advanced Method to Correlate Systems with Distorted Configurations for Agile Product Tests," *ASME Journal of Mechanical Design*, Vol. 127, No. 1, January 2005, pp. 78-85.

44. Rajan, P., Van Wie, M., Wood, K.L., and Campbell, M., "An empirical foundation for product flexibility," *Design Studies*, Vol. 26, No. 3, 2005.

45. Dutson, A.J. and Wood, K.L., "Using rapid prototypes for functional evaluation of evolutionary product designs," *Rapid Prototyping Journal*, Vol. 11, No. 3, 2005, pp. 125-131.

46. Chen, S., Murphy, J., Herlehy, J., Bourell, D. L., and Wood, K. L., "Development of SLS Fuel Cell Current Collector," *Rapid Prototyping Journal*, Vol. 12, No. 5, 2006, pp. 275-282.

47. Wood, K.L. and Linsey, J., "Understanding the Art of Design: Tools for the Next Edisonian Innovators," *Psychology of Learning and Motivation*, Vol. 47, pp. 65-122, 2006.

48. White, C., Qureshi, A., Singh, V., Krager, J., Porlier, J., Wood, K. L., Crawford, R. H., "Modular Automated Assistive Guitar," *USPTO Publication*, US 2007/0131080, June 2007.

49. Linsey, J., Wood, K. L., and Markman, A., "Modality and Representation in Analogy", *Journal of Artificial Intelligence for Engineering Design, Analysis, and Manufacturing (AIEDAM)*, Special Issue on Multi-modal Design, Vol. 22, No. 2, March 2008, pp. 85-100.

50. Hey, J., Linsey, J., Agogino, A. M., and Wood, K. L., "Analogies and Metaphors in Creative Design," *International Journal of Engineering Education*, Vol. 24, No. 2, pp. 283-294, 2008.

51. Keese, D., Seepersad, C., and Wood, K. L., "Product flexibility measurement with enhanced change modes and effects analysis (CMEA)," *International Journal of Mass Customisation (IJMASSC)*, 2009, Vol. 3, No. 2, pp. pp. 115-145.

52. Linsey, J., Talley, A., White, C. K., Jensen, D., and Wood, K. L., "From Tootsie Rolls to Broken Bones: An Innovative Approach for Active Learning in Mechanics of Materials," *ASEE Journal of Advances in Engineering Education (AEE)*, 2009, Vol. 1, No. 3, pp. 1-23.

53. Singh, V., Skiles, S., Krager, J., Wood, K.L., Jensen, D., and Sierakowski, S., "Innovations in Design Through Transformation: A Fundamental Study of tRaNsFoRmAtIoN Principles," *ASME Journal of Mechanical Design*, 2009, Vol. 131, No. 8, pp. 081010-1 thru 081010-18.

54. Green, M., Jensen, D. J., Seepersad, C., and Wood, K. L., "Design for Frontier Contexts: Classroom Assessment of a New Design Methodology with Humanitarian Applications," *International Journal of Engineering Education*, 2009, Vol. 25, No. 5, pp. 1029-1045.

18

55. Singh, V., Walther, B., Wood, K. L., and Jensen, D., "Innovation Through tRaNsFoRmAtIoNaL Design," *Tools for Innovation*, 2009, 1 (9), pp. 171-195.

56. Linsey, J., Tseng, I., Fu, K., Cagan, J., Wood, K. L., and Schunn, C., "A Study of Design Fixation, Its Mitigation and Perception in Engineering Design Faculty," *ASME Journal of Mechanical Design*, April 2010, Vol. 132, pp. 041003-1 thru 041003-12.

57. Koraishy, B., Morter, D., Solomon, S., McDonald, B., Meyers, J.B., and Wood, K.L., "Manufacturing of Direct Methanol Fuel Cell Electrodes by Spraying," *ECS (Electrochemical Society) Transactions, Polymer Electrolyte Fuel Cells,* Volume 33, October, 2010.

58. Weaver, J., Wood, K.L., Crawford, R., and Jensen, D., "Transformation Design Theory: A Meta-Analogical Framework," *ASME Journal of Computing and Information Science in Engineering (JCISE)*, Vol. 10, No. 3, 2010.

59. Linsey, J., Clauss, E., Kortoglu, T., Murphy, J., Wood, K. L., Markman, A., "An Experimental Study of Group Idea Generation Techniques: Understanding the Roles of Idea Representation and Viewing Methods," ASME *Journal of Mechanical Design*, Vol. 133, No. 3, 031008 (15 pages), doi:10.1115/1.4003498, 2011.

60. Koraishy, B.M., Meyers, J.P., and Wood, K.L., "Manufacturing of direct methanol fuel cell electrodes by spraying" *J. Electrochem. Soc. 158 B1459,* 2011.

61. Chan, J., Fu, K., Schunn, C., Cagan, J., Wood, K., and Kotovsky, K., "On the Benefits and Pitfalls of Analogies for Innovative Design: Ideation Performance Based on Analogical Distance, Commonness, and Modality of Examples," ASME *Journal of Mechanical Design (JMD)*, Vol. 133, No. 8, DOI: 10.1115/1.4004396, 2011.

62.

63. Markman, A., Wood, K.L., Linsey, J., Murphy, J., and Laux, J., "Supporting Innovation by Promoting Analogical Reasoning," *Rotman Magazine, Issue: Thinking About Thinking II*. Rotman School of Management, University of Toronto, Winter 2011. pp. 65-69. Prod. #: ROT134-PDF-ENG.

64. Koraishy, B.M., Solomon, S., Meyers, J.P., and Wood, K.L., "Parametric investigations of direct methanol fuel cell electrodes manufactured by spraying," *ASME Journal of Fuel Cell Science and Technology*, Vol. 9, No. 2, DOI: 10.1115/1.4005415, 2012.

65. Brown, A., Jensen, D., Rencis, J., Wood, K. L., Wood, J. J., White, C., Kaufman Raaberg, K., and Coffman, J., "Online Finite Element Tutorials as Active Learning Tools," *Journal of Advances in Engineering Education (AEE)*, ASEE, Vol. 3, No. 1, Winter 2012, pp. 1-29.

66. Linsey, J.S., Markman, A., and Wood, K.L., "Design by Analogy: A Study of the WordTree Method for Problem Representation," ASME *Journal of Mechanical Design (JMD)*, Vol. 134, No. 4, DOI: 10.1115/1.4006145, 2012.

67. Tilstra, A., Seepersad, C., Wood, K.L., "High Definition Design Structure Matrix for Quantitative Assessment of Product Architecture," *Journal of Engineering Design*, Vol. 23, Issue 10-11, Special Issue on Dependency Modelling in Complex System Design, 2012.

68. White, C., Wood, K. L., and Jensen, D., "From Brainstorming to C-Sketch to Principles of Historical Innovators: Ideation Techniques to Enhance Student Creativity," *Journal of STEM Education*, Vol. 13, No. 5, 2012, pp. 12-25.

69. Oman, S., Tumer, I., Seepersad, C., and Wood, K. L., "A Comparison of Creativity and Innovation Metrics and Sample Validation Through in-class Design Projects," *Journal of Research in Engineering Design (RED)*, Special Issue on Design Creativity, Vol. 23, No. 4, DOI: 10.1007/s00163-012-0138-9, 2013.

70. Fu, K., Chan, J., Cagan, J., Kotovsky, K., Schunn, C., and Wood, K. L., "The Meaning of 'Near' and 'Far': The Impact of Structuring Design Databases and the effect of Distance of Analogy on Design Output," ASME *Journal of Mechanical Design (JMD)*, Vol. 135, No. 2, 2013.

71. Fu, K., Cagan, J., Kotovsky, K., and Wood, K. L., "Discovering Structure in Design Databases through Functional and Surface Based Mapping," ASME *Journal of Mechanical Design (JMD)*, Vol. 135, No. 3, 2013.

72. Moreno, D., Hernandez, A., Yang, M., Otto, K., Holtta-Otto, K., Linsey, J., and Wood, K.L., "Fundamental Studies in Design-by-Analogy: A Focus on Domain Knowledge Experts and Applications to Transactional Problems," Journal of *Design Studies*, Vol. 35, No. 3, 2014, pp. 232-272.

73. Camburn, B., Otto, K., Jensen, D., Crawford, R., and K. L. Wood, "Designing Biologically Inspired Leaf Structures: Computational Transport Analysis of Volume-to-Point Flow Channels," *Journal of Engineering with Computers*, 2014, pp. 1-14.

74. Tilstra, A., Backlund, P., Seepersad, C., and Wood, K.L., "Principles for Design Products with Flexibility for Future Evolution," *International Journal of Mass Customisation (IJMASSC)*, 2014.

75. Tushar, W., Bo Chai, Chau Yuen, David B. Smith, Kristin L. Wood, Zaiyue Yang, Member, and H. Vincent Poor, "Three-Party Energy Management With Distributed Energy Resources in Smart Grid," *IEEE Transactions on Industrial Electronics*, 2014, accepted for publication.

76. Fu, K., Murphy, J., Otto, K., Yang, M., Jensen, D., and Wood, K.L., "Design-by-Analogy: A Functional Vector Approach to Analogical Search," ASME *Journal of Mechanical Design (JMD)*, 2014, accepted for publication.

77. Huang, S., He, L., Gu, Y., Wood, K.L., and Benjaafar, S., "Design of a Mobile Charging Service for Electric Vehicles in an Urban Environment, *IEEE Transactions on Intelligent Transportation Systems*, 2014, T-ITS-14-02-0106.R1, 2014.

78. Fu, K., Moreno, D., Yang, M., and Wood, K. L., "Bio-Inspired Design: An Overview Investigating Open Questions from the Broader Field of Design-By-Analogy," ASME *Journal of Mechanical Design, (JMD)*, 2014, accepted for publication.

79. Fu, K., Murphy, J., Otto, K., Yang, M., Jensen, D., and Wood, K.L., "Design-by-Analogy: Experimental Evaluation of a Functional Analogy Search Methodology for Concept Generation Improvement," *Journal of Research in Engineering Design (RED)*, 2014, accepted for publication (chosen feature article in the companion journal web site: http://www.asmejmd.org/featured-articles, 2014).

80. Justina, J. Lin, F., Blanchard, S., Muller, C., Crawford, R., Petrosino, A., White, C., and Wood, K.L., "Beyond the Classroom: Engaging Underserved Middle School Students in Engineering," *Journal of Pre-College Engineering Education Research (J-PEER)*, 2015, accepted for publication.

81. Jensen, D.J., Moe, R., and Wood, K.L., "Prototype Partitioning based on Requirement Flexibility: Updated Process and Extended Assessment," *Journal of Design Studies*, 2014, submitted for review.

82. Marechal, L., Shuoyu, Y., Foong, S., and Wood, K.L., "Design Optimization of a Magnetic Field-based Localization Device for Enhanced Ventriculostomy," *IEEE Transactions on Biomedical Engineering (TBME)*, 2015, submitted for review.

83. Telenko, C., Wood, K.L., Frey, D., Dritsas, S., Kaijima, S., Tan, U., Moreno, D., Rajesh, M., Foong, S., and Pey, K.L., "Designettes: New Strategies for Design Teaching in Concert with Disciplinary Fundamentals," *ASEE Journal of Engineering Education (JEE)*, 2014, submitted for review.

84. Tushar, W., Yuen, C., Chai, B., Huang, S., Wood, K., Kerk, S. G., Yang, Z., "Smart Grid Testbed for Demand Focused Energy Management in End User Environments," *IEEE Communications Magazine*, 2014, submitted for review.

85. Hassan, N. U., Khalid Y. I., Yuen, C., Huang, S., Pasha, A. P., Wood, K., Kerk, S. G., "Framework For Minimum User Participation Rate Determination To Achieve Specific Demand Response Management Objectives In Residential Smart Grids," *International Journal of Electrical Power and Energy Systems*, 2014, submitted for review.

86. Minn M, Low HY, Baji A, Foong SH, Wood K.L. "A State-of-the-Art Review and Analysis on the Design of Dry Adhesion Materials for Applications such as Climbing Micro-robots," *Smart Materials and Structures,* 2014, submitted for review.

87. Moreno, D., Wood, K.L., Hernandez, A., and Linsey, J., "Fixation Methods and Advancement," *Journal of Engineering Design*, 2014, submitted for review.

88. Tilstra, A., Seepersad, C., and Wood, K.L., "Flexible product representation model: High Definition Design Structure Matrix (HDDSM)," ASME *Journal of Mechanical Design (JMD)*, 2014, submitted for review.

89. Linsey, J., Markman, A., Wood, K. L., "Towards a Design-by-Analogy Method: The Effects of Representation on Ideation," *Journal of Design Studies*, 2014, submitted for review.

90. Kaufmann, K., White, C. K., Rencis, J, Brown, A., Jensen, D. J., and Wood, K. L., "A Novel Assessment Methodology for Active Learning Modules to Equitably Enhance Engineering Education," *International Journal of Engineering Education*, 2014, submitted for review.

91. Dekkers, R., Bjornsson, H., Bowan, P., McCarthy, I., Middleberg, A., Sampaio Cabral, J., Tseng, M., Wagner, F., and Wood, K. L., "Innovative Manufacturing Programme - Overall Mid-term Review of the Innovative Manufacturing Research Centres," *Journal of Research Policy*, Elsevier, 2014, submitted for review.

92. Singh, V., Skiles, S., Krager, J., Seepersad, C., Wood, K. L., and Jensen, D., "Adapted Concept Generation and Computational Techniques for the Application of a Transformer Design Theory," *American Institute of Aeronautics and Astronautics (AIAA) Journal*, 2014, submitted for review.

## B.  Refereed Conference Proceedings (262)

1.  Sercel, J.C., Blandino, J.J., and Wood, K.L., "The Ballistic Mars Hopper: An Alternative Mars Mobility Concept," *Proceedings of the AIAA/SAE/ASME/ASEE 23rd Joint Propulsion Conference*, San Diego, CA, AIAA Paper 87-1901,1987.

2.  Wood, K.L., and Antonsson, E.K., "A Fuzzy Sets Approach to Computational Tools for Preliminary Engineering Design," *ASME Advances in Design Automation, Volume One: Design Methods, Computer Graphics, and Expert Systems*, S.S. Rao, ed., *DE-Vol. 10-1*, pp. 263-271, 1987.

3.  Wood, K.L., and Antonsson, E.K., "Computational Tools for Preliminary Engineering Design," *Design Theory '88: The 1988 NSF Grantee Workshop on Design Theory and Methodology*, Published by Springer-Verlag, pp. 297-302, RPI, Troy, NY, 1988.

4.  Wood, K.L., and Antonsson, E.K., "A First Class of Computational Tools for Preliminary Engineering Design," *ASME Advances in Design Automation, 1988,* S.S. Rao, ed., *DE-Vol. 14*, pp. 473-476, 1988.

5.  Wood, K.L., and Antonsson, E.K., "Engineering Design Uncertainties," *NSF Engineering Design Research Conference*, Amherst, MA, pp. 77-80, 1989.

6.  Wood, K.L., Antonsson, E.K., and Beck, J.L., "Comparing Fuzzy and Probability Calculus for Representing Imprecision in Preliminary Engineering Design," *The First International ASME Design Theory and Methodology Conference (DTM '89),* Montreal, Canada, pp. 99-105, 1989.

7.  Wood, K.L., Otto, K.N., and Antonsson, E.K., "A Formal Method for Representing Uncertainties in Engineering Design," *The First International Workshop on Formal Methods in Engineering Design, Manufacturing, and Assembly*, Colorado Springs, CO, pp. 202-246,1990.

8.  da Silva, R.E., Wood, K.L., and Beaman, J.J., "Representing and Manipulating Interacting and Interfeature Relationships in Engineering Design for Manufacture," 1990 ASME *Design Automation Conference*, Chicago, IL, pp. 1-8, 1990.

9.  da Silva, R.E., Wood, K.L., and Beaman, J.J., "An Algebraic Approach to Geometric Query Processing in CAD/CAM Applications," *ACM: Solid Model Foundations and CAD/CAM Applications*, Austin, TX, ACM Paper 089791-427-9/91/0006/0073, pp. 73-86, 1991.

10.  Wood, K.L., Otto, K.N., and Antonsson, E.K., "Engineering Design Calculations Under Uncertainty," Presentation at the 7th Conference on Uncertainty in Artificial Intelligence, UCLA, CA, July 11-13, 1991; Published: *International Fuzzy Engineering Symposium*, pp. 433-445, Yokohama, Japan, 1991.

11.  Wood, K.L. and Srinivasan, R.S. , "Fractal-Based Tolerance Representations in Engineering Design and Manufacturing," Proceedings of *The 1992 Design and Manufacturing Systems Conference,* Society of Manufacturing Engineers, Georgia Tech, Atlanta, GA, pp. 407-412, 1992.

12.  Srinivasan, R.S. and Wood, K.L., "A Computation Investigation into the Structure of Form and Size Errors Based on Machining Mechanics," Proceedings of the *ASME Design Automation Conference*, D.A. Hoeltzel, ed., pp. 161-171, 1992.

13.  Srinivasan, R.S. and Wood, K.L., "Fractal-Based Geometric Tolerancing for Mechanical Design," *1992 ASME Design Theory and Methodology,* D.L. Taylor, and L.A. Stauffer, eds., pp. 107-115, 1992 (*1992 ASME DTM Best Paper Award*).

14.  Wood, K.L., Crawford, R., and Fowler, M., "An Engineering and Design Technology Curriculum for Elementary Grades," Proceedings of the *ASEE/IEEE Frontiers in Education (FIE)* Conference, pp. 570-575, 1992.

15.  Ratliff, R., Wood, K., and Crawford, R., "Modeling Vertical Centrifugal Pumps," *1993 International Conference on Bond Graph Modeling and Simulation*, J.J. Granda and F.E. Cellier, editors, Simulation Series, Vol. 25, No. 2, pp. 269-274, 1993.

16.  Wood, K.L., Srinivasan, R. S., Tumer, I.Y., and Cavin, R. , "Fractal-Based Tolerancing: Theory, Dynamic Process Modeling, Test Bed Development, and Experiments," Proceedings of *The 1993 Design and Manufacturing Systems Conference,* Society of Manufacturing Engineers, University of North Carolina, pp. 731-740, 1993.

17.  Nichols, S., Kleespies, H., Wood, K.L., and Crawford, R.H., "Design Methodology and Projects for Space Engineering," *1993 AIAA Conference*, AIAA Paper 1113, 1993.

18.  Crawford, R.H., Wood, K.L., Nichols, S., et al., "Space Engineering Projects in Design Methodology," *1993* Proceedings of *The 9th Summer Conference NASA/USRA Advanced Design Program*, Houston, TX, pp. 363-373, 1993.

19.  Cavin, R., Wood, K.L., Crawford, R.H., Ratliff, R., and Sumrell, C., "An Optical-Artwork Inspection Tool for Probe Accuracy of ICT Fixtures," *Surface Mount International Conference*, pp. 49-63, 1993.

20.  Navaneethakrishna, R., Wood, K.L., and Crawford, R.H., "An Object-Oriented Formalism for Geometric Reasoning in Engineering Design and Manufacturing," *ASME Design Automation Conference,* DE-Vol. 65-2, Albuquerque, NM, pp. 301-314,1993.

21.  Tumer, I.Y., Srinivasan, R. S., Wood, K.L., and Busch-Vishniac, I., "Fractal Precision Models of Lathe Turning Machines," *ASME Design Automation Conference,* DE-Vol. 65-2, Albuquerque, NM, pp. 501-514, 1993.

*Résumé – Curriculum Vitae*                                                    *Kristin L. Wood, Ph.D.*

22.  Srinivasan, R. S. and Wood, K.L., "Wavelet Transforms in Fractal-Based Form Tolerancing," *ASME Design Theory and Methodology Conference*, Albuquerque, NM, pp. 51-63, 1993 (*1993 ASME DTM Best Paper Award*).

23.  Foong, C.S., Wood, K.L., and Busch-Vishniac, I., "Design Assessment of Micro-Electro-Mechanical Systems with Applications to a Microbiology Cell Injector," *ASME Winter Annual Meeting,* DSC-Vol. 46, pp. 49-63, New Orleans, LA, 1993.

24.  Wood, K.L., "Fractal Abstractions of Design Tolerances and Manufacturing Process Precision," Invited Abstract, *Third SIAM Conference on Geometric Design*, Phoenix, AZ, p. 14, 1993.

25.  Coles, J., Wood, K.L., and Crawford, R., "Form Feature Recognition Using Base Volume Decomposition," *ASME DAC Conference*, Minneapolis, MN, pp. 1-17, 1994.

26.  Hernandez, A. and Wood, K.L., "A set based concurrent engineering method for parameter design," *International Symposium on Artificial Intelligence*, Monterrey, Mexico, October 17-21, 1994.

27.  Hearn, C., Maddox, W., et al., "Smart Mechanical Bearings Using MEMS Technology," *ASME Tribology Symposium*, Houston, TX, pp. 1-10, 1995.

28.  Wood, K.L., "Integrating Engineering Design and Manufacturing: Functional Tolerancing, Machine Precision, and Design Education," *SME, NSF Grantees Meeting*, University of California at San Diego, pp. 79-80, 1995.

29.  Otto, K.N. and Wood, K.L., "Estimating Errors in Concept Selection," *ASME Design Theory and Methodology Conference*, Boston, MA, pp. 397-412, 1995.

30.  Srinivasan, R. S., Wood, K.L., and McAdams, D., "Functional Tolerancing: A Design for Manufacturing Methodology," *ASME Design Theory and Methodology Conference*, Boston, MA, pp. 465-482, 1995.

31.  Crawford, R.H., Wood, K.L., and Fowler, M., "Elementary Education and Engineering Design: Concrete Experiences in Mathematics and Science," *ASME Design Theory and Methodology Conference*, Boston, MA, pp. 531-545, 1995.

32.  Tumer, I., Thompson, D. C., et al., "Surface Characterization of Polycarbonate Parts from Selective Laser Sintering," *Solid Freeform Fabrication Symposium*, pp. 181-188, 1995.

33.  Tumer, I., Wood, K.L., and Busch-Vishniac, I., "Modeling of Dynamic Effects Caused by the Beam Delivery System in Selective Laser Sintering," *Solid Freeform Fabrication Symposium*, pp. 353-361, 1995.

34.  Wood, K.L., Neikirk, D., et al., "MEMs Hydrodynamic Bearings: Applications and Implications to Machine Failure Prevention," *MFPT Conference*, Mobile, AL, pp. 363-372, 1996.

35.  Otto, K.N. and Wood, K.L., "A Reverse Engineering and Redesign Methodology for Product Evolution," *ASME Design Theory and Methodology Conference*, Irvine, CA, CD-ROM, DETC/DTM-1523, 1996.

36.  Lefever, D. and Wood, K.L., "Design for Assembly Techniques in Reverse Engineering and Redesign," *ASME Design Theory and Methodology Conference*, Irvine, CA, CD-ROM, DETC/DTM-1507, 1996.

37. Tumer, I., Srinivasan, R.S., and Wood, K.L., "Characteristic Measures for the Representation of Manufactured Surface Quality," *ASME Conference on Design for Manufacturing,* Irvine, CA, CD-ROM, DFM-1275, 1996.

38. McAdams, D. and Wood, K.L., "The Effect of a Fractal Profile Tolerance on the Dynamic Performance of Cams," *ASME Conference on Design for Manufacturing,* Irvine, CA, CD-ROM, DFM-1276, 1996.

39. Tumer, I.Y., Thompson, D.C., Wood, K.L., and Crawford, R.H., "Quantification of Part Surface Quality: Application to Selective Laser Sintering," *ICE*, France, pp. 731-736, 1996.

40. Tumer, I., Wood, K.L., and Busch-Vishniac, I., "Extraction of Fault Patterns on SLS Part Surfaces Using Karhunen-Loeve Transform," *Proceedings of the Solid Freeform Fabrication Symposium*, pp. 575-585, 1996.

41. Norrell, J., Wood, K.L., Crawford, R.H., and Bergman, T, "Forced Convection in a Polymeric Powders," *Proceedings of the Solid Freeform Fabrication Symposium*, pp. 459-470, 1996.

42. Wood, K.L, "An Overview of Functional Tolerancing, Manufacturing Precision, and Reverse Engineering in Product Design," *Proceedings of the 1997 NSF Design and Manufacturing Grantees Meeting*, Seattle, WA, pp. 63-64, 1997.

43. Little, A.D. and Wood, K.L., "Functional Analysis: A Fundamental Empirical Study for Reverse Engineering, Benchmarking, and Redesign," *ASME Design Theory and Methodology Conference*, Sacramento, CA, CD-ROM, DETC97/DTM-3879, 1997.

44. Tumer, I.Y., Wood, K.L., and Busch-Vishniac, I. J., "Improving Manufacturing Precision Using the Karhunen-Loeve Transform," *ASME Design for Manufacturing Conference*, Sacramento, CA, CD-ROM, DETC97/DFM-4347, 1997.

45. Tumer, I.Y., Wood, K.L., and Busch-Vishniac, I. J., "Monitoring Fault Conditions During Manufacturing Using the Karhunen-Loeve Transform," *ASME Sixth Biennial Conference on Mechanical Vibration and Noise*, Sacramento, CA, CD-ROM, DETC/VIB-4234, 1997.

46. Norrell, J.L., Crawford, R.H., and Wood, K.L., "Thermal Issues in the Design of a Rapid Prototyping Machine," *ASME Design for Manufacturing Conference*, Sacramento, CA, CD-ROM, DETC97/DAC-4311, 1997.

47. Jepson, L., Beaman, J.J., Bourell, D.L., and Wood, K.L., "SLS Processing of Functionally Gradient Materials," *Proceedings of the Solid Freeform Fabrication Symposium*, pp. 67-79, 1997.

48. Cho, U. and Wood, K.L., "Empirical Similitude Method for Functional Tests with Rapid Prototypes," *Proceedings of the Solid Freeform Fabrication Symposium*, pp. 559-567, 1997.

49. Jepson, L., Beaman, J.J., Bourell, D.L., and Wood, K.L., "SLS Processing of Functionally Gradient Materials," *Proceedings of the 1998 NSF Design and Manufacturing Grantees Meeting*, Monterrey, Mexico, pp. 497-498, 1998.

50. McAdams, D.A., Tumer, I.Y., and Wood, K.L., "An Overview of Tolerance Design for Function and Manufacturing Precision in Product Design," *Proceedings of the 1998 NSF Design and Manufacturing Grantees Meeting*, Monterrey, Mexico, pp. 65-66, 1998.

51. Cho, U., Wood, K.L., and Crawford, R.H., "On-Line Functional Testing with Rapid Prototypes: A Novel Empirical Similarity Method," *1998 European Conference on Rapid Prototyping*, Aachen, Germany, pp. 385-402, 1998.

52. Jensen, D.D., Murphy, M.D., and Wood, K.L., "Evaluation and Refinement of a Restructured Introduction to Engineering Design Course Using Student Surveys and MBTI Data," *ASEE Annual Conference*, Seattle, WA, CD-ROM, ASEE-1998-0206, Session 2666, 1998.

53. Otto, K.N., Wood, K.L., Bezdek, J., Murphy, M.D., and Jensen, D.D., "Building Better Mouse Trap Builders," *ASEE Annual Conference*, Seattle, WA, CD-ROM, ASEE-1998-0045, Session 2666, 1998. (ASEE Best Paper Award)

54. Otto, K.N. and Wood, K.L., "Customer Integrated Systematic Design," *3rd World Conference on Integrated Design and Process Technology*, Berlin, Germany, 1998.

55. Stone, R.B., Wood, K.L., and Crawford, R. H., "A Heuristic Method to Identify Modules from a Functional Description of a Product," *ASME Design Theory and Methodology Conference*, Atlanta, GA, CDROM, DETC98/DTM-5642, 1998.

56. McAdams, D. A., Stone, R. B., and Wood, K.L., "Understanding Product Similarity Using Customer Needs," *ASME Design Theory and Methodology Conference*, Atlanta, GA, CDROM, DETC98/DTM-5660, 1998.

57. Tumer, I.Y., Wood, K.L., Busch-Vishniac, I.J., "Condition Monitoring Methodology for Manufacturing and Design," *ASME Design for Manufacturing Conference*, Atlanta, GA, CDROM, DETC98/DFM-5724, 1998.

58. Cho, U., Wood, K.L., and Crawford, R.H., "A Novel Empirical Similarity Method for Reliable Product Testing with Rapid Prototypes," *ASME Design Automation Conference*, Atlanta, GA, CDROM, DETC98/DAC-5605, 1998.

59. Stone, R. B., Wood, K.L., and Crawford, R.H., "Product Architecture Development with Quantitative Functional Analysis," *ASME Design Theory and Methodology Conference*, Las Vegas, NV, DETC99/DTM-8764, 1999. (Xerox Best Paper Award)

60. Stone, R.B. and Wood, K.L., "Development of a Functional Basis for Design," *ASME Design Theory and Methodology Conference*, Las Vegas, NV, DETC99/DTM-8765, 1999.

61. McAdams, D. A. and Wood, K.L., "Methods and Principles for Concurrent Functional Tolerance Design," *ASME Design for Manufacturing Conference*, Las Vegas, NV, DETC99/DFM-8949, 1999.

62. Cho, U., Wood, K.L., and Crawford, R.H., "System-Level Functional Testing for Scaled Prototypes with Configurational Distortions," *ASME Design Automation Conference*, Las Vegas, NV, DETC99/DAC-8606, 1999.

*Résumé – Curriculum Vitae*                                                                                          *Kristin L. Wood, Ph.D.*

63. Cho, U., Wood, K.L., and Crawford, R.H., "Error Measures for Functional Product Testing," *ASME Design for Manufacturing Conference*, Las Vegas, NV, DETC99/DFM-8913, 1999.

64. Norrell, J., Wood, K.L., and Crawford, R.H., "Thermal Effects of In-Bed Rapid Prototyping Metastructures," *Proceedings of the Solid Freeform Fabrication Symposium*, August 1999.

65. Cho, U., Wood, K.L., and Crawford, R.H., "Agile Product Testing With Constrained Prototypes," *Proceedings of the Solid Freeform Fabrication Symposium*, August 1999.

66. Jepson, L., Beaman, J., Bourell, D., Perez, J., and Wood, K, 2000, "Multi-Material Selective Laser Sintering: Empirical Studies and Hardware Development," *Proceeding of the 2000 NSF Design and Manufacturing Grantees Conference*, Vancouver, B. C., Canada.

67. Wood, J. J. and Wood, K.L., "The Tinkerer's Pendulum for Machine System's Education: Creating a Basic Hands-On Environment with Mechanical Breadboards," CD-ROM Proceedings of the *ASEE Annual Conference*, Session 2566, St. Louis, MO, June 2000.

68. Jackson, Brad, Kris Wood, Joseph J. Beaman. "Discrete Multi-Material Selective Laser Sintering (M2SLS): Development for an Application in Complex Sand Casting Core Arrays," *Proceedings of the Solid Freeform Fabrication Symposium*, The University of Texas at Austin, September 2000.

69. McAdams, D. and Wood, K. L., "Theoretical Foundations for Tuning Parameter Tolerance Design," *ASME Design for Manufacturing Conference*, Baltimore, MD, September 2000.

70. McAdams, D. and Wood, K. L., "Quantitative Measures for Design by Analogy," *ASME Design Theory and Methodology Conference*, Baltimore, MD, September 2000, nominated for the ASME DTM Best Paper Award.

71. Kurfman, M., Stone, R. Van Wie, M., Wood, K. L., and, Otto, K. N. "Theoretical Underpinnings of Functional Modeling: Preliminary Experimental Studies," *ASME Design Theory and Methodology Conference*, Baltimore, MD, September 2000.

72. Jensen, D.L., Greer, J.L., Wood, K.L., Nowack, M.L., 2000, "Force Flow Analysis: Opportunities for Creative Component Combination," *Proceedings of the 2000 ASME International Mechanical Engineering Congress and Exposition*, November 5-10, Orlando, Florida.

73. Jensen, D.L., and Wood, K.L., 2000, "Incorporating Learning Styles to Enhance Mechanical Engineering Curricula by Restructuring Courses, Increasing Hands-on Activities, & Improving Team Dynamics," Proceedings of the 2000 ASME International Mechanical Engineering Congress and Expo., November 5-10, Orlando, Florida.

74. Crawford, R., Beaman, J., Bourell, D., and Wood, K., "Advances in Multiple Material Solid Freeform Fabrication," Proceedings of the SME RP&M, May 2001.

75. Dutson, A., Wood, K., Beaman, J., and Crawford, R., "An Approach to Functional Testing with SLS Parts," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001.

76. Ramos, J., Krishnan, S., Wood, K., Bourell, D., Beaman, J., "Surface Roughness Enhancement of Indirect-SLS Metal Parts by Laser Surface Polishing," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001.

77. Jackson, B. Wood, K., and Beaman, J., "Novel Fabrication of Sand Casting Cores with Discrete Multiple Material Selective Laser Sintering," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001.

78. Rajan, J., Wood, K., and Malkovich, N., "Experimental Study of Selective Laser Sintering of Parmax," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001, pp. 242-255.

79. Shimek, M., Patwardhan, N., Wood, K., Beaman, J., and Crawford, R. "Cybernetic Physical Sensor Embedding for Selective Laser Sintering," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001.

80. Ruizpalacios, R., King, C., Wood, K., Beaman, J., and Bourell, D., "Investigative Study of Selective Laser Sintering of Silicon Dioxide-Based Powders," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 6-8, 2001.

81. Baroud, C., Busch-Vishniac, I., and Wood, K., "Smart Hydrodynamic Bearings Using Surface Micro Variations," *Proceedings of the ASME DETC Conference*, Sept. 9-12, 2001, Pittsburgh, PA, DETC2001/VIB-21749.

82. Kurfman, M. Stone, R., Ragan, J., and Wood, K., "Functional Modeling Experimental Studies," *Proceedings of the ASME Design Theory and Methodology Conference*, Sept. 9-12, 2001, Pittsburgh, PA, DETC2001/DTM-21709.

83. Van Wie, M., Greer, J., Campbell, M., Stone, R., and Wood, K., "Interfaces and Product Architecture," *Proceedings of the ASME Design Theory and Methodology Conference*, Sept. 9-12, 2001, Pittsburgh, PA, DETC2001/DTM-21689.

84. Hirtz, J., Stone, R., McAdams, D., Szykman, S., and Wood, K., "Evolving a Functional Basis for Engineering Design," *Proceedings of the ASME Design Theory and Methodology Conference*, Sept. 9-12, 2001, Pittsburgh, PA, DETD2001/DTM-21688.

85. Ahn, S., Murphy, J., Ramos, J. A., Wood, K. L., and Beaman, J. J., "Real-Time Measurement of Temperature for Control of Laser Surface Modification Process," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 5-7, 2002.

86. Ramos, J. A., Murphy, J., Lappo, K., Wood, K. L., Bourell, D. L., and Beaman, J. J., "Single-Layer Deposits of Nickel Base Superalloy by Means of Selective Laser Melting," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 5-7, 2002.

87. Dutson, A. Wood, K. L., Crawford, R., Beaman, J. J., and Bourell, D. L., "Advances in Functional Testing with SFF Parts," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 5-7, 2002.

88. Murphy, J., Lappo, K., Wood, K. L., and Beaman, J. J., "A Statistical Model of Laser Surface Finishing Using Design of Experiments and ANOVA," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 5-7, 2002.

89. Green, M., Dutson, A., Wood, K.L., Stone, R., and McAdams, D., "Integrating Service-Oriented Design Projects in the Engineering Curriculum," *Proceedings of the 2002 American Society for Engineering Education Annual Conference & Exposition*, 2002.

90. Wood, J., Wood, K. L., and Troxell, W., "Empirical Analysis Using Advanced Similarity Methods," *ASME Design Automation Conference,* September 2002.

91. Greer, J., Wood, J., Jensen, D., and Wood, K. L., "Guidelines for Product Evolution Using Effort Flow Analysis: Results of an Empirical Study," *ASME Design Theory and Methodology Conference,* September 2002.

92. Moe, R., Jensen, D., and Wood, K. L., "Prototype Partitioning Based on Requirement Flexibility," *ASME Design Theory and Methodology Conference, Salt Lake City, UT, DETC2004/DTM-57221.* September 2002.

93. Lappo, K., Ramos, J. A., Murphy, J., Wood, K. L., Bourell, D. L., and Beaman, J. J., "Surface Roughness Determination of As-Received Indirect-SLS Parts by Means of Line Profilometry," *Proceedings of the TMS Fall Conference*, Columbus, Ohio, 2002.

94. Dutson, A. and Wood, K. L., "Foundations and Applications of the Empirical Similitude Method (ESM)," 5th International Workshop on Similarity Methods, Invited Paper, 2002, pp. 1-20.

95. Green, M. and Wood, K. L., "Publishing Engineering Research on Appropriate Technologies," *Development by Design - DYD02 Conference*, Bangalore, December 1-2, 2002.

96. Ruizpalacios, R., Wood, K. L., and Beaman, J. J., "Direct Write of Sol-Gel Parts," *National Science Foundation Design, Service, and Manufacturing and Industrial Innovation Grantees and Research Conference*, 2003.

97. Dutson, A., Wood, K. L., Beaman, J. J., Crawford, R. H., and Bourell, D. L., "CyPhy Process," *National Science Foundation Design, Service, and Manufacturing and Industrial Innovation Grantees and Research Conference*, 2003.

98. Dutson, A., Green, M., Jensen, D., and Wood, K. L., "Active-Learning with Engineering Mechanics: A Building-Block for Design," *Proceedings of the ASEE Annual Conference*, 2003.

99. Jensen, D. and Wood, K. L., "Hands-On Devices to Augment Multimedia for Mechanics of Materials," *Proceedings of the ASEE Annual Conference*, June 2003.

100. Rajan, P., Van Wie, M., Otto, K., and Wood, K. L., "Design for Flexibility – Measures and Guidelines," *Proceedings of ICED (International Conference on Engineering Design)*, August, 2003. (ICED Best Paper Award)

101. Ruizpalacios, R., Kyogoku, H., Sriram, V., Wood, K. L., Beaman, J. J., Bourell, D., and Crawford, R., "Laser Direct Write of Nanoporous Optical Coatings: Preliminary Results," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 4-6, 2003 (CD-ROM).

102. Lappo, K., Wood, K. L., Bourell, D., and Beaman, J. J., "Discrete Multiple Material Selective Laser Sintering (M$^2$SLS): Nozzle Design for Powder Delivery," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 4-6, 2003 (CD-ROM).

103. Lappo, K., Jackson, B., Wood, K. L., Bourell, D., and Beaman, J. J., "Discrete Multiple Material Selective Laser Sintering (M$^2$SLS): Experimental Study of Part Processing," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 4-6, 2003 (CD-ROM).

104. Sriram, V., Wood, K. L., Bourell, D., and Beaman, J. J., "Selective Laser Sintering of DuraForm Polyamide with Micro-Scale Features," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 4-6, 2003 (CD-ROM).

105. Mignatti, M. A., Campbell, M. I., Ruizpalacious, R., and Wood, K. L., "Characterization of a Novel Low-Cost, Direct-Write Waveguide," *Proceedings of the Solid Freeform Fabrication Symposium*, Austin, TX, August 4-6, 2003 (CD-ROM).

106. Greer, J., Stock, M., Stone, R., and Wood, K. L., "Enumerating the Component Space: First Steps Toward a Design Naming Convention for Mechanical Parts," *ASME Design Theory and Methodology Conference,* September 2-6, 2003, Chicago, Illinois, DETC2003/DTM-48666 (CD-ROM).

107. Van Wie, M., Rajan, P., Wood, K. L., and Campbell, M., "Representing Product Architecture," *ASME Design Theory and Methodology Conference,* September 2-6, 2003, Chicago, Illinois, DETC2003/DTM-48668 (CD-ROM).

108. Tadepalli, S., Doud, B., Wood, K. L., and Beaman, J. J., "Advanced Mathematical Methods in Correlating Product Behavior: Technique of Conformal Mapping," *National Science Foundation Design, Service, and Manufacturing and Industrial Innovation Grantees and Research Conference*, Dallas, TX, January 2004.

109. Green, M., Wood, K.L., et al., "Service-Learning Approaches to International Humanitarian Design Projects: Assessment of Spiritual Impact," *Proceedings of the 2004 Christian Engineering Education Conference*, May 2004.

110. Jensen, D., Wood, J., and Wood, K. L., "Design of Hands-on Experiences to Optimize Learning through Correlation with Learning Styles and Pedagogical Theory**,**" *Proceedings of the ASEE Annual Conference*, June 2004.

111. Jensen, D., Wood, J., and Wood, K. L., "Enhancing Machine Design Courses through the Use of a Multimedia-Based Review of Mechanics of Materials**,**" *Proceedings of the ASEE Annual Conference*, June, 2004.

112. Green, M., VanderLeest, S., and Wood, K. L., "A Model for International Design Projects as Service-Learning: Conclusions from the Experiences of Faith-Based Institutions," *Proceedings of the ASEE Annual Conference*, June, 2004.

113. Chen, S., Bourell, D. L., and Wood, K. L. "Fabrication of PEM Fuel Cell Bipolar Plates by SLS," *Proceedings of the 15th Solid Freeform Fabrication Symposium*, Austin, Texas, Aug. 2-4, 2004.

114. Rai, R. Campbell, M. and Wood, K. L., August 6, 2004, "Extracting Product Performance by Embedding Sensors in SFF Prototypes," *Proceedings of the 15th Solid Freeform Fabrication Symposium*, Austin, Texas, August 2-4, 2004.

115. Rajan, P., Van Wie, M., Campbell, M., Otto, K., and Wood, K. L., "Empirical Study of Design Flexibility," *ASME Design Theory and Methodology Conference,* Salt Lake City, UT, September 2004, DETC2004/DTM-57253.

116. Green, M., Rajan, P., and Wood, K. L., "Product Usage Context: Improving Customer Needs Gathering," *ASME Design Theory and Methodology Conference,* Salt Lake City, UT, September 2004, DETC2004/DTM-57498.

117. Moe, R.E., Jensen, D.J., Wood, K. L., "Prototype Partitioning Based On Requirement Flexibility," *ASME Design Theory and Methodology Conference,* Salt Lake City, UT, September 2004, DETC2004/DTM-57221.

118. Tadepalli, S. and Wood, K. L., "Estimation of Product Response: The Empirical Similitude Method and Technique of Conformal Mapping," *ASME Design for Manufacturing Conference,* Salt Lake City, UT, September 2004, DETC2004/DFM-57773.

119. Beaman, J. J., Wood, K. L., Tadepalli, S., "Using Analytical Transformations for Designing Engineering Systems," *National Science Foundation Design, Service, and Manufacturing and Industrial Innovation Grantees and Research Conference*, Phoenix, AZ, January 2005.

120. Beaman, J. J., Wood, K. L., Bourell, D., Crawford, R., Ruizpalacios, R., Tadepalli, S., "Laser Direct-Write of Novel Optical Components," *National Science Foundation Design, Service, and Manufacturing and Industrial Innovation Grantees and Research Conference*, Phoenix, AZ, January 2005.

121. Chen, S., Bourell, D., and Wood, K., "Fabrication of PEM Fuel Cell Bipolar Plates by Selective Laser Sintering," *Materials Processing and Manufacturing Division, Sixth Global Innovations Proceedings, TMS* (The Minerals, Metals, and Materials Society), February 2005, pp. 51-56.

122. Linsey, J., Green, M., Van Wie, M., Stone, R., and Wood, K. L., "Functional Representations in Conceptual Design: A First Study in Experimental Design and Evaluation," *Proceedings of the ASEE Annual Conference*, Portland, OR, June 2005.

123. Jensen, D., Wood, K., Crawford, R., Crowe, K., "An Evaluation of the DTEACh ROBOLAB Summer Institute for 2004 – Assessment of Instructional and Hands-on Learning Correlated with MBTI Types," *Proceedings of the ASEE Annual Conference*, Portland, OR, June 2005.

124. Jensen, D. J., Wood, J., and Wood, K. L., "Enhancing Machine Design Courses through Use of a Multimedia-Based Review of Mechanics of Materials," ASEE *Annual Conference*, Portland, OR, June 2005. (ASEE Best Paper Award)

125. Murphy, J., Chen, S., Herlehy, J., Bourell, D., Beaman, J., and Wood, K., "Performance of PEM Fuel Cell Bipolar Plates Fabricated Using SLS," *Proceedings of The 16th Solid Freeform Fabrication Symposium*, Austin, TX, August 2005.

126. Chen, S., Bourell, D. L., and Wood, K. L., "Improvement for the Electrical Conductivity of SLS PEM Fuel Cell Bipolar Plates," *Proceedings of The 16th Solid Freeform Fabrication Symposium*, Austin, TX, August 2005.

127. Ruizpalacios, R., M.P. Rafiuly, H.G. Wheat, K.L. Wood, J.J. Beaman, "Characterization and Modeling of Parameters Involved in Laser Direct-Write," *Proceedings of The 16th Solid Freeform Fabrication Symposium*, Austin, TX, August 2005.

128. Tadepalli, S., Wood, K. L., Crawford, R. H., "Similitude Approximation for Asymmetric Structures," *Proceedings of The 16th Solid Freeform Fabrication Symposium*, Austin, TX, August 2005.

129. Green, M. and Wood, K.L., "Engineering Research Applied to Third World Needs: Case Studies of Applied and Fundamental Work," *American Scientific Affiliation: Alternate Energy Resources*, Conservation and the Environment, Messiah College, Grantham, PA, August 5-8, 2005.

130. Tadepalli, S., Wood, K. L., and Crawford, R., "Design and Performance Evaluations Using Analytical Approximations," International Conference on Engineering Design, ICED 05 Melbourne, Australia, August 15-18, 2005, extended abstract only.

131. Green, M., Tan, J., Linsey, J., Seepersad, C., and Wood, K. L., "Effects of Product Usage Context on Consumer Product Preferences," *ASME Design Theory and Methodology Conference*, Long Beach, CA, September 24-28, 2005, DETC2005-85438.

132. Linsey, J., Green, M., Murphy, J., and Wood, K. L., "Collaborating to Success: An Experimental Study of Group Idea Generation Techniques," *ASME Design Theory and Methodology Conference*, Long Beach, CA, September 24-28, 2005, DETC2005-85351.

133. Jensen, D.J., Wood, J.J., Dennis, S., Wood, K.L., and Campbell, M., "Design implementation and assessment of a suite of multimedia and hands-on active learning enhancements for machine design," *Proceedings of IMECE, ASME International Mechanical Engineering Congress and Exposition*, Orlando FL, November 2005, CD-Rom, IMECE2005-81599.

134. Wood, K.L., "Design Flexibility and Agile Product Development: Inferences on Design Education and Industrial Practice," *Proceedings of the Indo-US Joint Workshop on Design Engineering*, Invited Paper, Bangalore, India, January 5-7, 2006.

135. Green, M., Linsey, J., Seepersad, C., Schmidt, K. and Wood, K.L., "Design for Frontier Environments: A Novel Methodology and Results of Classroom Integration," *ASEE Annual Conference, 1125: Design for Community and Environment of the Design in Engineering Education Division*, Chicago, IL, June 2006, Paper No.: 2006-980.

136. Linsey, J., Jensen, D. and Wood, K.L., "Methodology and Tools for Developing Hands-on Active Learning In-Class Activities," *ASEE Annual Conference*, Chicago, IL, June 2006, Paper No.: 2006-1332. (Nominated for Best Paper.)

137. Beaman, J., Wood, K.L., Crawford, R., and Tadepalli, S., "Design and Performance Evaluation using Analytical Approximations," Proceedings of the 2006 NSF DMI Conference, St. Louis, MO, July, 2006.

138. Chen, S., Murphy, J., Herlehy, J., Bourell, D., and Wood, K. L., "Contribution of SLS Bipolar Plate to PEMFC Performance Improvement," *Proceedings of The 17th Solid Freeform Fabrication Symposium*, Austin, TX, August 2006.

139. Murphy, J., Chen, S., Herlehy, J., Wood, K. L., and Bourell, D., "Design and Fabrication of SLS Bipolar Plates Using Design by Analogy Methods," *Proceedings of The 17th Solid Freeform Fabrication Symposium*, Austin, TX, August 2006.

140. Tadepalli, S., Wood, K. L., and Crawford, R. H., "Similitude Approximation for Asymmetric Structures," *Proceedings of The 17th Solid Freeform Fabrication Symposium*, Austin, TX, August 2006.

141. Herlehy, J., Murphy, J., Chen, S., Koraishy, B., Bourell, D., Wood, K. L., Beaman, J., and Crawford. R., "Design of a Test Platform for Performance Evaluation of SLS Proton Exchange Membrane Fuel Cells," *Proceedings of The 17th Solid Freeform Fabrication Symposium*, Austin, TX, August 2006.

142. Keese, D., Neha, P.T., Seepersad, C., and Wood, K.L., "An Enhanced Change Modes and Effects Analysis (CMEA) Tool for Measuring Product Flexibility with Applications to Consumer Products," *ASME Design Automation Conference, Design Engineering Technical Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99478.

143. Linsey, J., Murphy, J., Markman, A., Wood, K.L., and Kortoglu, T., "Representing Analogies: Increasing the Probability of Innovation," *ASME International Design Theory and Methodology Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99383.

144. Qureshi, A., Murphy, J., Seepersad, C., Wood, K. L., and Jensen, D., "Principles of Product Flexibility," *ASME International Design Theory and Methodology Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99583.

145. Skiles, S., Singh, V., Krager, J., Wood, K. L., and Jensen, D., "Adapted Concept Generation and Computational Techniques for the Application of a Transformer Design Theory," *ASME Design Automation Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99584.

146. Green, M., Linsey, J., Seepersad, C., Wood, K.L., and Jensen, D., "Frontier Design: A Product Usage Context Method," *ASME International Design Theory and Methodology Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99608.

147. Singh, V., Skiles, S., Krager, J., Wood, K. L., and Jensen, D., "Innovations in Design through Transformation: A Fundamental Study of tRa*N*sFo*R*mAt*I*oN Principles," *ASME International Design Theory and Methodology Conference*, Philadelphia, PA, September 10-13, 2006, DETC2006-99575.

148. Singh, V., Wood, K. L., and Jensen, D., et al., "A Novel Exploration into Gust Resistant Operation of MAVs / UAVs through Transformation," MAV06 Conference and Demonstration Proceedings, Eglin Air Force Base, Eglin, Fl, October 31, 2006.

149. Linsey, J., Talley, A., Jensen, D., Wood, K. L., Schmidt, K., and Eways, S., "From Tootsie Rolls to Composites: Assessing a Spectrum of Active Learning Activities in Engineering Mechanics," *ASEE Annual Conference*, Honolulu, Hawaii, June 2007, Paper No.: AC-2007-472.

150. Linsey, J., Talley, A., Schmidt, K., Cobb, B., Jensen, D., and Wood, K. L., "Using Active Learning to Enhance Student Understanding in Engineering Mechanics," *ASEE Annual Conference*, Honolulu, Hawaii, June 2007.

151. Wood, K.L. and Jensen, D., "The Power of Hands-On Methods and Product Dissection for Teaching Innovative Product and Process Design," Invited Abstract, *Proceedings of the IERC 2007*, May 19-23, 2007.

152. Agogino, A., Hey, J., Linsey, J., and Wood, K. L., "Analogies and Metaphors in Creative Design," Mudd Design Workshop VI: "Design and Engineering Educations in a Flat World," Harvey Mudd College, May 23-25, 2007.

153. Dekkers, R., Wood, K. L., and McCarthy, I., "Overall Mid-Term ERM Review of the Innovative Manufacturing Research Centres," 19th International Conference on Production Research, Valparaiso, Chile, July 29 – August 2, 2007.

154. Schroeder, G., Moseby, D., Skibitsky, S., Duncan, M., Cordova. J., Szmerekovsky. A., Jensen. D., Wood, K., "Innovative Solutions for Towing Micro Air Vehicles", Poster presentation at Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference, Washington, DC, August 2007.

155. Conrad, J., Gac, P., Meysenbourg, B., Morales, K., Forrester, K., Freaney, R., Szmerekovsky, A., Jensen, D., Wood, K., "Transforming Micro Air Vehicle Design", Poster presentation Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference, Washington, DC, August 2007.

156. Danielson, A., Becker, P., Baldwin, G., Collins, C., Erickson, S., Anderson, M., Wood, K., Jensen, D., Singh, V., Warren, L., "A Novel Exploration into Gust Resistant Operation of MAVs / UAVs Through Transformation", Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference, Washington, DC, August 2007.

157. Linsey, J., Laux, J., Wood, K.L., Markman, A., "Effects of Analogous Product Representation on Future Design Use," *Proceedings of the International Conference on Engineering Design (ICED)*, Paris, France, August 27-30, 2007.

158. Tadepalli, S. and Wood, K. L., "Reduction of Non-Monomial Basis in the Dimensional Analysis of a Dynamic System," *ASME Design Automation Conference*, Las Vegas, NV, September 4-7, 2007, DETC2007-35504.

159. Keese, D., Tilstra, A., Seepersad, C., and Wood, K. L., "Empirically-Derived Principles for Designing Products with Flexibility for Future Evolution," *ASME International Design Theory and Methodology Conference*, Las Vegas, NV, September 4-7, 2007, DETC2007-35695.

160. Linsey, J., Laux, J., Clauss, E., Wood, K. L., and Markman, A., "Increasing Innovation: A Trilogy of Experiments Towards a Design-By-Analogy Methodology," *ASME International Design Theory and Methodology Conference*, Las Vegas, NV, September 4-7, 2007, DETC2007-34948.

161. Singh, V., Krager, J., Walther, B., Putnam, N., Koraishy, B., Wood, K. L., and Jensen, D., "Design for Transformation: Theory, Method and Application," *ASME International Design Theory and Methodology Conference*, Las Vegas, NV, September 4-7, 2007, DETC2007-34876.

162. Wood, K.L., Linsey, J., Markman, A., and Laux, J., "Fundamental Studies of Generating Concepts through Design-by-Analogy," NSF CMMI Grantees Conference, Knoxville, TN, January, 2008.

163. Tilstra, A., Seepersad, C., and Wood, K.L., "Empirically-Derived Principles for Designing Products with Flexibility for Future Evolution," NSF CMMI Grantees Conference, Knoxville, TN, January, 2008.

164. Talley, A., Crawford, R., and Wood, K.L., "Active Learning in Action, Understanding the Effects: What Happens When the 'New' Wears Off in Teacher Training," *ASEE Annual Conference*, Pittsburgh, PA, June 2008.

165. Linsey, J., Talley, A., Jensen, D., Wood, K.L., "PHLIpS for Active Learning," *ASEE Annual Conference*, Pittsburgh, PA, June 2008, Paper No.: AC-2008-1680.

166. Linsey, J., Markman, A., and Wood, K.L., "WordTrees: A Method for Design-by-Analogy," *ASEE Annual Conference*, Pittsburgh, PA, June 2008, Paper No.: AC-2008-1669.

167. Mees, E., Johnson, W., VanBaren, W., Wright, S., Wood, J., Anderson, M., Jensen, D., Wood, K.L., "Micro Aerial Vehicle (MAV) Mission Life Extension Through Perching," *Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference*, San Diego, CA, June 2008.

168. Perry, C., Hua, B., Olsen, D., Parcus, J., Pedersen, K., Anderson, M., Wood, J., Jensen, D., Wood, K.L., "Revolutionary Solutions for the Enhanced Low Energy Expenditure ISR for MAVs/UAVs," *Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference*, San Diego, CA, June, 2008.

169. Yakima, M., Schumacher, C., Riley, D., Smyrski, J., Horner, S., Smith, K., Wood, J., Anderson, M., Jensen, D., Wood, K.L., "MAV Energizing: The Search for Aerial Energy," *Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference*, San Diego, CA, June, 2008.

170. Weaver, J., Jensen, D., and Wood, K.L., "Transformation Facilitators: A Quantitative Analysis of Reconfigurable Products and Their Characteristics," *ASME International Design Automation Conference*, Brooklyn, New York, August 3-6, 2008, DETC2008-49891.

171. Tilstra, A., Backlund, J., Seepersad, C., and Wood, K.L., "Industrial Case Studies in Product Flexibility for Future Evolution: An Application and Evaluation of Design Guidelines," *ASME International Design Theory and Methodology Conference*, Brooklyn, New York, August 3-6, 2008, DETC2008-49370.

172. Linsey, J., Wood, K.L., and Markman, A., "Increasing Innovation: Presentation and Evaluation of the WordTree Design-by-Analogy Method," *ASME International Design Theory and Methodology Conference*, Brooklyn, New York, August 3-6, 2008, DETC2008-49317.

173. Wood, K.L., Jensen, D., and White, C., "Improving Active Learning in Engineering Education by Understanding Students," Proceedings of the *2008 Global Colloquium on Engineering Education*, Cape Town, South Africa, October, 2008.

174. Tadepalli, S. and Wood, K. L., "Adaptive Methods for Non-Linear Empirical Similitude Method," *Proceedings of the ASME International Mechanical Engineering Congress and Exposition, IMECE 2008*, Boston, MA, October 31 – November 6, 2008, IMECE2008-67974, pp. 1-11.

175. Tadepalli, S. and Wood, K. L., "Special Matrices and Shape Factors for Linear Empirical Similitude Method," *Proceedings of the ASME International Mechanical Engineering Congress and Exposition, IMECE 2008*, Boston, MA, October 31 – November 6, 2008, IMECE2008-67973, pp. 1-11.

176. Tilstra, A., Seepersad, C., and Wood, K. L., "A Systematic Method of Product Design for Flexibility for Future Evolution," *Proceedings of the NSF CMMI Grantees Conference*, Honolulu, HI, June, 2009, pp. 1-10.

177. White, C. K., Wood, K. L., and Weaver, J., "Ideation Methods Building on Fundamental Studies in Design by Analogy," *Proceedings of the NSF CMMI Grantees Conference*, Honolulu, HI, June, 2009, pp. 1-10.

178. Kaufmann, K., White, C. K., Rencis, J, Brown, A., Jensen, D. J., and Wood, K. L., "A Novel Assessment Methodology for Active Learning Modules to Equitably Enhance Engineering Education," *ASEE Annual Conference*, Austin, TX, June, 2009, AC 2009-2076, pp. 1-20.

179. Jensen, D. J., Weaver, J., Wood, K. L., Linsey, J., and Wood, J., "Techniques to Enhance Concept Generation and Develop Creativity," *ASEE Annual Conference*, Austin, TX, June, 2009, AC 2009-2369, pp. 1-25.

180. Wood, J., Leetsma, P., Culver, R., Gurrola, C., Sparta, M., Zheng, D., Philpot, T., VanOverloop, M., Wood, K., Jensen, D., "Development of Next-Generation Ornithopter Prototypes," *Proceedings of the Association of Unmanned Vehicle Systems International: Unmanned Systems North America Conference*, Washington, DC, August 10-13, 2009.

181. Linsey, J., Tseng, I., Fu, K., Cagan, J., and Wood, K. L., "Reducing and Perceiving Design Fixation: Initial Results from an NSF Sponsored Workshop," *International Conference on Engineering Design, ICED*, Stanford University, Stanford, CA, August 24-27, 2009, Paper No. 9-233, pp. 1-12.

182. Tadepalli, S. and Wood, K. L., "System Dynamics Through Graphical Dimensional Analysis," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2009*, San Diego, CA, August 30-Sept. 2, 2009, DETC2009-87461, pp. 1-12.

183. Tadepalli, S. and Wood, K. L., "Empirical Similarity Analysis Using Adaptive Trigonometric Functions," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2009*, San Diego, CA, August 30-Sept. 2, 2009, DETC2009-87488, pp. 1-11.

184. Weaver, J., Kuhr, R., Wang, D., Crawford, R., Wood, K., Jensen, D., "Increasing Innovation in Multi-Function Systems: Evaluation and Experimentation of Two Ideation Methods for Design," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2009*, San Diego, CA, August 30-Sept. 2, 2009, DETC2009-86256, pp. 1-19.

185. Putnam, N., Jensen, D., Wood, K., Seepersad, C., "A Function-Based Strategy for Analysis of Energy Systems in Transportation Vehicles," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2009*, San Diego, CA, August 30-Sept. 2, 2009.

186. Wang, D., Kuhr, R., Kaufman, K., Crawford, R., Wood, K., Jensen, D., "Empirical Analysis of Transformers on the Development of a Storyboarding Methodology," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference*, IDETC/CIE 2009, San Diego, CA, August 30-Sept. 2, 2009, DETC2009-87420, pp. 1-20.

187. Tilstra, A., Seepersad, C., and Wood, K. L., "A High-Definition Design Structure Matrix (HD-DSM) for Product Improvement by Application of Design Flexibility Guidelines," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference*, IDETC/CIE 2009, San Diego, CA, August 30-Sept. 2, 2009, DETC2009-87118, pp. 1-14.

188. Ferguson, S., Tilstra, A., Seepersad, C., and Wood, K. L., "Development of a Changeable Airfoil Optimization Model for Use in the Multidisciplinary Design of Unmanned Aerial Vehicles," *Proceedings of the ASME 2009 International Design Engineering Conferences & Computers and Information in Engineering Conference*, IDETC/CIE 2009, San Diego CA, August 30-Sept. 2, 2009, DETC2009-87482, pp. 1-13.

189. Koraishy, B., Meyers, J., and Wood, K. L., "Manufacturing of membrane electrode assemblies for fuel cells," *International Conference on Manufacturing Research (IMCR)*, Warwick, England, September 8-10, 2009, pp. 1-18.

190. Tilstra, A., Seepersad, C., and Wood, K. L., "Distributed Modeling of Component DSM," *Proceedings of the 11th International DSM Conference,* Greenville, South Carolina, October 12-13, 2009.

*Résumé – Curriculum Vitae*                                                    *Kristin L. Wood, Ph.D.*

191. Wood, K.L., Jensen, D., and White, C., "Improving Active Learning in Engineering Education by Understanding Students," Proceedings of the *2009 Global Colloquium on Engineering Education*, Budapest, Hungary, October, 2009.

192. White, C., Talley, A., Crawford, R., and Wood, K.L., "Design Curriculum & Curriculum Design," *Consortium for Research in Teacher Education (CRTE)*, "Stepping Outside the Box" Innovations in Teaching and Teacher Education, The Third Annual Teacher Education Symposium, Austin, TX, April 2010.

193. White, C., Jensen, D., and Wood, K.L., "Enhancing Engineering Education by Understanding Complexities of Students," *American Educational Research Association (AERA) Annual Meeting*, Proceedings, Denver, Colorado, May 2010.

194. Hernandez-Luna, A., Moreno, D., and Wood, K. L., "Trade-Off of Fuzzy Set-Based Design Parameters," *Proceedings of the 2010 Industrial Engineering Research Conference*, Cancun, México, June 5-9, 2010.

195. White, C., Talley, A., Jensen, D., and Wood, K. L., "From Brainstorming to C-Sketch to Principles of Historical Innovators: Ideation Techniques to Enhance Student Creativity," *Proceedings of the ASEE Annual Conference*, Lexington, KY, June 2010, AC 2010-2278.

196. Talley, A., White, C., Crawford, R., and Wood, K. L., "Designing Interdisciplinary Curriculum & Teaching: Investigating Innovation & Our Engineered World," *Proceedings of the ASEE Annual Conference*, Lexington, KY, June 2010, AC 2010-805.

197. Jensen, D. and Wood, K. L., "R.P.M.: Rapid Prototype Manufacturing – Effects on Early Stages of the Innovation Process," *Proceedings of the ASEE Annual Conference*, Lexington, KY, June 2010, AC 2010-1941.

198. White, C. and Wood, K. L., "Influences and Interests in Humanitarian Engineering," *Proceedings of the ASEE Annual Conference*, Lexington, KY, June 2010, AC 2010-652.

199. Linsey, J., White, C., Schmidt, K., Wood, K.L., and Jensen, D., "Workshop on Designing Active Learning Activities and Associated Assessment Plans," *Proceedings of the ASEE Annual Conference*, Lexington, KY, June 2010, AC 2010-1036.

200. Chan, J., Fu, K., Schunn, C., Wood, K.L., Cagan, J., and Kotovsky, K., "What makes for inspirational examples in design? The effects of example modality, distance, and familiarity," *Annual Meeting of the Cognitive Science Society, CogSci*, Portland, OR, August 2010.

201. Edlund, C., Wheeler, B., Scott, E., Bohn, K., Curtis, C., Jensen, D., Camburn, B., and Wood, K.L., "Innovative Solutions for Counter-MAV Defense," *Association of Vehicle Systems International (AUVSI) Annual Conference*, Denver, CO, August 2010.

202. Weaver, J., Wood, K. L., Jensen, D. J., and Crawford, R. H., "Design of Energy Harvesting Technology: Feasibility for Low-Power Wireless Sensor Networks," *Proceedings of the ASME 2010 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2010*, Montreal, CA, August 15-18, 2010, DETC2010-28858, pp. 1-9.

203. Tilstra, A., Seepersad, C., and Wood, K. L., "The Repeatability of High Definition Design Structure Matrix (HDDSM) Models for Representing Product Architecture," *Proceedings of the ASME 2010 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2010*, Montreal, CA, August 15-18, 2010, DETC2010-28717, pp. 1-17.

204. Camburn, B., Guillemette, J., Crawford, R. H., Wood, K. L., and Jensen, D. J., "When to Transform? Development of Indicators for Design Context Evaluation," *Proceedings of the ASME 2010 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2010*, Montreal, CA, August 15-18, 2010, DETC2010-28951, pp. 1-17.

205. Kuhr, R., Wood, K. L., Crawford, R. H., and Jensen, D. J., "Concept Opportunity Diagrams: A Visual Modeling Method to Explore Multifunctional Design Concepts," *Proceedings of the ASME 2010 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2010*, Montreal, CA, August 15-18, 2010, DETC2010-29068, pp. 1-14.

206. Edlund, C., Wheeler, B., Scott, E., Bohn, K., Curtis, C., Jensen, D., Camburn, B., Wood, K.L., "Development of Systems to Mitigate MAV-Borne Threats," *Association of Vehicle Systems International (AUVSI) Annual Conference*, Denver, CO, August 2010.

207. White, C., Talley, A., Jensen, D., and Wood, K. L., "From Brainstorming to C-Sketch to Principles of Historical Innovators: Ideation Techniques to Enhance Student Creativity," *Proceedings of the Global Colloquium on Engineering Education*, Singapore, October 2010.

208. White, C. and Wood, K. L., "Influences and Interests in Humanitarian Engineering," *Proceedings of the Global Colloquium on Engineering Education*, Singapore, October 2010.

209. Schunn, C., Wood, K.L., Cagan, J., Chan, J., Fu, K., and Kotovsky, K., "The effects of example distance and familiarity on conceptual ideation in engineering design: Initial Results," *NSF CMMI Research and Innovation Conference*, Atlanta, GA, January 4-7, 2011.

210. Jensen, D., Crider, K., Wood, K. L., and Wood, J.J., "Body-Storming, Super Heroes and Sci-Tech Publications: Techniques to Enhance the Ideation Process," *ASEE Annual Conference*, Vancouver, BC, Canada, Session W421 Design Tools and Methodology II, 2011.

211. Camburn, B., Wood, K. L., and Jensen, D., "Examination of a Method for Determining When to Develop Transformable Products through Design Studies," *ASEE Annual Conference*, Vancouver, BC, Canada, Session W421 Design Tools and Methodology II, 2011.

212. Talley, A., Crawford, R. H., White, C. K., and Wood, K. L., "Longitudinal Evaluation of Project-Based Professional Development Institute: Mixed Method Assessment with MBTI Types Correlations," *ASEE Annual Conference*, Vancouver, BC, Canada, Session M444B·Robot Mania!, 2011.

213. Pace, P., Wood, K., Wood, J., Carson, J., Jensen, D., and Skibba, B., "Studying Ideation in Engineering Design Education: Application to Highly Mobile Robots," *ASEE Annual Conference*, Vancouver, BC, Canada, Session M449A Outstanding Contributions: Mechanical Engineering Education, 2011, Honorable Mention Award.

*Résumé – Curriculum Vitae*

*Kristin L. Wood, Ph.D.*

214. Dierks, E., Weaver, J., Wood, K. L., Crider, K., and Jensen, D., "Energy Harvesting for Engineering Educators," *ASEE Annual Conference*, Vancouver, BC, Canada, Session T549A·Trends in Mechanical Engineering II, 2011.

215. Jensen, D. and Wood, K. L., "A Portability Rubric Applied to the Redesign of a Solar Power Generation System," *ASEE Annual Conference*, Vancouver, BC, Canada, Session T621·DEED Poster, 2011.

216. Jensen, D., Wood, K. L., Rencis, J., Brown, A., and White, C. K., "Online Finite Element Tutorials as Active Learning Tools," *ASEE Annual Conference*, Vancouver, BC, Canada, Session W149·Design Education, 2011.

217. Chan, J., Fu, K., Schunn, C., Cagan, J., Wood, K., and Kotovsky, K., "On the Effective Use of Design-By-Analogy: Influences of Analogical Distance and Commonness of Analogous Design on Ideation Performance," International Conference on Engineering Design *(ICED)*, Copenhagen, Denmark, 2011.

218. Koraishy, B., Meyers, J., Wood, K. L., "Parametric Investigations of Direct Methanol Fuel Cell Electrodes Manufactured by Spraying," *Proceedings of ASME 2011 5th International Conference on Energy Sustainability & 9th Fuel Cell Science, Engineering and Technology Conference, ESFuelCell2011*, Washington, DC, August 7-10, 2011, ESFuelCell2011-54824, pp. 1-7.

219. McEvoy, T., Dierks, E., Weaver, J., Inamdar, S., Zimowski, K., Wood, K. L., Crawford, R. H., and Jensen, D., "Developing Innovative Energy Harvesting Approaches for Infrastructure Health Monitoring Systems," *Proceedings of the ASME 2011 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2011*, Washington, DC, August 29-31, 2011, DETC2011-48359, pp. 1-15.

220. Weaver, J., Wood, K. L., Crawford, R. H., and Jensen, D., "Exploring Innovation Opportunities in Energy Harvesting Using a Functional Modeling Approach," *Proceedings of the ASME 2011 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2011*, Washington, DC, August 29-31, 2011, DETC2011-48387, pp. 1-13.

221. Fu, K., Cagan, J., Kotovsky, K., and Wood, K. L., "Discovering Structure in Design Databases through Functional and Surface Based Mapping," *Proceedings of the ASME 2011 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2011*, Washington, DC, August 29-31, 2011, DETC2011-48322, pp. 1-11.

222. Krager, J., Wood, K. L., Crawford, R. H., Jensen, D., Cagan, J., Schunn, C., Linsey, J., and White, C., "Understanding Innovation: A Study of Perspectives and Perceptions in Engineering," *Proceedings of the ASME 2011 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2011*, Washington, DC, August 29-31, 2011, DETC2011-48741, pp. 1-30.

223. Brown, A., Jensen, D., Rencis, J., Wood, K.L., Hackett, R., Watson, K., Liu, J., Chen, C., Labay, V., Schimpf, P., Orbai, I., Akasheh, F., Wood, J., and Schmidt Jackson, K., "Improving Student Learning using Finite Element Learning Modules: An Update in Research Findings," *ASEE Annual Conference*, San Antonio, TX, 2012.

*Résumé – Curriculum Vitae*

*Kristin L. Wood, Ph.D.*

224. Crawford, R., White, C., Wood, K.L., "Foundations and Effectiveness of an Afterschool Engineering Program for Middle School Students," *ASEE Annual Conference*, San Antonio, TX, 2012.

225. Jensen, D., Wood, J., Knodel, P., Wood, K.L., Crawford, R., and Vincent, R., "Evaluating Ideation using the Publications Popular Science, Popular Mechanics and Make in Coordination with a New Patent Search Tool and the 6-3-5 Method," *ASEE Annual Conference*, San Antonio, TX, 2012.

226. Wood, K.L., Rajesh Elara, M., Kaijima, S., Dritsas, S., Frey, D., White, C.K., Jensen, D., Crawford, R.H., and Pey, K-L, "A Symphony of Designiettes – Exploring the Boundaries of Design Thinking in Engineering Education," *ASEE Annual Conference*, San Antonio, TX, 2012. (***Best of Design Division Session.***)

227. Zimowski, K., Brown, A., Jensen, D., Rencis, J., Wood, K.L., Hackett, R., Wood, J., Schmidt Jackson, K., Crawford, R.H., "Iterative Assessment Process to Administer and Improve Active Learning Modules," *ASEE Annual Conference*, San Antonio, TX, 2012.

228. Sumedh, I., Zimowski, K., Gibbons, K. A., Rucker, B., Jensen, D.D., Wood, K.L., Crawford, R.H., "Designing Novel Attachment Methods: A Methodology and Application to Energy Harvesting Systems," *ASEE Annual Conference*, San Antonio, TX, 2012.

229. Christie, E. J., Jensen, D.D., Buckley, R.T., Menefee, D.A., Ziegler, K., Wood, K.L., and Crawford, R.H., "Prototyping Strategies: Literature Review and Identification of Critical Variables," *ASEE Annual Conference*, San Antonio, TX, 2012.

230. Sumedh, I., Zimowski, K., Crawford, R.H., Wood, K.L., and Jensen, D., "Nondestructive methods of integrating energy harvesting systems for highway bridges," *SPIE Conference*, 2012.

231. Camburn, B., Wood, K. L., and Crawford, R. H., "Novel Topological Approach to Designing Flow Channels," *Proceedings of the ASME 2012 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2012*, Chicago, IL, August 12-15, 2012, DETC2012-71448, pp. 1-9.

232. Camburn, B., Wood, K. L., and Crawford, R. H., "Advances in Transformational Design: Correlating Context Evaluation to Quality Feasibility and Novelty," *Proceedings of the ASME 2012 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2012*, Chicago, IL, August 12-15, 2012, DETC2012-71416, pp. 1-14.

233. Fu, K., Chan, J., Cagan, J., Kotovsky, K., Schunn, C., and Wood, K. L., "The Meaning of 'Near' and 'Far': The Impact of Structuring Design Databases and the effect of Distance of Analogy on Design Output," *Proceedings of the ASME 2012 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2012*, Chicago, IL, August 12-15, 2012, DETC2012-70420, pp. 1-12. (***Best Paper Award, Design Theory and Methodology Technical Committee***.)

234. Magee, C., Frey, D., and Wood, K. L., "Advancing Design Research: A 'Big-D' Design Perspective," *International Conference on Research into Design (ICoRD'13)*, Indian Institute of Technology, Madras, Chennai, January 7-9, 2013.

235. Camburn, B., Jensen, D.J., Linsey, J., Crawford, R. H., and Wood, K. L., "Connecting Design Problem Characteristics to Prototyping Choices to Form a Prototyping Strategy," *ASEE Annual Conference*, Atlanta, GA, 2013.

236. Liu, J., Moreno, D., Jensen, D., Ruth, J., Mathur, A., and Wood, K. L., "Innovative Exploration into Active Learning and Design-based Learning Approaches for Software Engineering," *ASEE Annual Conference*, Atlanta, GA, 2013.

237. Jensen, D. and Wood, K.L., "Using Mini Design Competitions in Capstone Courses to Teach the Design Process," *ASEE Annual Conference*, Atlanta, GA, 2013.

238. Kuhr, R., Otto, K., Sosa, R., Raghunath, N., Holtta-Otto, K., and Wood, K. L., "Design with the Developing World: a Model of Interactions," *International Conference on Engineering Design (ICED)*, Design Society, Seoul. Korea, August, 2013.

239. Camburn, B., Dunlap, B., Kuhr, R., Viswanathan, V., Linsey, J., Jensen, D., Crawford, R., Otto, K., and Wood, K.L., "Methods for Prototyping Strategies in Conceptual Phases of Design: Framework and Experimental Assessment," *Proceedings of the ASME 2013 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2013*, Portland, OR, August 4-7, 2013, DETC2013-13072.

240. Braha, D., Brown, D., Chakrabarti, A., Dong, A., Fadel, G., Maier, J., Seering, W., Ullman, D., and Wood, K. L., "DTM 25: Essays on Themes and Future Directions," *Proceedings of the ASME 2013 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2013*, Portland, OR, August 4-7, 2013, DETC2013-13072.

241. Fu, K., Murphy, J., Yang, M., Otto, K., Jensen, D., and Wood, K. L., "Investigating the Effect of Functionality Level of Analogical Stimulation on Design Outcomes," *Korea-Japan Design Engineering Workshops (DEWS)*, November 28 - 30, 2013, Kitakyushu, Fukuoka, Japan.

242. Moreno, D. P., Hernandez, A., Yang, M., and Wood, K. L., "Creativity in Transactional Design Problems: Non-Intuitive Findings of an Expert Study Using Scamper," *International Design Conference – Design 2014*, Dubrovnik - Croatia, May 19 - 22, 2014.

243. Perez, K. B., Anderson, D., Petry, B., Cheung Tan, J., Holtta-Otto, K., Otto, K. and Wood, K. L., "Identification of Design Principles for Additive Manufacturing from Online Part Repositories," *1st International Conference on Progress in Additive Manufacturing*, PRO-AM, Singapore, May 26-28, 2014.

244. Camburn, B., Anderson, D., Otto, K., and Wood, K. L., "Differences in Use of Rapid Prototyping between Novice and Expert Design Engineers," *1st International Conference on Progress in Additive Manufacturing*, PRO-AM, Singapore, May 26-28, 2014.

245. Marechal, L., Foong, S., Ding, S., Madhavan, D., Wood, K. L., Gupta, R., Patil, V., and Walsh, C. J., "Optimal Spatial Design of Non-Invasive Magnetic Field-based  Localization Systems," *IEEE International Conference on Robotics and Automation (ICRA 2014)*, May 31 - June 5, 2014  Hong Kong, China.

246. Moreno, D.P., Hernandez, A., Yang, M., and Wood, K. L., "A Step Beyond To Overcome Design Fixation: A Design by Analogy Approach," *Design Computing and Cognition (DCC'14)*, J. S. Gero, ed., University College London, London, UK, June 21-25, 2014, Springer.

247. Moreno, D. P., Yang, M., and Wood, K. L., "Design Creativity for Every Design Problem: A Design-by-Analogy Approach," *Design Computing and Cognition (DCC'14)*, J. S. Gero, ed., University College London, London, UK, June 21-25, 2014.

248. Camburn, B., Otto, K., and Wood, K.L., "Integrated 2D Design in the Curriculum: Effectiveness of Early Cross-Subject Engineering Challenges," *ASEE Annual Conference*, Indianapolis, IN, 2014.

249. Telenko, C., Camburn, B., Holtta-Otto, K., Otto, K., and Wood, K.L., "Designettes: New Approaches to Multidisciplinary Engineering Design Education," *Proceedings of the ASME 2014 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2014, 11ᵗʰ International Conference on Design Education (DEC)*, Buffalo, NY, August 17-20, 2014, DETC2014-35137, **Best Paper Award**.

250. Sosa, R., Rajesh, M., and Wood, K.L., "Design Principles for Innovative Reconfigurable Robots," *Proceedings of the ASME 2014 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2014*, Buffalo, NY, August 17-20, 2014, DETC2014-35568.

251. Murphy, J., Fu, K., Otto, K., Yang, M., Jensen, D., and Wood, K.L., "Facilitating Design-by-Analogy: Development of a Complete Functional Vocabulary and Functional Vector Approach to Analogical Search," *Proceedings of the ASME 2014 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2014*, Buffalo, NY, August 17-20, 2014, DETC2014-34491.

252. Choo, P.K., Lou, Z.N., Camburn, B., Koo, B., Wood, K.L., and Grey, F., "Ideation Methods: A First Study on Measured Outcomes with Personality Type," *Proceedings of the ASME 2014 International Design Engineering Conferences & Computers and Information in Engineering Conference, IDETC/CIE 2014*, Buffalo, NY, August 17-20, 2014, DETC2014-34953.

253. Moreno, D., Yang, M., Blessing, L., and Wood, K.L., "Analogies to Succeed: Applications to Service Design Problems," *NordDesign 2014*, August 27 – 29, 2014, Espoo, Finland.

254. Arroyo, E., Foong, S., Marechal, L., and Wood, K.L., "Experimental Study of an Omni-Directional Wind Fluttering Energy Harvester," *Proceedings of the ASME 2014 Dynamic Systems & Control Conference, DSCC 2014*, October 22-24, 2014, San Antonio, USA, DSCC2014/5916.

255. Dunlap, B., Hamon, C., Camburn, B., Crawford, R.,  Jensen, D., Green, M., Otto, K., and Wood, K.L., "Heuristics-Based Prototyping Strategy Formation: Development and Testing of a New Prototyping

Planning Tool," *Proceedings of the ASME 2014 International Mechanical Engineering, Congress & Exposition,* IMECE2014-39959, November 14-20, 2014, Montreal, Quebec, Canada.

256. Huang, S., Cheah, L., Wood, K., Deitz, J., and Pekny, J., "The Effect of High-Penetration Renewable Energy on Electricity Prices and Emissions," *Sustainable Engineering Forum, AICHE Annual Meeting*, Atlanta, GA, 2014, Paper No. 532b.

257. Arroyo, E., Foong, S., and Wood, K.L., "Modeling and experimental characterization of a fluttering windbelt for energy harvesting," *The 14th International Conference on Micro and Nanotechnology for Power Generation and Energy Conversion Applications*, *PowerMEMS2014,* November 18-21, 2014, Awaji Island, Hyogo, Japan.

258. Huang, S., Wood, K. L., Yuen, C., Otto, K., Hölttä-Otto, K., Gu, Y., Ahipasaoglu, S., Benjaafar, S., Tushar, W., Withanage, C., Wang, T., Rahaman Molla, A., Ashok, R., and Ying, S., "Innovations in the Design of Smart Grid Systems for Future Cities," *1st Asia-Pacific Conference on Complex Systems Design & Management, CSD&M Asia 2014*, December 10-12, 2014, Singapore.

259. Xuelei, N., Suherlan, A.P., Soh, G.S., Foong, S., Wood, K.L. and Otto, K.N., "Mechanical Development and Control of a Miniature Spherical Rolling Robot," *The 13ᵗʰ International Conference on Control, Automation, Robotics, and Vision, ICARCV 2014*, December 10-12, 2014.

260. Perez, K.B., Otto, K.N., and Wood, K.L., "Principles for Design with Additive Manufacturing," *International Conference on Engineering Design (ICED)*, Milan, IT, July 2015, submitted for review.

261. Fu, K., Tan, U-X, Teo, T-H, Soh, G.S., and Wood, K.L., "Interdisciplinary Learning through Design Activities Uniting Fundamentals of Engineering Curriculum," *International Conference on Engineering Design (ICED)*, Milan, IT, July 2015, submitted for review.

262. Camburn, B., Jensen, D.J., Crawford, R., Otto, K.N., and Wood, K.L., "Synthesis of an Integrated Prototyping Strategy Method from Multiple Heuristics: Empirical Evaluation," *International Conference on Engineering Design (ICED)*, Milan, IT, July 2015, submitted for review.

## C. Other Major Publications (9)

Wood, K.L., "Aides for Graphical/Numerical Analysis in Engineering Design," *AIAA Conference*, Wichita, Kansas, April, AIAA Paper 204, 1985.

Wood, K.L., *et al.*, "Design of a Mars Rover," Paper presented at the *Second Annual Conference, NASA/University Advanced Space Design Program*, June, pp. 116-119, 1986.

Wilson, B.J., Cavin, R., Harding, E., Wood, K.L., and Ratliff, R., "In-Circuit Test Fixture Electro/Mechanical Design, Build, and Inspect Specifications," ECAT Engineering Procedure (EEP), IBM ECAT Austin, May, 1993.

Crawford, R. H., Wood, K. L., and Fowler, M. L., "Engineering K-6," *DISCOVERY* — Research and Scholarship at The University of Texas at Austin, Vol. 14, No. 3, pp. 49-55, 1996.

Otto, K.N. and Wood, K. L., "Designing a Design Course Sequence: Planned Experiences Not Happenstance," ASME *Mechanical Engineering Magazine*, 1999.

Green, M. and Wood, K. L., "UT Students Make a Difference with Design Projects," *UT ME Alumni Publication*, Summer-Fall 2002.

Hirtz, J., Stone, R.B., McAdams, D.A., Szykman, S., and Wood, K.L., "A Functional Basis for Engineering Design: Reconciling and Evolving Previous Efforts," *NIST* (National Institute of Standards and Technology) *Technical Note 1447*, February 2002.

Schunn, C., Cagan, J., Paulus, P. and Wood, K.L., "NSF Workshop in Engineering and Science: The Scientific Basis of Individual and Team Innovation and Discovery," NSF 07-25, www.nsf.gov/pubs/2007/nsf0725/nsf0725.pdf, *National Science Foundation*, March 2007.

Dekkers, R. and Wood, K. L., "Innovative Manufacturing Programme, Overall Mid-Term Review of the Innovative Manufacturing Research Centres (IMRCs)," UK EPSRC, Paisley Business School, Paisley, July 2007.

## D.  Books, Book Chapters Authored/Co-authored, Editor/Co-Editor of Books (17)

Antonsson, E.K., Otto, K.N., and Wood, K.L., "Modeling Imprecision in Product Design," In *Fuzzy Sets in Engineering Design and Configuration*, H.J. Sebastian and E. K. Antonsson, editors, Kluwer Academic Publishers, Boston, MA, pp. 1-52, 1996.

Otto, K.N., and Wood, K.L., "Conceptual and Configuration Design of Products and Assemblies," *ASM Handbook, Materials Selection and Design*, Volume 20, ASM International, Materials Park, OH, pp. 15-32, 1997.

Pae, Y. S., Crawford, R. H. and Wood, K. L., "Chapter 3: Variant Constraint Satisfaction: Associativity in Product Realization," In *Direct Engineering: Toward Intelligent Manufacturing*, A. Kamrani and P. Sferro, Ed., Kluwer Academic Publishers, Boston, pp. 71-106, 1999.

Bezdek, E. J., Thompson, D. C., Wood, K. L., and Crawford, R. H., "Chapter 2: Volumetric Feature Recognition for Direct Engineering," In *Direct Engineering: Toward Intelligent Manufacturing*, A. Kamrani and P. Sferro, Ed., Kluwer Academic Publishers, Boston, pp. 15-69, 1999.

Wood, K. L., Tumer, I. Y., and Srinivasan, R. S., "Techniques in the Analysis and Synthesis of Precision-Machined Surfaces in Manufacturing Systems," In *Computer Aided and Integrated Manufacturing Systems Techniques and Applications*, Volume X, Gordon and Breach Science Publishers International Series in Engineering, Technology, and Applied Science, 2000, invited chapter.

Otto, K. N. and Wood, K. L., *Product Design: Techniques in Reverse Engineering, Systematic Design, and New Product Development*, Prentice-Hall, NJ, 2001.

Jepson, L., Park, S., Beaman, J., Wood, K., and Bourell, D., "Multimaterial Freeform Fabrication," Book Chapter, 2001.

Wood, K.L. and Greer, J. L., "Chapter 6: Functional Synthesis Methods in Engineering Design: State-of-the-Art, Methods Analysis, and Visions for the Future," In *Formal Engineering Design Synthesis*, E. Antonsson and J. Cagan, eds., Cambridge University Press, NY, 2001.

Otto, K. N. and Wood, K. L., *Product Design: Techniques in Reverse Engineering, Systematic Design, and New Product Development*, Pearson Education Asia Limited, Simplified Chinese Edition, 2005.

Wood, K. L. and Linsey, J., "Understanding the Art of Design: Tools for the Next Edisonian Innovators," *The Psychology of Learning and Motivation*, Categories in Use, Markman, A.B. and Ross, B.H., eds., Volume 47, Chapter 3, Elsevier – Academic Press, Amsterdam, 2007, DOI: 10.1016/S0079-7421(06)47003-1.

Markman, A. and Wood, K. L., "The Cognitive Science of Innovation Tools," Invited Chapter, Oxford University Press, New York, NY, 2009.

Walther, B., Singh, V., Wood, K. L., and Jensen, D., "Innovation Through Transformational Design," *Tools of Innovation*, Invited Chapter, Oxford University Press, New York, NY, 2009.

Linsey, J., Murphy, J., Laux, J., Markman, A., and Wood, K. L., "Supporting Innovation by Promoting Analogical Reasoning," *Tools of Innovation*, Invited Chapter, Oxford University Press, New York, NY, 2009.

Markman, A. and Wood, K. L., editors, *Tools of Innovation: The science behind the practical methods that drive new ideas*, Oxford University Press, New York, NY, 2009.

Wood, K.L., Koraishy, B., and Tilstra, A., "Design for Manufacturing and Assembly," *Wiley Encyclopedia of Operations Research and Management Science (EORMS)*, Cochran, J.J., ed., John Wiley & Sons, Inc., Hoboken, New Jersey, January 2011.
http://onlinelibrary.wiley.com/doi/10.1002/9780470400531.eorms0253/full.

Telenko, C., Sosa, R., and Wood, K.L., "Changing Conversations and Perceptions: The Research and Practice of Design Science," *Impact of Design Research on Practice (IDRP)*, Invited Chapter, Springer-Verlag, 2014, in press.

Cardin, M-A, Krob, D., Lui, P., Tan, Y., and Wood, K.L., editors, *Designing Smart Cities: Proceedings of the International Conference on Complex Systems Design and Management ASIA*, December 10-12, 2014, Singapore, Springer, in press.

**E. Reviews**

Fundamentals of Engineering Design, Barry Hyman, Prentice Hall, Simon & Schuster Higher Education Group.

**F. Technical Reports (3)**

Wood, K.L., Crawford, R.H., Cavin, R., and Sumrell, C., "An Approach for Debugging Probe-Pin Misalignment of ICT Fixtures," *IBM Technical Report 51.0736*, IBM Austin ECAT Facility, 1992.

Wood, K.L., Crawford, R.H., Cavin, R., and Sumrell, C., "An Optical-Artwork Inspection Method for Probe Accuracy of ICT Fixtures," *IBM Technical Report 51.0755*, IBM Austin ECAT, 1993.

Schunn, C., Paulus, P., Cagan, J., and Wood, K.L., "Final Report from the NSF Innovation and Discovery Workshop: The Scientific Basis of Individual and Team Innovation and Discovery," National Science Foundation, August 2006. http://www.lrdc.pitt.edu/schunn/innov2006/talks/I+Dreport-final.pdf.

## ORAL PRESENTATIONS:

### Invited or Keynote Speeches (129)

1.  Wood, K.L., "Engineering Design: Descriptions, Uncertainties, and Manufacturing," Invited Presentation at GE Corporate Research, Schenectady, NY, May, 1991.

2.  Wood, K.L. and Crawford, R.H., "The Importance of Spatial Relationships in Feature-Based Design: Formal Languages, Query Processing, and Set-Based Reasoning," Invited Presentation, Feature-Based Design and Manufacturing Workshop, Sponsored By: *The National Center for Manufacturing Sciences* (NCMS) and Martin Marietta Energy Systems, Gatlinburg, TN, June, 1991.

3.  Wood, K.L., "Fractal Abstractions of Design Tolerances and Manufacturing Process Precision," Invited Presentation: *Third SIAM Conference on Geometric Design*, Phoenix, AZ, November, 1993.

4.  Wood, K.L., "Fractal-Based Geometric Tolerancing: Navigating the Manufacturing Jungle," Invited Presentation, University of California at Irvine, Department of Mechanical Engineering, January, 1995.

5.  Wood, K.L. and Crawford, R.H., "An Engineering Design Curriculum for the Elementary Grades," Invited Presentation: Alamo Chapter of the American Society of Heating, Refrigeration, and Air Conditioning Engineering, San Antonio, TX, April, 1995.

6.  Busch-Vishniac, I., Wood, K.L., Neikirk, D., and Weldon, W., "Hydrodynamic Bearing Applications with MEMs," Invited Presentation, *International Congress and Exposition, Micromechanical Systems Symposium,* San Francisco, CA, November, 1995.

7.  Wood, K.L., "The Frontiers of Geometric Abstractions in Engineering Design," Invited Presentation, The University of Houston, Houston, TX, October, 1995.

8.  Sheppard, S. and Wood, K.L., "Discover Engineering! Welcome to the Real World," Invited Presentation, National Technological University Broadcast, Chicago, IL, February, 1996.

9.  Wood, K.L., "MEMs Hydrodynamic Bearings: Applications and Implications to Machine Failure Prevention," Invited Presentation, *MFPT Conference*, Mobile, AL, April, 1996.

10. Wood, K.L., "Basic Frontiers in Product Design: Functional Analysis, Assemblability, and Redesign," Invited Presentation, Carnegie Mellon University, Department of Mechanical Engineering, November, 1996.

11. Wood, K.L., "Functional Analysis and Redesign," Invited Presentation, United States Air Force Academy, Department of Engineering Mechanics, Colorado Springs, CO, January, 1997.

*Résumé – Curriculum Vitae*                                                                                    *Kristin L. Wood, Ph.D.*

12. Sheppard, S. and Wood, K.L., "Discover Engineering: Engineers Make a World of Difference," Invited Presentation, National Technological University Broadcast, Chicago, IL, February 1997.

13. Wood, K.L., "Attracting the Next Generation of Engineers," Invited Presentation, Structural Engineering Education Reunion (STEER 97), Austin, TX, May, 1997.

14. Wood, K.L., "Machine Monitoring," Invited Panel, ASME Vibrations Conference, Sacramento, CA, September, 1997.

15. Wood, K.L. and Davies, P., "Discover Engineering: Turning Ideas into Reality," Invited Presentation, National Technological University Broadcast, Chicago, IL, February, 1998.

16. Wood, K.L., "Product Development for Small-Medium Scale Systems," Invited Presentation, United States Air Force Academy, Department of Engineering Mechanics, Colorado Springs, CO, May, 1998.

17. Wood, K.L., "VP Debrief," Invited Presentation, United States Air Force Academy, Department of Engineering Mechanics, Colorado Springs, CO, May 1998.

18. Wood, K.L., Mobility Design Symposium, Invited Presentation, Austin Technology Incubator, Moderator, July 1998.

19. Wood, K.L., "A Spectrum of Participation: Reverse Engineering to Industrial Product Development," *ASME DTM Conference Invited Panel: Industrial Participation in Design Education*, Atlanta, GA, September 1998.

20. Wood, K.L., "Hands-on Instruction and Learning Styles: Focus on ME338, Machine Elements," *Visiting Committee Presentation,* UT Department of Mechanical Engineering, October 1998.

21. Wood, K.L., "Robustness in Product Design and Development," Invited Presentation, *Quality Symposium, Texas A&M*, November 1998.

22. Wood, K.L. and Davies, P., "Discover Engineering: Turning Ideas into Reality," Invited Presentation, *National Technological University Live Broadcast*, Chicago, IL, February 1999.

23. Wood K. L., "Frontiers in Engineering Design: Research and Education," Invited Presentation, *WDK Design Society Workshop*, Rigi, Switzerland, March 23, 2000.

24. Wood, K. L., "Status of ASME DTM: An Analysis of Historical Research Trends," *ASME DTM Conference*, Invited Panel, Baltimore, MD, September 2000.

25. Wood, K. L., "Product Architecture: New Frontiers in Solid Freeform Fabrication Research," Invited Presentation, *University of Missouri, Rolla*, November 2, 2000.

26. Wood, K.L., "Frontiers in Engineering Education: Learning Styles, Hands-On Activities, and Reverse Engineering," Invited Presentation, *University of Missouri, Rolla*, November 2, 2000.

27. Jensen, D.L., and Wood, K.L., 2000, "Incorporating Learning Styles to Enhance Mechanical Engineering Curricula by Restructuring Courses, Increasing Hands-on Activities, & Improving Team Dynamics,"

Invited Presentation, *2000 ASME International Mechanical Engineering Congress and Expo.*, Mechanical Engineering Technology Department Heads Meeting, Nov. 5, 2000, Orlando, FL.

28. Jensen, D.L., and Wood, K.L., 2000, "Incorporating Learning Styles to Enhance Mechanical Engineering Curricula by Restructuring Courses, Increasing Hands-on Activities, & Improving Team Dynamics," Invited Presentation, *2000 ASME International Mechanical Engineering Congress and Expo.*, Mechanical Engineering Department Heads Meeting, Nov. 7, 2000, Orlando, FL.

29. Wood, K. L., "UT Manufacturing and Design Laboratory: Product Architecture and Functional Prototyping Research," Invited Presentation, Schlumberger, Houston, TX, December 6, 2000.

30. Wood, K. L., "Communication and Cooperation: Reality and Vision," Invited Presentation, *Design Society,* Rigi, Switzerland, March 2001.

31. Wood, K. L., "Design Researchers Reflect on How Their Design Research Affects Their Teaching," *ASME DTM Conference, Invited Panel*, Pittsburgh, PA, September 2001.

32. Wood, K. L., "Globalization of Design Community," *ASME DTM Conference, Invited Panel*, Pittsburgh, PA, September 2001.

33. Wood, K. L., "Functional Modeling for Product Development," Invited Presentation, *Carnegie Mellon University*, Pittsburgh, PA, September 2001.

34. Wood, K. L., "Learning Styles in Engineering Education," Invited Presentation, *UT Brown Bag Seminar Series*, October 9, 2001.

35. Wood, K. L., "New Frontiers in Product Architecture and Solid Freeform Fabrication," Invited Presentation, *Texas A&M Industrial Engineering Seminar Series*, Invited Presentation, November 5, 2001.

36. Wood, K. L., "The State of Mechanical Engineering Design Education and ABET 2000: Views from industry and Academia," Invited Presentation, *ASME IMECE 2001*, Invited Panel, New York, November 11-14, 2001.

37. Wood, K. L., "New Frontiers in Product Architecture and Solid Freeform Fabrication," Invited Presentation, *Louisiana State University Mechanical Engineering Seminar Series*, Invited Presentation, February 22, 2002.

38. Wood, K. L., "Welcome and Learning Styles Icebreaker," Invited Presentation, *UT New Faculty Orientation*, UT Austin, August 21, 2002.

39. Wood, K. L., "PROCEED, Product Architecture, & The Next Generation of Solid Freeform Fabrication," Invited Presentation, Raytheon Corp., Dallas, TX, September 5, 2002.

40. Wood, K. L., "The Next Generation of Solid Freeform Fabrication and Product Architecture Research," Invited Presentation, *Engineering Honors Seminar*, UT Austin, September 14, 2002.

*Résumé – Curriculum Vitae*                                                                                               *Kristin L. Wood, Ph.D.*

41.  Wood, K. L., "Active Learning Approaches in Technical Education: Learning Styles and Hands-On Activities," Invited Presentation, *EFAC (Engineering Foundation Advisory Committee)*, UT Austin, September 21, 2002.

42.  Wood, K. L. and Schmidt, P., "Innovative Teaching Methods," Invited Presentation, *College of Engineering, Semester Meeting*, UT Austin, October 11, 2002.

43.  Wood, K. L., "Foundations and Applications of the Empirical Similitude Method (ESM)," *5th International Workshop on Similarity Methods*, Keynote Presentation, Stuttgart, Germany, November 4-5, 2002.

44.  Wood, K. L., "UT Mechanical Engineering: The Next Generation of Solid Freeform Fabrication," Invited Presentation, *UT High School Visitors Seminar*, February 2003.

45.  Wood, K. L., "Review of New Systems Engineering and Design Program," Invited Presentation, *University of Missouri at Rolla*, June 2, 2003.

46.  Wood, K. L., "Exploring the Fascinating World of Machines," Invited Presentation, *UT Honors Colloquium*, July 2003.

47.  Joseph J. Beaman, Rodrigo Ruizpalacios, and Kristin L. Wood, "Direct Write of Optical Components," Invited Presentation, *2004 Materials Research Society Fall Meeting*, Boston, MA, November 29-30, 2004.

48.  Wood, K. L., "Flexible UAV Transformers," Invited Presentation, *Eglin Air Force Research Laboratories*, February, 2005.

49.  Wood, K. L., "Teaching Automation and Control in Elementary Grades: ROBOLAB and DTEACh," Invited Presentation, *San Diego Regional Economic Development Corporation and Angelou Economics*, April 14, 2005.

50.  Crawford, R. H. and Wood, K. L., "DTEACh Curriculum with ROBOLAB Integration," Invited Presentation, *National Instruments Annual Conference*, Austin, TX, August 2005.

51.  Ajetunmobi, A., Green, M. G., Seepersad, C. C., Crawford, R. H., and Wood, K. L., "Ajetunmobi, A., Green, M. G., Seepersad, C. C., Crawford, R. H., and Wood, K. L.," Invited Presentation, *ESW 2005 National Conference*, Austin, TX, October 5-9, 2005.

52.  Singh, V., Skiles, S., and Wood, K. L., "Principles of Design Transformers: Applications to Unmanned Aerial Vehicles," Invited Presentation, *United States Air Force Academy*, October 5, 2005.

53.  Wood, K.L., "Design Flexibility and Agile Product Development: Inferences on Design Education and Industrial Practice," Invited Presentation, *Indo-US Joint Workshop on Design Engineering*, Bangalore, India, January 5, 2006.

54.  Wood, K.L., "Engaging Your Students: Successful Motivation (and Learning) Approaches," Invited Presentation, *2006 Teaching and Learning Colloquium*, UT Austin, January 10, 2006.

*Résumé – Curriculum Vitae*                                                    *Kristin L. Wood, Ph.D.*

55. Wood, K.L. and Crawford, R.H., "Interdisciplinary Design of an Induction Tool Calibration System," Schlumberger, January 20, 2006.

56. Crawford, R.H. and Wood, K.L., "Frontiers in Teaching Interdisciplinary Engineering Design," *College of Engineering Faculty Innovation Seminar*, UT Austin, January 27, 2006.

57. Singh, V., Skiles, S., Krager, J., and Wood, K. L., "Innovations in Design Transformers," Invited Presentation, *United States Air Force Academy*, February 14, 2006.

58. Seepersad, C.S., Wortman, M., and Wood, K. L., "Innovative Approach to Product Flexibility," Invited Presentation, *Schlumberger*, Sugarland, TX, February 23, 2006.

59. Wood, K.L., "The Engaged Classroom: Distinguished Teaching Faculty Share What Works," *Collaborative for Instructional Impact (CII) Monthly Seminar*, March 8, 2006.

60. Jensen, D. and Wood, K. L., "UAV's and Design Transformers," Invited Presentation, *United States Air Force Academy*, April 25, 2006.

61. Wood, K.L., "Empirical Studies of Collaborative and Analogical Product Design: Implications on Innovation and Discovery," Invited Presentation, NSF Workshop on Science and Engineering Innovation and Discovery, Washington, DC, May 17-18, 2006.

62. Jensen, D. and Wood, K.L., "Briefing on USAFA Cadet Results: Design Transformer Applied to MAVs," Air Force Research Laboratory (AFRL), Invited Presentation, Eglin Air Force Base, May 23, 2006.

63. Skiles, S., Krager, J., Singh, V., Jensen, D., and Wood, K.L., "A Theory for Transformers: Principles and Design Methodology," Invited Presentation, Air Force Research Laboratory (AFRL), Eglin Air Force Base, May 23, 2006.

64. Wood, K.L., "Design for the Environment (DFE): The Role of Industrial Ecology Framework," Invited Presentation, Texas State University, San Marcos, TX, July 20, 2006.

65. Wood, K.L., "Function-Based Synthesis, Collaborative Innovation, and Design-by-Analogy," Invited Panel: Intelligent Synthesis and Innovation, *ASME International Design Theory and Methodology Conference*, Philadelphia, PA, September 12, 2006.

66. Jensen, D.J., Wood, K.L., et al., "Innovative Transformation Design Theory," Invited Presentation, *MAV06 Conference*, Eglin Air Force Base, Eglin, Fl, October 31, 2006.

67. Singh, V., Wood, K. L., and Jensen, D., "A Novel Exploration into Gust Resistant Operation of MAVs / UAVs through Transformation," Invited Presentation, *MAV06 Conference*, Eglin Air Force Base, Eglin, Fl, October 31, 2006.

68. Wood, K.L. and Jensen, D., "Innovative Methods for Ideation: Design-by-Analogy, Collaborative Design, and Product Flexibility," Kirtland AFRL, Albuquerque, NM, November 21, 2006.

69. Wood, K.L. and Jensen, D., "Innovative Design Approaches: Design for tRaNsFoRmAtIoN & Design by Analogy," Kirtland AFRL, Albuquerque, NM, November 21, 2006.

70. Wood, K.L. and Linsey, J., "Hands-On Learning: Methodology for Hands-on Active Learning Activities," Invited Presentation, *College of Engineering Faculty Innovation Seminar*, UT Austin, December 4, 2006.

71. Wood, K.L. and Jensen, D.J., "Innovative Design Approaches: Design for tRaNsFoRmArIoN and Design by Analogy," Invited Presentation, *Workshop on Innovation Tools*, Sponsored by IC2 and NSF, The University of Texas, Renaissance Hotel, December 7-9, 2006.

72. Crawford, R., Schmidt, P., Allen, D., and Wood, K. L., "Engineering the Future: Energy, Powering Up the Next Generation," Invited Presentation, Exxon-Mobile Foundation, Dallas, TX, February 20, 2007.

73. Wood, K. L., "Engineering Innovation: Design-by-Analogy and Design for tRaNsFoRmArIoN," Invited Presentation, University of California at Riverside, April 20, 2007.

74. Singh, V., Jensen, D., Wood, K. L., "Design for tRaNsFoRmAtIoN: Theory, Method and Application," Invited Presentation, Eglin Air Force Base, Eglin, Fl, May 14, 2007.

75. Wood, K. L., "Innovations in Manufacturing," MURI Kickoff Meeting, National Science Foundation, Washington, DC, June 26, 2007.

76. Wood, K. L., "Design for tRaNsFoRmAtIoN: Attractions of Multi-Form or Reconfigurability," Invited Presentation, Conference on Consumer-Oriented Product Design, The Center for Customer Insight and Marketing Solutions, The University of Texas, Austin, TX, October 12-13, 2007.

77. Jensen, D., Wood, K.L., "Innovative MAV Designs Based on Transformation", Invited presentation for the AFRL UAS Workshop, Wright Patterson AFB, January, 2008.

78. Wood, K. L. and Schmidt, K., "Journeys in Hands-on, Active Learning," *Discovery Learning Lunch*, Natural Sciences, The University of Texas, Austin, TX, March 2008.

79. Wood, K.L. and Jensen, D.J., "Innovative Approaches to Design and Rapid Prototyping", Invited presentation for AFRL's Commander's Challenge Team, Wright Patterson AFB, April, 2008.

80. Walther, B., Putnam, N., Weaver, J., Wang, D., Jensen, D., Wood, K. L., "Transformation Design," Invited Presentation, Eglin Air Force Base, Eglin, Fl, May 1, 2008.

81. Wood, K. L., "Connecting Environmental Intelligence in Product Design to Customer Impact," Invite panel Presentation, *Achieving Customer Impact by Balancing Environmental Intelligence, Supply Chain Optimization and Product Design Symposium*, McCombs Center for Customer Insight and Marketing Solutions, UT-Austin, May 2008.

82. Wood, K. L., Jensen, D., and Linsey, J., "Designing Active Learning Activities and Associated Assessment Plans," Invited Presentation, *NSF CCLI Conference*, Washington, DC, August 15, 2008.

83. Wood, K. L., Jensen, D., and White, C., "Active Learning Research – a Basis for the Design of Classroom Activities," Invited Presentation, *2008 Global Colloquium on Engineering Education*, Cape Town, South Africa, October 23, 2008.

*Résumé – Curriculum Vitae*                                                      *Kristin L. Wood, Ph.D.*

84. Jensen, D. and Wood, K. L., "Design for tRaNsFoRmAtIoN," Invited Presentation, *Eglin Air Force Base*, Eglin, Fl, May 2, 2009.

85. Wood, K. L., "Journeys in Hands-On, Active, and Collaborative Learning," *New Faculty Orientation*, Cockrell School of Engineering, Fall 2009.

86. Fowler, W. and Wood, K. L., "Why Don't Students Like School," *Faculty Innovation Seminar*, Cockrell School of Engineering, October 30, 2009.

87. Wood, K. L., "Engineering Innovation: Design-by-Analogy and Design for tRaNsFoRmAtIoN," Invited Presentation, Oregon State University, November 9, 2009.

88. Wood, K. L., "Concept Development of Innovative Systems for Demilitarization," Invited Presentation, Defense Ammunition Center (DAC), McAlester, OK, October, 25, 2010.

89. Wood, K. L., "Quality Engineering: QFD and Prototype Partitioning," Invited Course Teaching, Northwestern University, February 22, 2011.

90. Wood, K. L., "Innovative Ideation: Design-by-Analogy, Design for tRaNsFoRmAtIoN, and Collaborative Design" Invited Presentation, Northwestern University, February 22, 2011.

91. Wood, K. L., "Innovative Ideation: Design-by-Analogy, Design for tRaNsFoRmAtIoN, and Collaborative Design" Invited Presentation, Singapore University of Design and Technology, March 23, 2011.

92. Wood, K. L., "The Designed World: Exploring Products and Innovations," Invited Presentation, Singapore University of Design and Technology, Presentation to 400 participants of the Junior College Community (equivalent to senior high school), A-level exam students and teachers, March 24, 2011.

93. Wood, K. L., "Interdisciplinary Teaching Innovations for the 21st Century," Invited Presentation, Engineering Advisory Board Meeting, The University of Texas, AT&T Center, April 9, 2011.

94. Wood, K. L., "Energy Harvesting Off-the-Grid," Sustainable Design Symposium 2011, The University of Texas, Visual Arts Center, Austin, TX, April 15, 2011.

95. Wood, K. L., Moderator, "Design Thinking: An Opportunity for Singapore," Innovation for the Environment Series, Singapore Environment Institute (SEI), Panel: Paul Bennett (CEO of IDEO) and Mr. Andrew Tan (CEO of the Singapore Environment Agency), October 20, 2011.

96. Wood, K. L., Keynote – SP Final Year Assembly, "The Exciting Climate of Higher Education – SUTD," Singapore, Spring 2012.

97. Wood, K. L., Invited Presentation, "The SUTD-MIT International Design Centre (IDC): Design Science for the Next Generation," Trinity College and Science Gallery, Dublin, Ireland, July 2012.

98. Wood, K. L., Opening Address, "The Designed World: Exploring Products and Innovations," *Raffle Institution's 2nd International Science Camp*, 300-400 students, Summer 2012.