Exhibit "17"

 **Autosource**
Diminution of Value

### Administrative Data

Matt Fuqua
American Family Insurance
Washington Branch
Scanning Center
6000 American Parkway
Madison AZ 53783

Claimant
Insured Meyer, Bryce
Claim 00185054775-0
Loss Date 04/14/2014
Loss Type Collision
Policy 2173492101
Other

Owner Name MEYER
Owner First Name BRYCE
Inspection City graham
Inspection State WA
Reinspection Event

### VINSOURCE Analysis

VIN 1ZVBP8CF9B5157757
Decodes as 2011 Ford Mustang GT 2D Coupe
Accuracy Decodes Correctly
History Activity was reported
AudaVIN No

- Autosource activity: (NONE).
- Autotrak activity: (NONE).
- AudaExplore/Estimating activity: Reported on 04/17/2014, claim number 00185054775-0 (customer information is not available). Loss date is 04/14/2014.
- AudaExplore/Estimating activity: Reported by AMERICAN FAMILY - SEATTLE on August 1, 2014. Call them regarding Claim: 00185054775-0R. DOL:04/14/2014 with a primary impact point of *Front Center*.
- Sales history activity: (NONE).

### Loss of Value

|  |  | Total Condition Adjusted Market value |  | $24,225.00 |
|---|---|---|---|---|
|  |  | x |  |  |
|  |  | Value Adjustment | 0.10 | 2,422.50 |
|  |  | x |  |  |
| Mileage Modifier |  | 28,317 Miles | 0.71 | 1,719.98 |
|  |  | x |  |  |
| CurrentDmg Modifier |  | Major damage to structure and panels - 0.75 | 0.75 | 1,289.99 |
|  |  | x |  |  |
| Prior Damage |  | 1.00 1.0 No structural damage and replaced panel - 1 | 1.00 | 1,289.99 |
|  |  | x |  |  |
| Branded Title |  | No Prior Salvage Title - 1 | 1.00 | 1,289.99 |



AMFAM_M000587

2011 Ford Mustang GT 2D Coupe

**Total Loss of Value**  $1,289.99

### About Your Valuation

- Information provided by American Family Insurance
    - Loss vehicle description was provided by American Family Insurance
    - All values are in U.S. dollars.
    - The repair estimate is $10,139.04
- NADA Disclaimer
    - These current N.A.D.A. values are furnished under license from NADASC. All values Copyright © NADASC 2014.
    - The values in the N.A.D.A. guide assume a vehicle in clean condition. Appropriate deductions should be made to put a vehicle in salable condition.
    - Special Note on Older Vehicles: N.A.D.A.'s editors believe that most optional equipment has little or no value on older vehicles. This is especially true of options that cost relatively little to begin with and which deteriorate with age or use.
- Other Adjustments or Comments
    - There has been no significant depreciation of the loss vehicle's value since the actual date of loss.

### Washington Regulatory Statement

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Report Generated by AudaExplore, a Solera Company

US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544

© 2014 AudaExplore North America, Inc. All Rights Reserved.