THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFF BUTLER and BRYCE MEYER, individually and as the representatives of all persons similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,

    Defendants.

No.: 3:14-cv-05305 RBL

STIPULATED MOTION FOR ORDER EXTENDING DATES FOR CASE SCHEDULE

## I. STIPULATION AND REASONS FOR REQUESTED EXTENSION

Pursuant to LCR 10(g), plaintiff Bryce Meyer, and defendants American Family Mutual Insurance Company and American Standard Insurance Company of Wisconsin, through their respective counsel, stipulate, agree and jointly move the court to extend the dates in the order setting dates for case schedule.

The parties have completed substantial discovery, and plaintiff has now filed his motion for class certification. Plaintiff relies upon expert opinions that were provided in the materials supporting the motion for class certification. Defendants have requested written

STIPULATED MOTION FOR ORDER EXTENDING DATES FOR CASE SCHEDULE
No.: 3:14-cv-05305 RBL

Page 1

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

discover related to the expert opinions and anticipate expert depositions before responding to plaintiff's motion for class certification. Plaintiff expects to need similar expert discovery following defendants' opposition to plaintiff's motion for class certification. The parties request the following changes to the case management schedule:

| | |
|---|---|
| Defendants' deadline to complete expert discovery related to class certification | January 30, 2015 |
| Deadline to file Defendants' opposition to motion for class certification | February 27, 2015 |
| Plaintiff's deadline to complete expert discovery related to class certification | April 27, 2015 |
| Deadline to file Plaintiff's reply in support of motion for class certification | May 29, 2015 |

DATED:  December 23, 2014

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC<br><br>*s/ John A. Bennett*<br>*s/ Daniel R. Bentson*                    .<br>John A. Bennett, WSBA #33214<br>Daniel R. Bentson, WSBA 36825<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue. Suite 1810<br>Seattle, Washington 98101-1397<br>Telephone: 206.292.8930<br><br>Attorneys for Defendants | LAW OFFICES OF<br>STEPHEN M. HANSEN, P.S.<br><br>*s/ Stephen M. Hansen (per email approval)*<br>Stephen M. Hansen, WSBA #15624<br>The Law Offices of<br>Stephen M. Hansen, P.S.<br>1821 Dock Street, Suite 103<br>Tacoma, Washington 98402<br>Telephone: 253.302.5955<br><br>Attorneys for Plaintiffs |

**IT IS SO ORDERED**

DATED this 29th day of December, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER EXTENDING DATES FOR CASE SCHEDULE
No.: 3:14-cv-05305 RBL

Page 2

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

1  Submitted by:

2  BULLIVANT HOUSER BAILEY PC

3
4  By  *s/ John A. Bennett*
       *s/ Daniel R. Bentson*
       John A. Bennett, WSBA No. 33214
5      E-Mail: john.bennett@bullivant.com
       Daniel R. Bentson, WSBA No. 36825
6      E-Mail: dan.bentson@bullivant.com
       Bullivant Houser Bailey, PC
7      1700 Seventh Avenue, Suite 1810
       Seattle, WA  98101-1820
8      206.521.6420

9
       Attorneys for Defendants
10
    THE LAW OFFICES OF STEPHEN M. HANSEN, P.S.
11

12  By   *s/ Stephen M. Hansen (per email approval)*
         *s/ Debra Brewer Hayes (per email approval)*
13       *s/ Scott P. Nealey (per email approval)*
         Stephen M. Hansen, WSBA 15642
14       E-Mail: steve@stephenmhansenlaw.com
         The Law Offices of
15       Stephen M. Hansen, P.S.
         1821 Dock Street, Suite 103
16       Tacoma, WA  98402
17       253.302.5955

18       Debra Brewer Hayes (*pro hac vice*)
         E-Mail: dhayes@dhayeslaw.com
19       The Hayes Law Firm, P. C.
         700 Rockmead, Ste. 210
20       Kingwood, TX  77339

21
         Scott P. Nealey (*pro hac vice*)
22       E-Mail: snealey@nealeylaw.com
         Law Office of Scott P. Nealey
23       71 Stevenson Street, Suite 400
         San Francisco, CA  94105
24
         Attorneys for Plaintiffs
25

26