THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF BUTLER & BRYCE MEYER, individually and as the representatives of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,<br><br>Defendants. | No.: 3:14-cv-05305 RBL<br><br>STIPULATION AND [PROPOSED] ORDER RE RE-NOTING OF HEARING DATE FOR DEFENDANTS' MOTION FOR EVIDENTIARY HEARING<br><br>Noting Date: July 8, 2015 |

## I. STIPULATION

WHEREAS, at the request of Plaintiff's counsel, the parties have agreed to extend the Noting Date for Defendants' Motion for Evidentiary Hearing to July 17, 2015.

NOW, THEREFORE, it is hereby stipulated by and between the parties, themselves or through their counsel of record as indicated below, as follows:

- Subject to the Court's approval, the parties hereby to extend the Noting Date for Defendant's Motion for Evidentiary Hearing to July 17, 2015. Defendants' Reply to Plaintiff's Opposition is due by July 17, 2015.

STIPULATION & ORDER CONCERNING
NOTING DATE

Law Offices of
**STEPHEN M. HANSEN, PS**
1821 Dock Street, Unit #103
Tacoma, WA 98402
253 302 5955

## II. ORDER

BASED UPON the above and forgoing stipulation, IT IS SO ORDERED.

DATED: _____, 2015.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented By:

Law Offices of STEPHEN M. HANSEN, P.S.
*/s/ Stephen M. Hansen*
Stephen M. Hansen, WSBA #15642

BULLIVANT HOUSER BAILEY PC
*s/ John A. Bennett*
*s/ Daniel R. Bentson .*
John A. Bennett, WSBA #33214
Daniel R. Bentson, WSBA 36825
Bullivant Houser Bailey PC
1700 Seventh Avenue. Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Attorneys for Defendants

STIPULATION & ORDER CONCERNING NOTING DATE
1096255/21504806v.1

**Law Offices of**
**STEPHEN M. HANSEN, PS**
**1821 Dock Street, Unit #103**
**Tacoma, WA 98402**
**253 302 5955**