THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF BUTLER & BRYCE MEYER, individually and as the representatives of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,<br><br>Defendants. | No.: 3:14-cv-05305 RBL<br><br>PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR AN EVIDENTIARY HEARING (Document 58)<br><br>NOTED ON MOTION CALENDAR: July 17, 2015 |

COMES NOW, BRYCE MEYER, through his counsel of record, and pursuant to LCR 7(g)(1) files this Notice of Intent to file a surreply to *Defendants' Reply Memorandum In Support Of Defendants' Motion For An Evidentiary Hearing* (Document 58).

Plaintiff's surreply will address authorities cited for the first time by Defendants in their *Reply Memorandum,* as well as the apparent increase of the scope of the evidentiary hearing requested by Defendants. Plaintiff's surreply will be filed in accordance with LCR 7(g)(2).

RESPECTFULLY SUBMITTED this 17th day of July, 2015.

Law Offices of STEPHEN M. HANSEN, P.S.

_____
STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

NOTICE OF INTENT TO FILE SURREPLY - 1

Law Offices of
STEPHEN M. HANSEN, PS
1821 Dock Street, Unit #103
Tacoma, WA 98402
253 302 5955

DEBRA BREWER HAYES
(admitted pro hac vice)
THE HAYES LAW FIRM, PC
700 Rockmead, Suite 210
Kingwood, TX 77339
Telephone: (281-815-4963)
Facsimile: (832) 575-4759
dhayes@dhayeslaw.com

SCOTT P. NEALEY
(admitted pro hac vice)
Law Office of Scott P. Nealey
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 231 5311
Facsimile: (415) 231 5313
Cellular: (415) 640 4806
snealey@nealeylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the 17th day of July, 2015, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

John A. Bennett
Attorney at Law
888 SW Fifth Ave, Ste 300
Portland OR 97204
john.bennett@bullivant.com

Daniel R. Bentson
Attorney at Law
1700 Seventh Ave, Ste 1810
Seattle WA 98101
dan.bentson@bullivant.com

DATED this 17th day of July, 2015, at Tacoma, Washington.

_____
SARA B. WALKER, Legal Assistant

NOTICE OF INTENT TO FILE SURREPLY - 2

1096255/21504806v.1

Law Offices of
STEPHEN M. HANSEN, PS
1821 Dock Street, Unit #103
Tacoma, WA 98402
253 302 5955