The Honorable RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRYCE MEYER, individually and as the representative of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, foreign insurers,<br><br>Defendants. | CASE NO. 3:14-cv-05305-RBL<br><br>DECLARATION OF STEPHEN M. HANSEN IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

I, STEPHEN M. HANSEN, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AS FOLLOWS:

1. I am over the age of eighteen years, a citizen of the United States, and have personal knowledge of all facts contained herein.  This declaration is submitted in support of the request for final approval of the settlement preliminarily approved by the Court on February 26, 2016 (Dkt #71).

DECLARATION OF STEPHEN M. HANSEN
ISO FINAL APPROVAL  - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

2. Following the grant of Preliminary Approval in this matter, the notice of the proposed settlement was mailed to all members of the Class by the Claims Administrator, Class Action Administration, Inc. ("CAA").  Since that time we have regularly received information from CAA concerning the status to the mailings, website activity, claims activity, and activity of those electing to opt out and object to the proposes settlement.  The most recent report from CAA was received as of May 27, 2016, and the information contained in this declaration has been obtained from that report.

3. CAA mailed 2,403 settlement notices following the Court's preliminary approval. The addresses were obtained from the Defendants' database.  Of the 2,403 notices mailed, after re-mailing and searching for new addresses, only 75 were undeliverable.  This is a 96.88% success rate.  Currently, further efforts are ongoing to locate the remaining 75 class members.

4. In accordance with the Court's preliminary approval order, CAA established a website which contained relevant documents and information concerning the suit, and which allowed electronic submission of claims.  As of May 27, 2016, the settlement website has been viewed 2,223 times; an average of 69.5 views per day.

5. The claims filing deadline is not until July 25, 2016; however, as of May 27, 2016 520 claims have been received (201 on-line and 319 on paper).  No objections to the Settlement were received by the May 26, 2016 Objection Deadline, and only one opt-out request has been received.

DATED at TACOMA, Washington, this 31st day of May, 2016.

*[signature]*

STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

DECLARATION OF STEPHEN M. HANSEN
ISO FINAL APPROVAL  - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the 31st day of May, 2016, I electronically filed the above and foregoing document, including Exhibits, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

| | |
|---|---|
| John A. Bennett<br>Stuart D. Jones<br>Attorneys at Law<br>Bullivant Houser Bailey PC<br>888 SW Fifth Ave, Ste 300<br>Portland OR 97204<br>john.bennett@bullivant.com<br>stuart.jones@bullivant.com | Daniel R. Bentson<br>Attorney at Law<br>Bullivant Houser Bailey PC<br>1700 Seventh Ave, Ste 1810<br>Seattle  WA 98101<br>dan.bentson@bullivant.com |

DATED this 31st day of May, 2016, at Tacoma, Washington.

*Sara B. Walker*
SARA B. WALKER, Legal Assistant

DECLARATION OF STEPHEN M. HANSEN
ISO FINAL APPROVAL  - 3

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 DOCK STREET, SUITE 103
TACOMA, WASHINGTON 98402
(253) 302-5955
(253) 301-1147 Fax